**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JAY ROBISON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON, <br><br> Defendants. | Case No.: 1:22-cv-00550-RP |
| MELISSA KIRSHNER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON, <br><br> Defendants. | Case No.: 1:22-cv-00731-RP |

**DECLARATION OF BRADEN M. WAYNE IN SUPPORT OF JONATHAN PLANTE'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Braden M. Wayne hereby declare as follows:

1.      I am a managing partner of Steckler Wayne Wayne Love, PLLC ("Steckler Law"), liaison counsel for lead plaintiff movant and Jonathan Plante ("Movant"), and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion to consolidate the above-captioned actions (the "Actions"), appoint him to serve as Lead Plaintiff on behalf of the putative Class, and to approve Movant's selection of Levi &

2

Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and Steckler Law as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**: Certification of Movant attaching his transactions made in Digital Turbine, Inc. ("Digital Turbine" or the "Company") during the Class Period.

**Exhibit B**: Table of the calculated losses incurred by Movant as a result of his transactions in Digital Turbine securities.

**Exhibit C**: Press release published June 8, 2022 on *Business Wire*, announcing the pendency of the first-filed Action.

**Exhibit D**: Declaration signed by Movant in support of his lead plaintiff motion.

**Exhibit E**: Firm résumés of Levi & Korsinsky and Steckler Law.

Dated: August 5, 2022                              By: */s/ Braden M. Wayne*
                                                              Braden M. Wayne

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 5, 2022, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Braden M. Wayne*
Braden M. Wayne