# EXHIBIT B

| Client Name | Jonathan Plante |
|---|---|
| Company Name | Digital Turbine, Inc. |
| Ticker Symbol | APPS |
| Security Type | |
| Class Period Start | 8/9/2021 |
| Class Period End | 5/17/2022 |
| 90-DAY Lookback Period Start | 5/18/2022 |
| 90-DAY Lookback Period End | 8/16/2022 |
| 90-DAY Lookback Average | $ 18.36 |
| Pre Class Period Holdings | 2500 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $166,947.61 |
| DURA LIFO* Total | $166,187.78 |
| Gross Shares Purchased | 12,750 |
| Net Shares Retained | 5,350 |
| Net Funds Expended | $102,387.18 |

**Jonathan Plante**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-03-2021 | 500 | 75.8993 | $ 37,949.65 | | | | | | - | 500 | 500 | $ 18.36 | $ 9,181.06 | $ 28,768.59 | $ 28,768.59 |
| 11-10-2021 | 500 | 68.94 | $ 34,470.00 | | | | | | - | 500 | 500 | $ 18.36 | $ 9,181.06 | $ 25,288.94 | $ 25,288.94 |
| 11-22-2021 | 1000 | 56.8384 | $ 56,838.40 | | | | | | - | 1000 | 1000 | $ 18.36 | $ 18,362.11 | $ 38,476.29 | $ 38,476.29 |
| 12-01-2021 | 200 | 49.6997 | $ 9,939.94 | | | | | | - | 200 | 200 | $ 18.36 | $ 3,672.42 | $ 6,267.52 | $ 6,267.52 |
| 12-13-2021 | 100 | 50.51 | $ 5,051.00 | | | | | | - | 100 | 100 | $ 18.36 | $ 1,836.21 | $ 3,214.79 | $ 3,214.79 |
| 12-16-2021 | 200 | 53.675 | $ 10,735.00 | 12-22-2021 | 200 | | $ 60.59 | $ 12,117.88 | - | - | - | $ 18.36 | | -$ 1,382.88 | -$ 1,382.88 |
| 12-16-2021 | 200 | 53.675 | $ 10,735.00 | | | | | | - | 200 | 200 | $ 18.36 | $ 3,672.42 | $ 7,062.58 | $ 7,062.58 |
| 01-06-2022 | 200 | 55.015 | $ 11,003.00 | | | | | | - | 200 | 200 | $ 18.36 | $ 3,672.42 | $ 7,330.58 | $ 7,330.58 |
| 01-11-2022 | 500 | 54.6829 | $ 27,341.45 | | | | | | - | 500 | 500 | $ 18.36 | $ 9,181.06 | $ 18,160.39 | $ 18,160.39 |
| 03-07-2022 | 1000 | 37.4 | $ 37,400.00 | 03-09-2022 | 1000 | | $ 39.61 | $ 39,610.00 | - | - | - | $ 18.36 | | -$ 2,210.00 | -$ 2,210.00 |
| 03-10-2022 | 500 | 37.615 | $ 18,807.50 | 03-30-2022 | 500 | | $ 46.49 | $ 23,245.70 | - | - | - | $ 18.36 | | -$ 4,438.20 | -$ 4,438.20 |
| 03-10-2022 | 500 | 37.615 | $ 18,807.50 | | | | | | - | 500 | 500 | $ 18.36 | $ 9,181.06 | $ 9,626.44 | $ 9,626.44 |
| 03-11-2022 | 1000 | 35.3272 | $ 35,327.20 | 03-18-2022 | 1000 | | $ 42.70 | $ 42,697.60 | - | - | - | $ 18.36 | | -$ 7,370.40 | -$ 7,370.40 |
| 03-14-2022 | 500 | 30.99 | $ 15,495.00 | 03-17-2022 | 500 | | $ 40.53 | $ 20,266.25 | - | - | - | $ 18.36 | | -$ 4,771.25 | -$ 4,771.25 |
| 03-14-2022 | 100 | 33.938 | $ 3,393.80 | 03-17-2022 | 100 | | $ 40.53 | $ 4,053.25 | - | - | - | $ 18.36 | | -$ 659.45 | -$ 659.45 |
| 03-14-2022 | 500 | 33.9496 | $ 16,974.80 | 03-17-2022 | 500 | | $ 39.02 | $ 19,509.50 | - | - | - | $ 18.36 | | -$ 2,534.70 | -$ 2,534.70 |
| 03-14-2022 | 400 | 33.9496 | $ 13,579.84 | 03-17-2022 | 400 | | $ 40.53 | $ 16,213.00 | - | - | - | $ 18.36 | | -$ 2,633.16 | -$ 2,633.16 |
| 03-25-2022 | 126 | 41.85 | $ 5,273.10 | 03-30-2022 | 126 | | $ 46.49 | $ 5,857.92 | - | - | - | $ 18.36 | | -$ 584.82 | -$ 584.82 |
| 03-25-2022 | 374 | 41.864 | $ 15,657.14 | 03-30-2022 | 374 | | $ 46.49 | $ 17,387.78 | - | - | - | $ 18.36 | | -$ 1,730.65 | -$ 1,730.65 |
| 04-06-2022 | 500 | 40.085 | $ 20,042.50 | | | | | | - | 500 | 500 | $ 18.36 | $ 9,181.06 | $ 10,861.44 | $ 10,861.44 |
| 04-18-2022 | 100 | 36.48 | $ 3,648.00 | 04-22-2022 | 100 | | $ 32.69 | $ 3,268.50 | - | - | - | $ 18.36 | | $ 379.50 | |
| 04-18-2022 | 100 | 36.48 | $ 3,648.00 | 04-22-2022 | 100 | | $ 32.68 | $ 3,267.67 | - | - | - | $ 18.36 | | $ 380.33 | |
| 04-18-2022 | 800 | 36.48 | $ 29,184.00 | | | | | | - | 800 | 800 | $ 18.36 | $ 14,689.69 | $ 14,494.31 | $ 14,494.31 |
| 05-04-2022 | 700 | 32.1455 | $ 22,501.85 | | | | | | - | 700 | 700 | $ 18.36 | $ 12,853.48 | $ 9,648.37 | $ 9,648.37 |
| 05-11-2022 | 2000 | 25.4599 | $ 50,919.80 | | | | | | - | 2000 | 2000 | $ 18.36 | $ 36,724.22 | $ 14,195.58 | $ 14,195.58 |
| 05-18-2022 | 150 | 25.7451 | $ 3,861.77 | | | | | | - | 150 | 150 | $ 18.36 | $ 2,754.32 | $ 1,107.45 | $ 1,107.45 |
| Matched against pre class period holdings | | | | 10-07-2021 | | 500 | $ 78.11 | $ 39,053.40 | - | - | - | $ 18.36 | | | |
| Matched against pre class period holdings | | | | 10-11-2021 | | 500 | $ 80.20 | $ 40,098.60 | - | - | - | $ 18.36 | | | |
| Matched against pre class period holdings | | | | 10-18-2021 | | 500 | $ 87.49 | $ 43,743.60 | - | - | - | $ 18.36 | | | |
| Matched against pre class period holdings | | | | 10-20-2021 | | 1000 | $ 85.81 | $ 85,807.40 | - | - | - | $ 18.36 | | | |
| **Total:** | **12,750** | | **$518,585.23** | | **7,400** | | | **$416,198.05** | | **7,850** | **7,850** | | **$144,142.57** | ***$ 166,947.61 | ***$ 166,187.78 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.