UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAY ROBISON, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>               Defendants. | Case No.  1:22-cv-00550-RP<br><br>MOTION OF MELISSA KIRSHNER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| MELISSA KIRSHNER, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>               Defendants. | Case No.  1:22-cv-00731-RP |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Melissa Kirshner ("Kirshner"), by and through her counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Kirshner as Lead Plaintiff on behalf of persons and entities that purchased or otherwise acquired Digital Turbine, Inc. securities between February 26, 2021 and May 31, 2022, inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel, and The Briscoe Law Firm, PLLC as Liaison Counsel, for the Class.

Dated:  August 5, 2022

Respectfully submitted,

/s/ Willie C. Briscoe
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.co

Counsel for Kirshner and
Proposed Liaison Counsel for the Class

POMERANTZ LLP
Jeremy A. Lieberman
(pro hac vice application submitted)
J. Alexander Hood II
(pro hac vice application submitted)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

1

jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Kirshner and
Proposed Lead Counsel for the Class*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
(*pro hac vice* application submitted)
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional counsel for Kirshner*

### COMPLIANCE WITH LOCAL RULE CV-7(g)

Kirshner is aware of Local Rule CV-7(g), which provides, in relevant part: "The court may refuse to hear or may deny a nondispositive motion unless the movant advises the court within the body of the motion that counsel for the parties have conferred in a good-faith attempt to resolve the matter by agreement and certifies the specific reason that no agreement could be made." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is August 5, 2022, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Kirshner will thus not know the identities of the other putative Class members, if any, who intend to file competing Lead Plaintiff motions until August 6, 2022—the day after the statutory deadline—making conferral to resolve the matter by agreement prior to the filing of Kirshner's motion papers impracticable. Under these circumstances, Kirshner respectfully requests that compliance with Local Rule CV-7(g) be waived in this instance.

## CERTIFICATE OF SERVICE

This is to certify that on August 5, 2022, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE