UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAY ROBISON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>Defendants. | Case No.  1:22-cv-00550-RP<br><br>DECLARATION OF WILLIE C. BRISCOE IN SUPPORT OF MOTION OF MELISSA KIRSHNER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| MELISSA KIRSHNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>Defendants. | Case No.  1:22-cv-00731-RP |

I, Willie C. Briscoe, hereby declare as follows:

1.    I am an attorney with The Briscoe Law Firm, PLLC ("BLF"), counsel on behalf of Melissa Kirshner ("Kirshner"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Kirshner's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff, and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel, and BLF as Liaison Counsel, for the Class in the Related Actions.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Kirshner in the Related Actions;

Exhibit B:    Press release published over *Business Wire* on June 6, 2022, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification executed by Kirshner;

Exhibit D:    Firm resume of Pomerantz; and

Exhibit E:    Firm resume of BLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 5, 2022.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE

1

**CERTIFICATE OF SERVICE**

This is to certify that on August 5, 2022, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE

2