# EXHIBIT A

**Digital Turbine, Inc. (APPS)**
**Class Period: February 26, 2021 to May 31, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 65-Days* Mean Price $18.3622 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Melissa Kirshner | 3/4/2021 | 5,050 | $80.0000 | ($404,000) | | | | | | | |
| Melissa Kirshner | 3/24/2021 | 229 | $75.0000 | ($17,175) | | | | | | | |
| Melissa Kirshner | 3/25/2021 | 50 | $73.8900 | ($3,695) | | | | | | | |
| Melissa Kirshner | 3/30/2021 | 975 | $70.0000 | ($68,250) | | | | | | | |
| Melissa Kirshner | 3/30/2021 | 1,280 | $70.0000 | ($89,600) | | | | | | | |
| Melissa Kirshner | 4/16/2021 | 1,150 | $80.0000 | ($92,000) | | | | | | | |
| Melissa Kirshner | 4/19/2021 | 896 | $75.0000 | ($67,200) | | | | | | | |
| Melissa Kirshner | 5/13/2021 | 230 | $60.0000 | ($13,800) | | | | | | | |
| Melissa Kirshner | 1/19/2022 | 4,500 | $45.0000 | ($202,500) | | | | | | | |
| **Melissa Kirshner** | | **14,360** | | **($958,220)** | | | | | **14,360** | **$263,682** | **($694,538)** |

*Avg Closing Prices from June 1, 2022 to August 4, 2022