IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAY ROBISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>Defendants. | § CIVIL ACTION NO. 1:22-cv-00550-RP<br>§<br>§ **APPENDIX ACCOMPANYING MOVANT**<br>§ **JAMES LOWRY'S MOTION TO**<br>§ **CONSOLIDATE RELATED CASES,**<br>§ **APPOINT MOVANT AS LEAD**<br>§ **PLAINTIFF, AND TO APPROVE LEAD**<br>§ **PLAINTIFF'S SELECTION OF COUNSEL**<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§ |
| MELISSA KIRSHNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>Defendants. | § CIVIL ACTION NO. 1:22-cv-00731-RP<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Attached are true and correct copies of the following exhibits:

Exhibit 1:    PSLRA early notice issued on June 6, 2022;

Exhibit 2:    James Lowry's PSLRA Certification;

Exhibit 3:    James Lowry's Loss Chart;

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume; and

Exhibit 5:    Cochran Law PLLC's firm resume.

1

Dated: August 5, 2022,                    Respectfully submitted,

                                          **COCHRAN LAW PLLC**

                                           */s/ Stuart L. Cochran*
                                          Stuart L. Cochran
                                          Texas Bar No. 24027936
                                          8140 Walnut Hill Ln. | Suite 250
                                          Dallas, TX 75231
                                          T: 469.333.3405
                                          F: 469.333.3406
                                          Email: stuart@scochranlaw.com

                                          *[Proposed] Liaison Counsel for Movant
                                          and the Class*

                                          **THE ROSEN LAW FIRM, P.A.**
                                          Laurence Rosen, Esq. (*pro hac vice* to be filed)
                                          Phillip Kim, Esq. (*pro hac vice* to be filed)
                                          275 Madison Avenue, 40th Floor
                                          New York, NY 10116
                                          Phone: (212) 686-1060
                                          Fax: (212) 202-3827
                                          Email: lrosen@rosenlegal.com
                                          Email: pkim@rosenlegal.com

                                          *[Proposed] Lead Counsel for Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                           */s/ Stuart L. Cochran*
                                          Stuart L. Cochran