# EXHIBIT 3

**Digital Turbine, Inc. Loss Chart**
**Class Period:  August 9, 2021 through May 17, 2022**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $19.4793 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James Lowry | 11/3/2021 | 500 | ($75.22) | ($37,610.00) | 11/3/2021 | 1,000 | $77.34 | $77,340.00 | | | | |
| | 11/3/2021 | 500 | ($75.42) | ($37,710.00) | | | | | | | | |
| | 11/3/2021 | 500 | ($76.08) | ($38,040.00) | | | | | | | | |
| | 11/3/2021 | 500 | ($76.38) | ($38,190.00) | | | | | | | | |
| | 11/3/2021 | 500 | ($76.88) | ($38,440.00) | | | | | | | | |
| | 11/3/2021 | 500 | ($77.08) | ($38,540.00) | | | | | | | | |
| | | 3,000 | | ($228,530.00) | | 1,000 | | $77,340.00 | 2,000 | $38,958.60 | ($112,231.40) | |