UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JAY ROBISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL TURBINE, INC., et al.,<br><br>Defendants. | Civil Action No. 1:22-cv-00550-RP |
| MELISSA KIRSHNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL TURBINE, INC., et al.,<br><br>Defendants. | Civil Action No. 1:22-cv-00731-RP |

**ORDER GRANTING THE PENSION FUNDS AND RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered United Wire Metal and Machine Pension Fund, Local 810 Affiliated Pension Fund, and City of Pontiac Reestablished General Employees' Retirement System's (collectively, the "Pension Funds and Retirement System") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

4873-1857-2589.v1

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of Federal Rules of Civil Procedure, *Robison v. Digital Turbine, Inc.*, No. 1:22-cv-00550-RP, and *Kirshner v. Digital Turbine, Inc.*, No. 1:22-cv-00731-RP, are consolidated as:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re DIGITAL TURBINE, INC. SECURITIES LITIGATION | )  Master File No. 1:22-cv-00550-RP |
| | )  <u>CLASS ACTION</u> |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |

(a)      The file in No. 1:22-cv-00550-RP shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions on behalf of purchasers of Digital Turbine, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

(c)      This Order shall apply to every such action, absent Court order.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

4873-1857-2589.v1

3.      The Pension Funds and Retirement System are appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii); and

4.      The Pension Funds and Retirement System's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel are hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

        IT IS SO ORDERED.

DATED:  _____          _____
                                THE HONORABLE ROBERT PITMAN
                                UNITED STATES DISTRICT COURT JUDGE

4873-1857-2589.v1