UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JAY ROBISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL TURBINE, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:22-cv-00550-RP |
| MELISSA KIRSHNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL TURBINE, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:22-cv-00731-RP |

**APPENDIX OF EXHIBITS IN SUPPORT OF THE PENSION FUNDS AND RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

- 1 -

4881-0061-2397.v1

**DOCUMENT**                                                                                    **TAB**

Affidavit of Joe Kendall in Support of the Pension Funds and Retirement System's          1
Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and
Approval of Selection of Counsel

DATED:  August 5, 2022                          KENDALL LAW GROUP, PLLC
                                                JOE KENDALL (Texas Bar No. 11260700)


                                                        *s/ Joe Kendall*
                                                          JOE KENDALL

                                                3811 Turtle Creek Blvd., Suite 1450
                                                Dallas, TX  75219
                                                Telephone:  214/744-3000
                                                214/744-3015 (fax)
                                                jkendall@kendalllawgroup.com

                                                Local Counsel

                                                ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                                DANIELLE S. MYERS
                                                JENNIFER N. CARINGAL
                                                MICHAEL ALBERT
                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101
                                                Telephone:  619/231-1058
                                                619/231-7423 (fax)
                                                dmyers@rgrdlaw.com
                                                jcaringal@rgrdlaw.com
                                                malbert@rgrdlaw.com

                                                Proposed Lead Counsel for Proposed Lead Plaintiff

                                                ASHERKELLY
                                                CYNTHIA J. BILLINGS-DUNN
                                                25800 Northwestern Highway, Suite 1100
                                                Southfield, MI  48075
                                                Telephone:  248/746-2710
                                                248/747-2809 (fax)
                                                cbdunn@asherkellylaw.com

                                                Additional Counsel for Proposed Lead Plaintiff

4881-0061-2397.v1

## CERTIFICATE OF SERVICE

I caused the filing of the foregoing document and attached exhibits through the Court's CM/ECF system on August 5, 2022, which will serve all counsel of record.

*s/ Joe Kendall*
JOE KENDALL