# TAB 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JAY ROBISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL TURBINE, INC., et al.,<br><br>Defendants. | § § § § § § § § § § § § § § | Civil Action No. 1:22-cv-00550-RP |
| MELISSA KIRSHNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL TURBINE, INC., et al.,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:22-cv-00731-RP |

**AFFIDAVIT OF JOE KENDALL IN SUPPORT OF THE PENSION FUNDS AND RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Joe Kendall, declare, under penalty of perjury:

1.       I am a member of the law firm of Kendall Law Group, PLLC, the State Bar of Texas, this Court, and am proposed local counsel for proposed lead plaintiff United Wire Metal and Machine Pension Fund, Local 810 Affiliated Pension Fund, and City of Pontiac Reestablished

- 1 -

Tab 1<br>001

- 2 -

General Employees' Retirement System (collectively, the "Pension Funds and Retirement Systems"). I submit this affidavit in support of the Pension Funds and Retirement System's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of first-filed class action published on *Business Wire*, a national business-oriented publication, dated June 6, 2022;

Exhibit B:      The Pension Funds and Retirement System's Certifications;

Exhibit C:      Chart of the Pension Funds and Retirement System's loss estimate, prepared by counsel; and

Exhibit D:      The Pension Funds and Retirement System's Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2022.

*s/ Joe Kendall*
_____
JOE KENDALL

4868-7187-7677.v1

Tab 1
002

**CERTIFICATE OF SERVICE**

I caused the filing of the foregoing document and attached exhibits through the Court's CM/ECF system on August 5, 2022, which will serve all counsel of record.

*s/ Joe Kendall*

JOE KENDALL

4868-7187-7677.v1

Tab 1
003