# EXHIBIT C

Tab 1
014

Movants' Purchases and Losses

Class Period: 02/26/2021 - 05/31/2022 FIFO

Digital Turbine

| Name | Date | Shares Acquired | Price | Total Cost | Date* | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **United Wire Metal and Machine Pension Fund** | 07/19/2021 | 1,500 | $60.94 | $91,411.65 | 06/10/2022 | 1,100 | $19.90 | $21,888.68 | |
| | 08/10/2021 | 500 | $62.07 | $31,035.95 | 06/13/2022 | 4,500 | $19.41 | $87,345.00 | |
| | 08/12/2021 | 2,500 | $58.06 | $145,151.75 | | | | | |
| | 12/03/2021 | 1,100 | $46.66 | $51,330.73 | | | | | |
| | | **5,600** | | **$318,930.08** | | **5,600** | | **$109,233.68** | **($209,696.40)** |
| **Local 810 Affiliated Pension Fund** | 06/02/2021 | 125 | $63.63 | $7,953.25 | 03/18/2022 | 125 | $42.90 | $5,362.53 | |
| | 06/02/2021 | 150 | $67.08 | $10,062.72 | 05/12/2022 | 400 | $23.32 | $9,328.00 | |
| | 06/03/2021 | 100 | $63.76 | $6,376.00 | 06/06/2022 | 250 | $20.55 | $5,136.88 | |
| | 06/25/2021 | 75 | $77.83 | $5,837.25 | 06/06/2022 | 800 | $20.55 | $16,438.00 | |
| | 07/16/2021 | 200 | $59.84 | $11,968.06 | 06/10/2022 | 250 | $19.90 | $4,974.70 | |
| | 07/19/2021 | 175 | $61.43 | $10,750.25 | 06/10/2022 | 1,100 | $19.90 | $21,888.68 | |
| | 08/10/2021 | 500 | $62.07 | $31,035.95 | 06/13/2022 | 1,300 | $19.41 | $25,233.00 | |
| | 08/12/2021 | 250 | $57.76 | $14,440.00 | | | | | |
| | 08/13/2021 | 100 | $55.29 | $5,529.33 | | | | | |
| | 11/03/2021 | 125 | $75.90 | $9,487.49 | | | | | |
| | 12/03/2021 | 100 | $46.66 | $4,666.43 | | | | | |
| | 12/16/2021 | 600 | $54.79 | $32,874.00 | | | | | |
| | 12/20/2021 | 600 | $56.09 | $33,653.52 | | | | | |
| | 12/23/2021 | 300 | $62.70 | $18,810.03 | | | | | |
| | 12/28/2021 | 500 | $66.98 | $33,490.00 | | | | | |
| | 01/05/2022 | 300 | $59.05 | $17,713.86 | | | | | |
| | 03/08/2022 | 25 | $35.30 | $882.44 | | | | | |
| | | **4,225** | | **$255,530.57** | | **4,225** | | **$88,361.78** | **($167,168.79)** |
| **City of Pontiac Reestablished General Employees' Retirement System** | 09/03/2021 | 3,189 | $63.89 | $203,745.21 | 11/02/2021 | 106 | $89.90 | $9,529.40 | |
| | 09/17/2021 | 436 | $66.86 | $29,150.96 | 12/16/2021 | 148 | $51.51 | $7,623.48 | |
| | 12/17/2021 | 10 | $55.23 | $552.30 | 01/25/2022 | 230 | $39.58 | $9,103.40 | |
| | 01/31/2022 | 8 | $44.15 | $353.20 | 06/28/2022 | 831 | $17.70 | $14,710.03 | |
| | 03/18/2022 | 16 | $43.04 | $688.64 | 06/28/2022 | 2,387 | $17.70 | $42,253.72 | |
| | 03/18/2022 | 43 | $43.04 | $1,850.72 | | | | | |
| | | **3,702** | | **$236,341.03** | | **3,702** | | **$83,220.03** | **($153,121.00)** |
| **Movants' Total** | | **13,527** | | **$810,801.68** | | **13,527** | | **$280,815.49** | **($529,986.19)** |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
  will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

Tab 1
015

Movants' Purchases and Losses — Class Period: 02/26/2021 - 05/31/2022 LIFO — Digital Turbine

