# EXHIBIT D

Tab 1
017

DocuSign Envelope ID: FA30B54F-D1F9-4DDD-ACEE-0CAA7C7F63EA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JAY ROBISON, Individually and on Behalf of All Others Similarly Situated, §§§§§§§§§§§ <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL TURBINE, INC., et al., <br><br> Defendants. | Civil Action No. 1:22-cv-00550-RP |
| MELISSA KIRSHNER, Individually and on Behalf of All Others Similarly Situated, §§§§§§§§§§§§§§ <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL TURBINE, INC., et al., <br><br> Defendants. | Civil Action No. 1:22-cv-00731-RP |

## JOINT DECLARATION

We, the representatives of the United Wire Metal and Machine Pension Fund, Local 810 Affiliated Pension Fund, and City of Pontiac Reestablished General Employees' Retirement System (collectively, "the Pension Funds and Retirement System"), pursuant to 28 U.S.C. §1746, declare as follows:

1.    We respectfully submit this Joint Declaration in support of the Pension Funds and Retirement System's motion for consolidation, appointment as lead plaintiff, and approval of

- 1 -

4876-0857-8861

Tab 1<br>018

DocuSign Envelope ID: FA30B54F-D1F9-4DDD-ACEE-0CAA7C7F63EA

selection of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel. We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2.      I, Lorriane Buonacore, am the Administrator of the United Wire Metal and Machine Pension Fund and Local 810 Affiliated Pension Fund and am authorized to make this declaration on their behalves. The Pension Funds are multiemployer defined benefit pension plans established for the purpose of providing pension benefits to eligible participants and beneficiaries. As reflected in their Certifications, the Pension Funds purchased thousands of shares of Digital Turbine, Inc. stock during the Class Period and suffered substantial losses as a result of the alleged violations of the federal securities laws in this action.

3.      I, Sheldon Albritton, am the Chairman of the City of Pontiac Reestablished General Employees' Retirement System and am authorized to make this declaration on behalf of Pontiac GERS. Pontiac GERS is a public retirement plan that provides retirement benefits to employees of the City of Pontiac, Michigan (and their beneficiaries). As reflected in its Certification, Pontiac GERS purchased tens of thousands of Digital Turbine stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

4.      Our decision to seek appointment as lead plaintiff together was informed by our complementary trading patterns and our shared desire to ensure broad and comprehensive coverage to all purchasers of Digital Turbine stock during the entire Class Period. Before filing our lead plaintiff motion, we communicated with our counsel and each other about this litigation, the need to recoup losses attributable to the alleged securities fraud in this case, our desire to jointly prosecute this case to ensure the outcome is maximized for all putative class members, the requirements and responsibilities of being a lead plaintiff in a securities class action, our plan to jointly prosecute this

- 2 -

Tab 1
019

DocuSign Envelope ID: FA30B54F-D1F9-4DDD-ACEE-0CAA7C7F63EA

action and exercise joint decision-making authority, the lead plaintiff motion process, and the strengths of seeking appointment together as a partnership consisting of two Taft-Hartley funds and a public retirement plan with experience fulfilling the role of a lead plaintiff. We believe our joint service as lead plaintiff, if approved by the Court, and oversight of Robbins Geller will result in an optimal recovery for the putative class.

5.      We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware that the lead plaintiff's responsibilities include interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing and able to undertake these responsibilities on behalf of the class.

6.      As our Certifications attest, we will participate in discovery and trial as necessary. And, as we have already done, we will continue to communicate with each other and provide guidance, insight, and direction to Robbins Geller on major litigation events.

7.      We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as Lead Counsel because of the Firm's extensive securities litigation experience and the outstanding results the Firm has achieved on behalf of defrauded investors.

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: 8/5/2022

_Lorriane Buonacore_
Lorriane Buonacore
Administrator
United Wire Metal and Machine Pension Fund

I declare, under penalty of perjury, that the foregoing is true and correct.

- 3 -

4876-0857-8861

Tab 1
020

DocuSign Envelope ID: FA30B54F-D1F9-4DDD-ACEE-0CAA7C7F63EA

DATED: 8/5/2022

_Lorriane Buonacore_

Lorriane Buonacore
Administrator
Local 810 Affiliated Pension Fund

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: 8/5/2022

Sheldon Albritton
Chairman
City of Pontiac Reestablished General
Employees' Retirement System

- 4 -

4876-0857-8861

Tab 1
021