**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JAY ROBISON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>Defendants. | Civil Action No. 1:22-cv-00550-RP<br><br>**DECLARATION OF SAMMY FORD IV IN SUPPORT OF THE MOTION OF HOWARD J. BURCH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| MELISSA KIRSHNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>Defendants. | Civil Action No. 1:22-cv-00731-RP |

I, Sammy Ford IV, hereby declare as follows:

1.    I am an attorney with the law firm Ahmad Zavitsanos & Mensing P.C., liaison counsel for Lead Plaintiff Movant Howard J. Burch ("Burch") and proposed Liaison Counsel for the class in the above-captioned actions. I make this declaration in support of the Motion of Burch for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published June 6, 2022 on *Business Wire*, announcing the pendency of the first-filed securities class action against the Defendants herein;

Exhibit B:    Burch's Signed PSLRA Certification;

Exhibit C:    Analysis of Burch's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm résumé of Ahmad Zavitsanos & Mensing P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 5th day of August 2022.

/s/    *Sammy Ford IV*
Sammy Ford IV

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, August 5, 2022, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Sammy Ford IV*
Sammy Ford IV