# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Digital Turbine, Inc.
**Ticker:** APPS
**Class Period:** February 26, 2021 to May 31, 2022
**Name:** Howard J. Burch

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/30/2021 | 7,000 | $75.7000 | -$529,900.0000 | | $0.0000 | -$529,900.00 |
| 7/2/2021 | 1,000 | $75.7000 | -$75,700.0000 | | $0.0000 | -$75,700.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **8,000** | | | | **Subtotal:** | **-$605,600.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $146,897.78 |
| | | | $18.3622 | 8,000 | **Account 1 Total:** | **-$458,702.22** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/2/2021 | 912 | $70.2900 | -$64,104.4800 | | $0.0000 | -$64,104.48 |
| 7/2/2021 | 88 | $70.3000 | -$6,186.4000 | | $0.0000 | -$6,186.40 |
| 7/2/2021 | 1,800 | $70.2400 | -$126,432.0000 | | $0.0000 | -$126,432.00 |
| 7/2/2021 | 200 | $70.2500 | -$14,050.0000 | | $0.0000 | -$14,050.00 |
| 7/2/2021 | 1,083 | $69.1900 | -$74,932.7700 | | $0.0000 | -$74,932.77 |
| 7/2/2021 | 500 | $75.7800 | -$37,890.0000 | | $0.0000 | -$37,890.00 |
| 7/8/2022 | -101 | | $0.0000 | $17.7446 | $1,792.2061 | $1,792.21 |
| 7/8/2022 | -3,899 | | $0.0000 | $17.7446 | $69,186.2549 | $69,186.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **583** | | | | **Subtotal:** | **-$252,617.19** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $10,705.18 |
| | | | $18.3622 | 583 | **Account 2 Total:** | **-$241,912.01** |

| | |
|---|---|
| **Combined Total:** | **-$700,614.24** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between June 1, 2022 and August 4, 2022. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.