# EXHIBIT E

# AZA RESUME

## TALENTED, TOUGH AND COURTROOM-TESTED WITH YEARS OF EXPERIENCE TRYING COMPLEX CASES

Ahmad, Zavitsanos & Mensing, or AZA, is first and foremost a trial firm. Our more than 50 lawyers have been in a trial nearly every month since 2016, despite courthouse closures because of Hurricane Harvey and COVID-19. We tried 23 cases total in the years 2018 and 2019. In 2020, when many courts were closed, we tried six cases and we tried 13 in 2021. Now in 2022, we have already tried five cases. Our courtroom experience, our knowledge of what will matter to a jury or judge, and our command of trial technology permit us to do this efficiently. Being trial-ready also strongly influences settlement. Opponents recognize that with more than 225 trials under our belts, we have confidence in our position and our ability to advocate that position. In fact, AZA is often hired on the eve of trial, once it has become clear that the case must be tried.

Although many of our cases involve high-stakes litigation for multinational companies, we also excel at representing individuals and mid-sized businesses with serious legal issues. We also understand that a superior result does not always involve a verdict or judgment, and are equally skilled at developing creative solutions to business problems.

AZA also manages company investigations. We help company boards, in-house counsel, and audit committees identify problems and ensure compliance before litigation ensues.

AZA