**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JAY ROBISON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>Defendants. | Civil Action No. 1:22-cv-00550-RP<br><br>**[PROPOSED] ORDER** |
| MELISSA KIRSHNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL TURBINE, INC., WILLIAM STONE, and BARRETT GARRISON,<br><br>Defendants. | Civil Action No. 1:22-cv-00731-RP |

1

Having considered the Motion of Howard J. Burch for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Digital Turbine, Inc. Securities Litigation*, Master File No.: 1:22-cv-00550-RP;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Howard J. Burch as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Ahmad, Zavitsanos & Mensing P.C. as Liaison Counsel for the class.

    **SO ORDERED.**

Dated: _____, 2022

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2