**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE DIGITAL TURBINE, INC.**<br>**SECURITIES LITIGATION** | **Case No. 1:22-cv-00550-DAE** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

**DECLARATION OF MICHAEL J. BILES IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

I, Michael J. Biles, Esq., declare as follows:

I am admitted to practice before this Court and I am a partner of the law firm of King & Spalding LLP, which represents Defendants Digital Turbine, Inc., William Stone, and Barrett Garrison in the above-captioned matter.

I submit this declaration in Support of Defendants' Motion to Dismiss the Consolidated Complaint. Attached to this declaration are the following documents:

1. Digital Turbine, Inc. Form 10-K, filed with the SEC on June 10, 2021. The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/317788/000162828021012023/apps-20210331.htm. A true and correct copy is attached as Exhibit 1.

2. Digital Turbine, Inc. Investor Day Presentation, dated November 11, 2021. A true and correct copy is attached as Exhibit 2.

3. Digital Turbine, Inc. Form 10-Q/A, filed with the SEC on May 27, 2022, amending the original Form 10-Q filed August 9, 2021. The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000317788/000162828022015648/apps-20210630.htm. A true and correct copy is attached as Exhibit 3.

4. Digital Turbine, Inc. Investor Day Presentation, dated May 18, 2021. A true and correct copy is attached as Exhibit 4.

5. Digital Turbine, Inc. Form 10-K, filed with the SEC on June 6, 2022. The version on file with the SEC can be viewed at

https://www.sec.gov/ix?doc=/Archives/edgar/data/317788/000162828022016294/apps-20220331.htm.  A true and correct copy is attached as Exhibit 5.

6.  Digital Turbine, Inc. Form 8-K, filed with the SEC on August 9, 2021.  The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000317788/000110465921101843/tm2123673d1_8ka.htm.  A true and correct copy is attached as Exhibit 6.

7.  Digital Turbine, Inc. Form 8-K, filed with the SEC on May 4, 2021.  The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000317788/000110465921060531/tm2114971d1_8k.htm.  A true and correct copy of relevant excerpts is attached as Exhibit 7.

8.  Digital Turbine, Inc. Form 8-K, filed with the SEC on May 17, 2022.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000162828022014669/form8-kitem402.htm.  A true and correct copy is attached as Exhibit 8.

9.  Digital Turbine, Inc. SEC Form 4, filed on behalf of Barrett Garrison on December 17, 2021.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000162828021025300/xslF345X03/wf-form4_163976667144403.xml.  A true and correct copy is attached as Exhibit 9.

10.  Digital Turbine, Inc. SEC Form 4, filed on behalf of Barrett Garrison on March 4, 2022.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000162828022005149/xslF345X03/wf-form4_164642923724795.xml.  A true and correct copy is attached as Exhibit 10.

11.  Digital Turbine, Inc. SEC Form 4, filed on behalf of Barrett Garrison on April 15, 2022.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000162828022009408/xslF345X03/wf-form4_165005925836132.xml.  A true and correct copy is attached as Exhibit 11.

12.  Digital Turbine, Inc. SEC Form 4, filed on behalf of Barrett Garrison on May 3, 2022.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000162828022012057/xslF345X03/wf-form4_165161351592004.xml.  A true and correct copy is attached as Exhibit 12.

13.  Digital Turbine, Inc. SEC Form DEF 14A Definitive Proxy Statement, filed with the SEC on July 29, 2021.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000110465921097604/tm2123486-1_def14a.htm.  A true and correct copy is attached as Exhibit 13.

14.	Digital Turbine, Inc. SEC Form 4, filed on behalf of William Stone on September 9, 2020.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000162828020013393/xslF345X03/wf-form4_159967917720321.xml.  A true and correct copy is attached as Exhibit 14.

15.	Digital Turbine, Inc. SEC Form 4, filed on behalf of William Stone on March 2, 2023.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000162828023006108/xslF345X03/wf-form4_167779582365261.xml.  A true and correct copy is attached as Exhibit 15.

16.	Digital Turbine, Inc. SEC Form 4, filed on behalf of William Stone on March 4, 2022.  The version on file with the SEC can be viewed at https://www.sec.gov/Archives/edgar/data/317788/000162828022005150/xslF345X03/wf-form4_164642928584813.xml.  A true and correct copy is attached as Exhibit 16.

17.	Digital Turbine, Inc. Form 8-K, filed with the SEC on March 1, 2021.  The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000317788/000162828021003533/apps-20210226.htm.  A true and correct copy of relevant excerpts is attached as Exhibit 17.

18.	Digital Turbine, Inc. Form 8-K, filed with the SEC on March 23, 2021.  The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000317788/000110465921040044/tm2110535d1_8k.htm.  A true and correct copy is attached as Exhibit 18.

19.	Digital Turbine, Inc. Form 8-K, filed with the SEC on July 14, 2021.  The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000317788/000110465921092159/tm2121631d1_8k.htm,  A true and correct copy of relevant excerpts is attached as Exhibit 19.

20.	Digital Turbine, Inc. Form 10-Q/A, filed with the SEC on May 27, 2022, amending the original Form 10-Q filed November 2, 2021.  The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000317788/000162828022015649/apps-20210930.htm.  A true and correct copy is attached as Exhibit 20.

21.	Digital Turbine, Inc. Form 10-Q/A, filed with the SEC on May 27, 2022, amending the original Form 10-Q filed February 8, 2022.  The version on file with the SEC can be viewed at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000317788/000162828022015652/apps-20211231.htm.  A true and correct copy is attached as Exhibit 21.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2023.

/s/ Michael J. Biles
Michael J. Biles

## CERTIFICATE OF SERVICE

I certify that on April 18, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

/s/ Michael J. Biles
Michael J. Biles