# Exhibit 2





Nov. 11, 2021

# Investor Day

digital turbine

# Safe Harbor Statement

This presentation includes "forward-looking statements" within the meaning of the U.S. federal securities laws. Statements in this presentation that are not statements of historical fact and that concern future results from operations, financial position, economic conditions, product releases and any other statement that may be construed as a prediction of future performance or events, including financial projections and growth in various products, are forward-looking statements that speak only as of the date made and which involve known and unknown risks, uncertainties and other factors which may, should one or more of these risks, uncertainties or other factors materialize, cause actual results to differ materially from those expressed or implied by such statements. These factors and risks include risks associated with adoption of the Company's platform among existing customers (including the impact of possible delays with major carrier and OEM partners in the roll out for mobile phones deploying the Company's platform); actual mobile device sales and sell-through where the Company's platform is deployed is out of the Company's control; new customer adoption and time to revenue with new carrier and OEM partners is subject to delays and factors out of the Company's control; risks associated with fluctuations in the number of the Company's platform slots across US carrier partners; the challenges, given the Company's comparatively small size, to expand the combined Company's global reach, accelerate growth and create a scalable, low-capex business model that drives EBITDA (as well as Adjusted EBITDA); varying and often unpredictable levels of orders; the challenges inherent in technology development necessary to maintain the Company's competitive advantage such as adherence to release schedules and the costs and time required for finalization and gaining market acceptance of new products; changes in economic conditions and market demand; rapid and complex changes occurring in the mobile marketplace; pricing and other activities by competitors; technology management risk as the Company needs to adapt to complex specifications of different carriers and the management of a

complex technology platform given the Company's relatively limited resources; a decline in general economic conditions nationally and internationally; market acceptance and brand awareness of the Company's products; risks associated with indebtedness and the ability to comply with financial covenants on outstanding indebtedness; the ability to protect the Company's intellectual property rights; the impact of COVID-19 on the Company's results of operations; risks associated with new privacy laws, such as the European Union's GDPR and similar laws which may require changes to the Company's development and user interface for certain functionality of the Company's mobile platform; risks associated with the activities of advertisers; customer adoption that either the Company or the market may expect; ability as a smaller company to manage international operations; system security and cyberattacks; risks and uncertainties associated with the integration of AdColony, including the Company's ability to realize the anticipated benefits of the acquisition; risks and uncertainties associated with the integration of the acquisition of Fyber, including the Company's ability to realize the anticipated benefits of the acquisition and the satisfaction of related earn-out provisions; risks associated with the failure or inability to pay the future consideration due in the AdColony and Fyber acquisitions; challenges and risks associated with the Company's rapid growth by acquisitions and resulting significant demands on the Company's management and infrastructure; challenges and risks associated with the Company's global operations and related business, political, regulatory, operational, financial, and economic risks as a result of the Company's global operations; and other risks including those described from time to time in Digital Turbine's filings on Forms 10-K and 10-Q with the Securities and Exchange Commission (SEC), press releases and other communications. You should not place undue reliance on these forward-looking statements. The Company does not undertake to update forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

digital turbine.

Confidential. © 2021 Digital Turbine, Inc.   |   2

Filed 04/18/23

Document 45-2

Case 1:22-cv-00550-DAE

# Agenda

**01** **Company Update** (Bill Stone)
Mission/Vision/Why We Are Here

**02** **Business Operations and Revenue Synergies**
(Mike Ng)

**03** **Q&A Part 1**

**04** **Product Demos**

**05** **Partner Round Table** (Matt Tubergen)

**06** **Numbers, Modeling, and Looking into the Future**
(Barrett Garrison)

**07** **Q&A Part 2**



digital turbine.

Confidential. © 2021 Digital Turbine, Inc.   |   3

# The Company

Bill Stone

digital turbine

# A lot has changed since we last met

## APPS Analyst Day June 2018 (Slide 51)

**PLATFORM NETWORK EFFECTS**

## Longer-Term Growth Targets

Multiple drivers of growth combine to create a *$300m opportunity in 3-5 years,* representing an implied CAGR of 30-60%

| | Current Annual Rate (TTM) | | | 3-5 Year Growth Targets | | |
|---|---|---|---|---|---|---|
| | U.S. | ROW | Total | U.S. | ROW | Total |
| # of Annual New Devices | 45 million | 39 million | 85 million | 75 million | 150 million | 225 million |
| RPD – Silent* | $1.50 | $0.17 | $0.88 | $2.25 | $0.30 | $0.95 |
| RPD - Added Products | $0.00 | $0.00 | $0.00 | $0.75 | $0.20 | $0.38 |
| Total RPD | $1.50 | $0.17 | $0.88 | $3.00 | $0.50 | $1.33 |
| Total Annual Revenue | $68 million | $7 million | $75 million | $225 million | $75 million | $300 million |
| Android Market Share** | | | 7% | | | 17% |