| Name | Date | Shares Acquired | Price | Total Cost | Date* | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **United Wire Metal and Machine Pension Fund** | 12/03/2021 | 600 | $46.66 | $27,998.58 | 02/16/2022 | 600 | $49.18 | $29,508.00 | |
| | 12/03/2021 | 500 | $46.66 | $23,332.15 | 03/24/2022 | 500 | $41.71 | $20,856.55 | |
| | 08/12/2021 | 500 | $58.06 | $29,030.35 | 03/24/2022 | 500 | $41.71 | $20,856.55 | |
| | 08/12/2021 | 1,500 | $58.06 | $87,091.05 | 06/06/2022 | 1,500 | $20.55 | $30,821.25 | |
| | 08/12/2021 | 500 | $58.06 | $29,030.35 | 06/10/2022 | 500 | $19.90 | $9,949.40 | |
| | 08/10/2021 | 500 | $62.07 | $31,035.95 | 06/10/2022 | 500 | $19.90 | $9,949.40 | |
| | 07/19/2021 | 1,500 | $60.94 | $91,411.65 | 06/10/2022 | 1,500 | $19.90 | $29,848.20 | |
| | | **5,600** | | **$318,930.08** | | **5,600** | | **$151,789.35** | **($167,140.73)** |
| **City of Pontiac Reestablished General Employees' Retirement System** | 03/18/2022 | 43 | $43.04 | $1,850.72 | 06/28/2022 | 43 | $17.70 | $761.17 | |
| | 03/18/2022 | 16 | $43.04 | $688.64 | 06/28/2022 | 16 | $17.70 | $283.23 | |
| | 01/31/2022 | 8 | $44.15 | $353.20 | 06/28/2022 | 8 | $17.70 | $141.61 | |
| | 12/17/2021 | 10 | $55.23 | $552.30 | 01/25/2022 | 10 | $39.58 | $395.80 | |
| | 09/17/2021 | 106 | $66.86 | $7,087.16 | 11/02/2021 | 106 | $89.90 | $9,529.40 | |
| | 09/17/2021 | 148 | $66.86 | $9,895.28 | 12/16/2021 | 148 | $51.51 | $7,623.48 | |
| | 09/17/2021 | 182 | $66.86 | $12,168.52 | 01/25/2022 | 182 | $39.58 | $7,203.56 | |
| | 09/03/2021 | 38 | $63.89 | $2,427.82 | 01/25/2022 | 38 | $39.58 | $1,504.04 | |
| | 09/03/2021 | 764 | $63.89 | $48,811.96 | 06/28/2022 | 764 | $17.70 | $13,524.02 | |
| | 09/03/2021 | 2,387 | $63.89 | $152,505.43 | 06/28/2022 | 2,387 | $17.70 | $42,253.72 | |
| | | **3,702** | | **$236,341.03** | | **3,702** | | **$83,220.03** | **($153,121.00)** |
| **Local 810 Affiliated Pension Fund** | 03/08/2022 | 25 | $35.30 | $882.44 | 03/11/2022 | 25 | $35.60 | $890.09 | |
| | 01/05/2022 | 300 | $59.05 | $17,713.86 | 01/27/2022 | 300 | $37.52 | $11,255.40 | |
| | 12/28/2021 | 200 | $66.98 | $13,396.00 | 01/27/2022 | 200 | $37.52 | $7,503.60 | |
| | 12/28/2021 | 150 | $66.98 | $10,047.00 | 03/01/2022 | 150 | $48.64 | $7,296.00 | |
| | 12/28/2021 | 150 | $66.98 | $10,047.00 | 03/11/2022 | 150 | $35.60 | $5,340.51 | |
| | 12/23/2021 | 300 | $62.70 | $18,810.03 | 03/11/2022 | 300 | $35.60 | $10,681.02 | |
| | 12/20/2021 | 325 | $56.09 | $18,228.99 | 03/11/2022 | 325 | $35.60 | $11,571.11 | |
| | 12/20/2021 | 200 | $56.09 | $11,217.84 | 03/18/2022 | 200 | $42.90 | $8,580.04 | |
| | 12/20/2021 | 75 | $56.09 | $4,206.69 | 05/12/2022 | 75 | $23.32 | $1,749.00 | |
| | 12/16/2021 | 325 | $54.79 | $17,806.75 | 05/12/2022 | 325 | $23.32 | $7,579.00 | |
| | 12/16/2021 | 250 | $54.79 | $13,697.50 | 06/06/2022 | 250 | $20.55 | $5,136.88 | |
| | 12/16/2021 | 25 | $54.79 | $1,369.75 | 06/06/2022 | 25 | $20.55 | $513.69 | |
| | 12/03/2021 | 100 | $46.66 | $4,666.43 | 06/06/2022 | 100 | $20.55 | $2,054.75 | |
| | 11/03/2021 | 125 | $75.90 | $9,487.49 | 06/06/2022 | 125 | $20.55 | $2,568.44 | |
| | 08/13/2021 | 100 | $55.29 | $5,529.33 | 06/06/2022 | 100 | $20.55 | $2,054.75 | |
| | 08/12/2021 | 250 | $57.76 | $14,440.00 | 06/06/2022 | 250 | $20.55 | $5,136.88 | |
| | 08/10/2021 | 200 | $62.07 | $12,414.38 | 06/06/2022 | 200 | $20.55 | $4,109.50 | |
| | 08/10/2021 | 250 | $62.07 | $15,517.98 | 06/10/2022 | 250 | $19.90 | $4,974.70 | |
| | 08/10/2021 | 50 | $62.07 | $3,103.60 | 06/10/2022 | 50 | $19.90 | $994.94 | |
| | 07/19/2021 | 175 | $61.43 | $10,750.25 | 06/10/2022 | 175 | $19.90 | $3,482.29 | |
| | 07/16/2021 | 200 | $59.84 | $11,968.06 | 06/10/2022 | 200 | $19.90 | $3,979.76 | |
| | 06/25/2021 | 75 | $77.83 | $5,837.25 | 06/10/2022 | 75 | $19.90 | $1,492.41 | |
| | 06/03/2021 | 100 | $63.76 | $6,376.00 | 06/10/2022 | 100 | $19.90 | $1,989.88 | |
| | 06/02/2021 | 150 | $67.08 | $10,062.72 | 06/10/2022 | 150 | $19.90 | $2,984.82 | |
| | 06/02/2021 | 125 | $63.63 | $7,953.25 | 06/10/2022 | 125 | $19.90 | $2,487.35 | |
| | | **4,225** | | **$255,530.57** | | **4,225** | | **$116,406.79** | **($139,123.79)** |
| **Movants' Total** | | **13,527** | | **$810,801.68** | | **13,527** | | **$351,416.16** | ***($459,385.52)*** |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

Tab 1
016