\* Silent revenue includes nominal revenue from other products in current view
\*\* Based on market data provided by Statista

Confidential © 2021 Digital Turbine, Inc.    | 5

Filed 04/18/23    Document 45-2    Case 1:22-cv-00550-DAE

# Operating at global scale with strong results

**Key Stats**

| $1B | 40+ | 750M | 45K | 750+ | 1.5B |
|---|---|---|---|---|---|
| Revenue | Operator/OEM Partnerships | Ignite On-Device Footprint | Publisher Partnerships | Advertiser Relationships | Monthly Reach |

**Rapid & Efficient Growth**

### Revenue

$350m
$300m
$250m
$200m
$150m
$100m
$50m
$0m

FQ4 '17  FQ2 '18  FQ4 '18  FQ2 '19  FQ4 '19  FQ2 '20  FQ4 '20  FQ2 '21  FQ4 '21  FQ2 '22

### EBITDA

$50m
$40m
$30m
$20m
$10m
$0m
-$10m

FQ4 '17  FQ2 '18  FQ4 '18  FQ2 '19  FQ4 '19  FQ2 '20  FQ4 '20  FQ2 '21  FQ4 '21  FQ2 '22

### Non-GAAP EPS

$0.45
$0.40
$0.35
$0.30
$0.25
$0.20
$0.15
$0.10
$0.05
$-
$(0.05)

FQ4 '17  FQ2 '18  FQ4 '18  FQ2 '19  FQ4 '19  FQ2 '20  FQ4 '20  FQ2 '21  FQ4 '21  FQ2 '22



digital turbine

Case 1:22-cv-00550-DAE    Document 45-2    Filed 04/18/23    Page 8 of 41

# The largest independent mobile growth platform

Powered by on-device technology

- Access to exclusive **carrier & OEM inventory**
- High-impact **On-Device experiences**
- **Full suite** of UA and monetization Solutions
- Immense **scale and reach**
- **Diverse demand** from top brand and performance advertisers

**Global wireless OEMs/operators**
Want better experiences and fair share of ad dollars

**App Publishers**
Looking for new users

**Brands/advertisers**
Wanting effective placements

**App Publishers**
Seeking ad revenue



Confidential. © 2021 Digital Turbine, Inc.    |    7

Filed 04/18/23    Document 45-2    Case 1:22-cv-00550-DAE

# Market trends & opportunities support our independent growth platform vision

## MARKET TRENDS

**Apps are Ingrained in our Lives**
2.7 M apps in Google Play Store while average user has 30 apps on device using 10 per day

**Content Discovery is Increasing**
50% of the time consumers unlock their phone, they're simply looking for something interesting.

**The Mobile Ad Market Continues to Grow**
Global mobile advertising market is estimated to grow from $340B in 2021 to > $600B in 2025

## MARKET OPPORTUNITIES

**Advertisers are Seeking Simplicity**
Advertising complexity is impacting efficiency – The Duopoly saturation is impacting effectiveness and fostering marketing spend on other platforms for faster incremental growth.

**Advertisers are Seeking Diversity**
Over-complication of mobile marketing within fragmented and siloed ecosystem has resulted in economic loss for both Marketers, Publishers, and their ROI measurements.

**Favorable Regulatory Tailwinds**
Expected regulatory changes likely to expand market opportunities for third parties like Digital Turbine

digital turbine

Confidential. © 2021 Digital Turbine, Inc.    |    8





Confidential © 2021 Digital Turbine, Inc. | 9

Filed 04/18/23

Document 45-2

ase 1:22-cv-00550-DAE

# … More time in mobile has led to more installs & ad spend



## App Growth Continues to be Strong . . .

Global App Store and Google Play Installs 2020-2025

## . . . Leading to Upward Revisions in Advertising Spend

Global Mobile Ad Spend, Billions of Dollars

Filed 04/18/23   Document 45-2   Case 1:22-cv-00550-DAE

# . . . And, mobile ad spend has shifted towards Android

**Year over year growth in Facebook US mobile ad spend, by OS**

% change vs. same period of prior year



Source eMarketer, Aug  2021

Confidential. © 2021 Digital Turbine, Inc.   |   11

digital turbine.

Filed 04/18/23    Document 45-2    ase 1:22-cv-00550-DAE

# … We've only just begun to tap these growing markets.

## In-App Monetization is Today's Big Opportunity

For every dollar of ad money paid to get new users

2 to 4 dollars of ads flow through ad-tech to make money from new users

1X

**Ad $ flow paid upfront to get new users**

**Ad $ flow to make money from new users over time**

2-4X

## In-App Purchasing is Tomorrow's Opportunity

Legislation points to opportunities to leverage our direct carrier billing

**Smartphone in-app purchase spending**

U.S., 2021-2025



| | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| | $38.44 | $45.55 | $52.93 | $60.28 | $67.58 |

■ Billons

Source eMarketer, March 2021 & October 2021

digital turbine

Confidential. © 2021 Digital Turbine, Inc.    |    12

Filed 04/18/23    Document 45-2    ase 1:22-cv-00550-DAE

# Digital Turbine now has a significantly larger TAM . . .

Acquisitions have increased our 2021 TAM from a share of $96B to over $369B



**Before Acquisitions**

**$96B+**

App Install Market, 2021

**After Acquisitions**

**$369B+**

Total Mobile Advertising Market, 2021

$96B+

App Install Market

$5B

On-Device
App Installs

Source: Statistica

Source eMarketer, March 2021 & October 2021

digital turbine

Confidential. © 2021 Digital Turbine, Inc.    |    13

Filed 04/18/23    Document 45-2    ase 1:22-cv-00550-DAE

# We service this TAM with much more supply & product

### Before Acquisitions



**750M**
DEVICES

**1st Day**
- Dynamic Installs
- Wizard

**Every Day**
- SingleTap
- Notifications

### After Acquisitions




**750M**
DEVICES

**1.5B**
DEVICES

**1st Day**
- Dynamic Installs
- Wizard

**Every Day**
- SingleTap
- Notifications
- In-App Monetization
- Brand Video
- Multiple apps/device

digital turbine

Confidential. © 2021 Digital Turbine, Inc.    |    14

# Significant tailwinds throughout the news cycle



**REUTERS**

**Facebook ad revenue seen feeling brunt of Apple privacy changes**



**FACEBOOK**

**CNBC**



**Google is slashing the amount it keeps from sales on its cloud marketplace as pressure mounts on app stores**



FT **FINANCIAL TIMES**

**Snap, Facebook, Twitter and YouTube lose nearly $10bn after iPhone privacy changes**



**AMERICAN BANKER**



**Across four continents, Apple's control of payments is under attack**

**TechCrunch**

**A new Senate bill would totally upend Apple and Google's app store dominance**



**TechCrunch**



**Google Play to support alternative billing systems in South Korea, following new law**



digital turbine

Confidential. © 2021 Digital Turbine, Inc.  |  15

Filed 04/18/23

Document 45-2

ase 1:22-cv-00550-DAE

# Tailwinds support significant future opportunities

Our platform is well situated to expand to take advantage of market tailwinds:



Carrier/OEM App Stores

In-App Payments



iOS & Other OSs



Connected Television
(Demo)

Cross Device Advertising
(Demo)



Connected Devices

digital turbine

Confidential. © 2021 Digital Turbine, Inc. | 16

Filed 04/18/23   Document 45-2   Case 1:22-cv-00550-DAE

# Extending Opportunity with Our Telcos

**Increasing partner investment**

**Opportunities**

**1-2**
Products Live

**3-4**
Products Live

**5-12**
Products Live

Confidential. © 2021 Digital Turbine, Inc.   |   17

Filed 04/18/23 Document 45-2 ase 1:22-cv-00550-DAE

# The Same Drivers Support New & Current Business



Confidential. © 2021 Digital Turbine, Inc. | 18





Quick Overview of Mobile Ecosystem

Confidential. © 2021 Digital Turbine, Inc.    |    20

Case 1:22-cv-00550-DAE Document 45-2

# Digital Turbine now has a significantly larger TAM

Acquisitions have increased our TAM to over $500B by 2023

**SUPPLY**

| | CARRIER/OEM | PUBLISHER |
|---|---|---|
| **BRAND** | **$10B** Brand Advertising in Carrier Content Media (4) | **$400B+** Brand Advertising in Fyber and AdColony Footprint |
| (5) | | |
| **PERFORMANCE** | **$15B** Preloads Notifications In Carrier Inventory | **$120B+** (1) (2) (3) SingleTap Installs Monetization |

**DEMAND**

**Synergy 1** — Driving performance and SingleTap demand to our own supply

**Synergy 2** — Independent demand run on our supply

**Synergy 3** — Performance advertisers select Digital Turbine for monetization

**Synergy 4** — Driving brand demand to own supply

**Synergy 5** — Cross selling accounts

digital turbine

Confidential. © 2021 Digital Turbine, Inc.    |    21

Filed 04/18/23

Document 45-2

ase 1:22-cv-00550-DAE

# Our legacy business tapped Day One paid UA

**PERFORMANCE ADVERTISERS**

**DIGITAL TURBINE DIRECT**

digital turbine

IGNITE

APP → 

**APP INSTALLS**

**750M** Devices

## Advertising Benefits

Unique first look devices

## Supply Benefits

Unique monetization for OEMs and Carriers

digital turbine

Filed 04/18/23

Document 45-2

ase 1:22-cv-00550-DAE

# Synergy 1: Performance & SingleTap ads run on our supply

**PERFORMANCE ADVERTISERS**

P zynga

DIGITAL TURBINE DIRECT

digital turbine

IGNITE

APP INSTALLS
**750M** Devices

**DEMAND PLATFORM**

**APPRECIATE®**

digital turbine EXCHANGE

AD → APP

**IN APP ADVERTISING**
**1.5B** Devices

**Advertising Benefits**

Unique first look devices

**Supply Benefits**

Unique monetization for OEMs and Carriers

**Advertising Benefits**

Leveraging unique
on-device tech (STI)

**Supply Benefits**

Driving more direct
demand to publishers

digital turbine

Confidential. © 2021 Digital Turbine, Inc. | 23

Filed 04/18/23    Document 45-2    ase 1:22-cv-00550-DAE

# Synergy 2: Independent demand runs on our supply



**PERFORMANCE ADVERTISERS**

DIGITAL TURBINE DIRECT

digital turbine

IGNITE

APP INSTALLS

**750M** Devices

DEMAND PLATFORM

digital turbine EXCHANGE

APPRECIATE*

IN APP ADVERTISING

**1.5B** Devices

**3RD PARTY DEMAND PLATFORM**

digital turbine EXCHANGE

AD → APP

IN APP ADVERTISING

**1.5B** Devices

**Advertising Benefits**

Unique first look devices

**Supply Benefits**

Unique monetization for OEMs and Carriers

Leveraging unique on-device tech (STI)

Driving more direct demand to publishers

**Advertising Benefits**

Largest independent ad marketplace

**Supply Benefits**

Larger share of wallet (bigger checks)

# Synergy 3: Performance advertisers add DT for monetization







**PERFORMANCE ADVERTISERS**



DIGITAL TURBINE DIRECT

digital turbine



IGNITE






APP INSTALLS

**750M** Devices

DEMAND PLATFORM

APPRECIATE™



digital turbine EXCHANGE



IN APP ADVERTISING

**1.5B** Devices

3RD PARTY DEMAND PLATFORM







digital turbine EXCHANGE









IN APP ADVERTISING

**1.5B** Devices

**JOIN OUR EXCHANGE**



digital turbine EXCHANGE



**AD → APP**

**IN APP ADVERTISING**

**1.5B** Devices

**Advertising Benefits**

Unique first look devices

**Supply Benefits**

Unique monetization for OEMs and Carriers

Leveraging unique on-device tech (STI)

Driving more direct demand to publishers

Largest independent ad marketplace

Larger share of wallet (bigger checks)

**Advertising Benefits**

Largest independent ad marketplace

**Supply Benefits**

Larger share of wallet (bigger checks)

Confidential. © 2021 Digital Turbine, Inc.   |   25

# Synergy 4: Driving brand demand to our own supply



**Advertising Benefits**

Unique first look devices

**Supply Benefits**

Unique monetization for OEMs and Carriers

Leveraging unique on-device tech (STI)

Driving more direct demand to publishers

Largest independent ad marketplace

Larger share of wallet (bigger checks)

Largest independent ad marketplace

Larger share of wallet (bigger checks)

**BRAND ADVERTISERS**

**3RD PARTY DEMAND PLATFORM**

**digital turbine** EXCHANGE

**AD → APP** **IN APP ADVERTISING**

**1.5B** Devices

**Advertising Benefits**

Largest source of in-app brand inventory

**Supply Benefits**

Unique demand outside of gaming

Confidential. © 2021 Digital Turbine, Inc.    |    26

# Synergy 5: Cross-selling has already boosted revenues

## Performance Advertiser




**Pandora as preload**



**Pandora install banner ad and in iOS app and iOS phone**

## Advertiser to Publisher



**Farmville as preload advertiser**

**Zynga Publisher**

## Brand Advertiser




**McDonalds Brand Advertiser**



**McDonalds Video in Content Media**



**McDonalds Carrier Notifications**




**McDonalds SingleTap DSP**




Confidential. © 2021 Digital Turbine, Inc.   |   27

digital turbine

Filed 04/18/23     Document 45-2     Case 1:22-cv-00550-DAE

# These synergies create an economic flywheel

## THEN

Digital Turbine keeps only a small part of the install revenue stream

## NOW

By owning the DSP and Exchange we keep more, Publishers can make more, while Advertisers could pay less



Confidential. © 2021 Digital Turbine, Inc.   |   28

Filed 04/18/23    Document 45-2    ase 1:22-cv-00550-DAE

# SingleTap's path to $1B+ in revenue

| | Today | Future |
|---|---|---|
| **Advertisers Live:** | ~15 | 150 |
| **Typical Advertiser:** | Top 500 mobile app  | Top 500 mobile app  |
| **Average Monthly Spend Per Advertiser:** | ~$500k | $750k |
| **Publishers Live:** | - | 8 |
| **Typical Publisher:** | - | Top mobile install drivers |
| **Average Monthly Revenue Per Publisher:** | - | $1.5M |

Confidential. © 2021 Digital Turbine, Inc.   |   29









Filed 04/18/23

Document 45-2

ase 1:22-cv-00550-DAE

# Operating Leverage Drives Growth in Earnings

| in millions except EPS | 1st Half Fiscal 2022 | 1st Half Fiscal 2021 | Change Y/Y |
|---|---|---|---|
| Revenue[4] | $602.3 | $333.0 | 81% |
| Non-GAAP Adj. EBITDA[1,4] | $96.5 | $34.0 | 184% |
| Non-GAAP EPS[2] | $0.78 | $0.28 | 176% |

[1]Please see the Appendix for a definition of Non-GAAP Adjusted EBITDA and a reconciliation table to GAAP net income.
[2]Please see the Appendix for a definition of Non-GAAP EPS and a reconciliation table to GAAP EPS.
[4]Please see the Appendix for definition of pro forma results.

digital turbine

Confidential. © 2021 Digital Turbine, Inc. | 35



Q & A

Part 2

# Appendix

Filed 04/18/23     Document 45-2     ase 1:22-cv-00550-DAE

# Use of Non-GAAP Financial Measures

To supplement the Company's consolidated financial statements presented in accordance with GAAP, Digital Turbine uses non-GAAP measures of certain components of financial performance. These non-GAAP measures include non-GAAP adjusted net income and earnings per share ("EPS") and non-GAAP adjusted EBITDA. Reconciliations to the nearest GAAP measures of all non-GAAP measures included in this press release can be found in the tables below.

Non-GAAP measures are provided to enhance investors' overall understanding of the Company's current financial performance, prospects for the future and as a means to evaluate period-to-period comparisons. The Company believes that these non-GAAP measures provide meaningful supplemental information regarding financial performance by excluding certain expenses and benefits that may not be indicative of recurring core business operating results. The Company believes the non-GAAP measures that exclude such items when viewed in conjunction with GAAP results and the accompanying reconciliations enhance the comparability of results against prior periods and allow for greater transparency of financial results. The Company believes non-GAAP measures facilitate management's internal comparison of its financial performance to that of prior periods as well as trend analysis for budgeting and planning purposes. The presentation of non-GAAP measures is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

Confidential. © 2021 Digital Turbine, Inc.   |   42

Filed 04/18/23    Document 45-2

# Appendix: Definitions of Non-GAAP and Pro Forma Measures

[1]**Non-GAAP Adjusted EBITDA** is calculated as GAAP net income/(loss) excluding the following cash and non-cash expenses: interest expense/(income), foreign exchange transaction loss/(gain), income tax provision, depreciation and amortization, stock-based compensation expense, the change in fair value of warrant liability, the change in fair value of contingent liability, loss on extinguishment of debt, non-recurring severance expense, and transaction-related expenses and compensation costs.

[2]**Non-GAAP EPS** is defined as GAAP EPS adjusted to exclude the effect of stock-based compensation, amortization of intangibles, adjustments in the fair value of earn-out liabilities associated with acquisitions, and transaction-related expenses and compensation costs.

[3]**Non-GAAP gross profit** is defined as GAAP gross profit adjusted to exclude the effect of the amortization of intangibles and depreciation of software.

[4]**Pro Forma financial information** in this presentation were prepared as if the acquisitions of Appreciate, AdColony and Fyber were owned for all full prior periods shown. The historical financial statements of AdColony and Fyber were prepared in accordance with International Financial Reporting Standards, as issued by the International Accounting Standards Board and have not been adjusted to conform with accounting principles generally accepted in the US

digital turbine

Confidential. © 2021 Digital Turbine, Inc.   |   43

Filed 04/18/23    Document 45-2    ase 1:22-cv-00550-DAE

# GAAP Net Income to Non-GAAP Adjusted Earnings Per Share

**(in thousands)**

| | 6 Months Ended September 30, 2021 (Unaudited) | | 6 Months Ended September 30, 2020 (Unaudited) | |
|---|---|---|---|---|
| **Continuing Operations:** | | | | |
| Net (loss) / income from continuing operations | $ | 8,366 | $ | 10,313 |
| Add back items: | | | | |
| Stock and stock option compensation | | 9,630 | | 4,126 |
| Amortization of intangibles | | 21,100 | | 1,340 |
| Adjustment to estimated earn-out liability | | 22,087 | | 10,757 |
| Transaction expenses | | 17,504 | | 450 |
| Non-GAAP adjusted net income from continuing operations | $ | 78,687 | $ | 26,986 |
| | | | | |
| Non-GAAP adjusted net income per share from continuing operations | $ | 0.78 | $ | 0.28 |
| Weighted average common shares outstanding, diluted | | 100,457 | | 94,988 |

digital turbine.

Filed 04/18/23    Document 45-2    ase 1:22-cv-00550-DAE

# Pro Forma GAAP Net Income to Non-GAAP Adjusted EBITDA

## As Reported + Recent Acquisitions (Appreciate, AdColony, Fyber)

(in thousands)

| | 12 Months Ended March 31, | | | 6 months Ended September 30, | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| **Continuing Operations:** | | | | | |
| Net income from continuing operations | $ (162,809) | $ (69,977) | $ 45,736 | $ (4,253) | $ (28,630) |
| Add back items: | | | | | |
| Stock and stock option compensation | 4,419 | 4,832 | 6,990 | 5,416 | 39,790 |
| Depreciation and Amortization | 42,712 | 42,076 | 33,495 | 17,516 | 28,616 |
| Impairment of Intangibles | 96,589 | 803 | (676) | (1,011) | 1 |
| Interest expense / (income), net | 19,257 | 34,986 | 15,442 | 7,715 | 6,012 |
| Other expense / (income) | (141) | (770) | (610) | 16 | 372 |
| Change in fair value of contingent liability | - | - | 15,751 | 10,757 | 22,087 |
| Change in fair value of warrant liability | 5,883 | 9,580 | - | - | - |
| Loss on extinguishment of debt | 425 | - | 452 | - | - |
| Non-recurring severence expense | 145 | - | - | - | - |
| Foreign exchange transaction (gain)/loss | 248 | 1,665 | 1,030 | 17 | 475 |
| Income tax provision | (7,909) | (7,081) | (14,815) | (2,668) | 3,299 |
| Transactions expenses | - | 657 | 4,701 | 450 | 24,520 |
| Non-GAAP adjusted EBITDA from continuing operations | $ (1,181) | $ 16,771 | $ 107,496 | $ 33,954 | $ 96,542 |

digital turbine    Confidential. © 2021 Digital Turbine, Inc.   |   45