# Exhibit 4



# Investor Presentation

May 2021

# Safe Harbor Statement

This presentation includes "forward-looking statements" within the meaning of the U.S. federal securities laws. Statements in this news release that are not statements of historical fact and that concern future results from operations, financial position, economic conditions, product releases and any other statement that may be construed as a prediction of future performance or events, including financial projections and growth in various products are forward-looking statements that speak only as of the date made and which involve known and unknown risks, uncertainties and other factors which may, should one or more of these risks uncertainties or other factors materialize, cause actual results to differ materially from those expressed or implied by such statements. These factors and risks include risks associated with Ignite adoption among existing customers (including the impact of possible delays with major carrier and OEM partners in the roll out for mobile phones deploying Ignite); actual mobile device sales and sell-through where Ignite is deployed is out of our control; new customer adoption and time to revenue with new carrier and OEM partners is subject to delays and factors out of our control; risks associated with fluctuations in the number of Ignite slots across US carrier partners; the challenges, given the Company's comparatively small size, to expand the combined Company's global reach, accelerate growth and create a scalable, low-capex business model that drives

EBITDA (as well as Adjusted EBITDA); varying and often unpredictable levels of orders; the challenges inherent in technology development necessary to maintain the Company's competitive advantage such as adherence to release schedules and the costs and time required for finalization and gaining market acceptance of new products; changes in economic conditions and market demand; rapid and complex changes occurring in the mobile marketplace; pricing and other activities by competitors; derivative and warrant liabilities on our balance sheet will fluctuate as our stock price moves and will also produce changes in our income statement; these fluctuations and changes might materially impact our reported GAAP financials in an adverse manner, particularly if our stock price were to rise; technology management risk as the Company needs to adapt to complex specifications of different carriers and the management of a complex technology platform given the Company's relatively limited resources; and other risks including those described from time to time in Digital Turbine's filings on Forms 10-K and 10-Q with the Securities and Exchange Commission (SEC), press releases and other communications. You should not place undue reliance on these forward-looking statements. The Company does not undertake to update forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.



Confidential. © 2020 Digital Turbine, Inc.    |    2

# Agenda

**01 Company Overview**

   Addressable Market Opportunity
   Acquisition Strategy

**02 Growth Drivers**

**03 Financial Summary**

**04 Real-Time Update**

**05 Q&A**



Confidential. © 2020 Digital Turbine, Inc.    |   3

# A One-Stop Mobile Growth & Monetization Platform

## Multiple Marketplace Trends Support Opportunities for Full Stack Providers

### CONSUMERS

 **Apps are Ingrained in our Lives**
2.7 M apps in Google Play Store while average user has 30 apps on device using 10 per day

**Content Discovery is Increasing**
50% of the time consumers unlock their phone, they're simply looking for something interesting.

### ADVERTISERS

 **The Mobile Ad Market Continues to Grow**
Global mobile advertising market is estimated to grow from $340B in 2021 to >$540B in 2025

**Advertising Complexity Impacts Stakeholder Efficiencies**
Increasing management and increasing fees across the ad-stack lower ad efficiencies and effectiveness

**Fraud is an Increasing Issue**
The rising cost of fraud for mobile app marketers is estimated to be $1.6B for the first half of 2020

### OPERATORS & OEMS

 **The Device UI/UX is Fertile Ground**
Despite control over the device UX, Operators and OEMs are a small fraction of Global App Install and Content Market

**Channel Diversification**
Rapidly growing market is fostering spend diversification to other channels and platforms for faster non-incremental growth

 digital turbine

Confidential. © 2020 Digital Turbine, Inc.    |    4

# Company Operating at Global Scale

| $1B | 40+ | 600M | 45K+ | 500+ | 1.5B |
|---|---|---|---|---|---|
| Revenue[1] | Operator/OEM Partnerships | Ignite On-Device Footprint | Publisher Partnerships | Advertiser Relationships | Monthly Reach |

## Locations

| 4 | 23 |
|---|---|
| CONTINENTS | COUNTRIES |



[1]Based on preliminary unaudited results reported by the respective companies in April 2021; subject to adjustment based on completion of final audits.

Confidential. © 2020 Digital Turbine, Inc.    | 5

# Accelerating and Efficient Growth

## Revenue

142% Y/Y Growth in Fiscal Q4

$100m
$90m
$80m
$70m
$60m
$50m
$40m
$30m
$20m
$10m

FQ4 '17, FQ1 '18, FQ2 '18, FQ3 '18, FQ4 '18, FQ1 '19, FQ2 '19, FQ3 '19, FQ4 '19, FQ1 '20, FQ2 '20, FQ3 '20, FQ4 '20, FQ1 '21, FQ2 '21, FQ3 '21, FQ4 '21

## Adjusted EBITDA[1]

$25m
$20m
$15m
$10m
$5m
$0m
-$5m

FQ4 '17, FQ1 '18, FQ2 '18, FQ3 '18, FQ4 '18, FQ1 '19, FQ2 '19, FQ3 '19, FQ4 '19, FQ1 '20, FQ2 '20, FQ3 '20, FQ4 '20, FQ1 '21, FQ2 '21, FQ3 '21

## Non-GAAP EPS[2]

$0.25
$0.20
$0.15
$0.10
$0.05
$-
$(0.05)
$(0.10)

FQ4 '17, FQ1 '18, FQ2 '18, FQ3 '18, FQ4 '18, FQ1 '19, FQ2 '19, FQ3 '19, FQ4 '19, FQ1 '20, FQ2 '20, FQ3 '20, FQ4 '20, FQ1 '21, FQ2 '21, FQ3 '21

[1]Adjusted EBITDA is is calculated as GAAP net income/(loss) excluding the following cash and non-cash expenses: interest expense, foreign exchange transaction loss/(gain), income tax Provision/(benefit), depreciation and amortization, stock-based compensation expense, the change in fair value of derivatives and warrants that are recorded related to the September 2016 convertible notes offering, other income / (expense), and a loss on extinguishment of debt.

[2]Non-GAAP EPS is defined as GAAP EPS adjusted to exclude the effect of stock-based compensation, amortization of intangibles, changes in fair value of derivatives, loss on extinguishment of debt, tax adjustments and transaction expenses.

 digital turbine®

# We Have Only Just Begun to Tap a Large, Growing Market

## 2020 Mobile Ad Revenue Market Share



$190B    The Rest    $50B

## Mobile Ad Spending
In Billions, Worldwide, 2021 - 2025



Source: eMarketer, March 2021



Confidential. © 2020 Digital Turbine, Inc.    |    7

# On-Device Tech Creates Exclusive Marketplace Capabilities

SingleTap™ and other On-Device Capabilities Create Highly Differentiated Offerings Across Our Acquisitions

## $340B

MOBILE AD SPEND

**Programmatic Demand**

- DSP

APPRECIATE®

**MarketPlace**

- Ad Exchange
- Network
- SDKs

**Publisher Monetization**

- Mediation
- Ad Experiences

**Publisher App & Content Discovery**

**Operator/OEM Partners**

Ignite On-Device

THE GLOBAL MOBILE CONSUMER



# Recent Acquisitions Tap Into a Larger Market Opportunity

Generate New Recurring Revenues, Boosting Revenue Per Device



## PROGRAMMATIC UA



- Tier 1 App Install DSP
- Build for SingleTap Scale
- Integrations with top supply sources including AdColony and Fyber for immediate synergies



## PUBLISHER MONETIZATION



- Leading mobile in-app media exchange
- Leading independent mobile mediation platform
- Leading Rewarded App Wall Business



## BRAND

AdColony

- Top destination for Agency & Brands Advertising Spends
- Leading Mobile video Advertising Platform
- Award-Winning Creative Studio and Platform Loved by Global Brands



Confidential. © 2020 Digital Turbine, Inc.    | 9

# Development of a Unique End-to-End Platform

**The Mission:**

*To become the largest **independent** growth and monetization platform leveraging our unique **on-device technology** and **long-term relationships***

**The Mosaic:**

- **Appreciate (Acquisition Completed in March 2021)**
  - Programmatic app install demand-side technology platform with proven SingleTap scalability and existing integrations with key advertiser sources, including AdColony and Fyber

- **AdColony (Acquisition Completed in April 2021)**
  - Top-Tier Mobile Advertising demand-side platform that services leading global brands and agencies with award-winning creative studio and mobile video advertising technology

- **Fyber (Acquisition Expected to Close in Current Quarter)**
  - Leading independent mobile mediation and in-app media exchange platform with advanced analytics tools and expertise in video advertising and real-time bidding

 digital turbine.

Confidential. © 2020 Digital Turbine, Inc.    |    10

# Platform Overview



# 3 Key Drivers Accelerate Growth in Platform



**More Devices**  ✕  **More New Products**  ✕  **More Advertiser Demand**  =  **Platform Network Effects**

Confidential. © 2020 Digital Turbine, Inc.    |    12

 **PLATFORM GROWTH: MORE DEVICES**

# Validated by Market-Leading Global Operators and OEMs

   

      

       

     





**PLATFORM GROWTH: MORE DEVICES**

# Validation Has Led to Strong Growth in our Device Footprint

Digital Turbine's Application Media software has now been **installed on more than 600 million total devices** to date and was installed on 65 million new devices worldwide during the December quarter

## Device Growth Drivers

- Market share is expanding, but still <20% total global Android smartphone penetration today

- Ongoing rollouts with international OEMs & operators, such as Samsung, Xiaomi, Telefonica, etc. (International devices increased more than 70% Y/Y in FQ3)

- Opportunities for additional partnerships in the U.S. (T-Mobile & Sprint)

- Penetration into additional devices beyond smartphones, such as televisions and wearables



### Cumulative Ignite-Installed Devices



Confidential. © 2020 Digital Turbine, Inc.   |   14

# 3 Key Drivers Accelerate Growth in Platform



**More Devices** × **More New Products** × **More Advertiser Demand** = **Platform Network Effects**



**PLATFORM GROWTH: MORE NEW PRODUCTS**

# Diverse Products Drive Revenue at Activation Point & Beyond

Increased Revenue Opportunities Created by First Day and Recurring Lifetime Opportunities



**First Day**
REVENUES

**Recurring Lifetime**
REVENUES

**CONTENT DISCOVERY**
- Home Screen
- Discovery Bar
- Web Portal

Mobile Posse

**BRAND ADVERTISING DEMAND**
- Agency Relationships
- HD Video
- Interactive Video

ADCOLONY

**PROGRAMMATIC AD DEMAND**
- SingleTap
- Retargeting
- iOS

APPRECIATE®

**APP DISCOVERY**
- App Wizard
- Dynamic Installs
- Games Folder

digital turbine

**PUBLISHER MONETIZATION**
- Exchange
- Mediation
- Offer Wall

Fyber

IGNITE
ON-DEVICE

 **PLATFORM GROWTH:** MORE NEW PRODUCTS

# SingleTap Installs™

Patented On-Device Technology Creates significant improvements in programmatic UA

✓ **Improved App Install  Conversions**
Reduces friction and improves mobile ad to install conversion rates by 2-5X

✓ **Reduced Programmatic "Cold Start"**
Higher efficiencies create higher early install volumes and easier budget management

✓ **Easy To Implement**
Plugs natively into any call-to-action with a simple deep link placement and less than 10 minutes to get started. Works in all native apps and most browsers including OEM defaults

✓ **Better User Experience**
Provides uninterrupted user experience without redirects away from site.



 digital turbine

 **PLATFORM GROWTH:** MORE NEW PRODUCTS

# Revenue from Our SingleTap Product is Scaling Rapidly

Acquisition of Appreciate is already creating significant returns

**Speed of Realizing $1M Revenue**

**2020**
Jul – Aug

**2021**
Jan

**2021**
End of May

3 Months

1 Month

1 Week

$1 Million

$1 Million

$1 Million

 digital turbine.

Confidential. © 2020 Digital Turbine, Inc.    |    18

# 3 Key Drivers Accelerate Growth in Platform



Confidential. © 2020 Digital Turbine, Inc.   |   19

**PLATFORM GROWTH: MORE ADVERTISER DEMAND**

# Currently Working with the Top Brand & Performance Advertisers

| News | NEWS BREAK | SmartNews | BBC NEWS |
| Social | twitter | facebook | WhatsApp · YouTube |
| eCommerce | Alibaba.com | JABONG.COM | LAZADA · ZALORA |
| Finance | AMERICAN EXPRESS | VISA | Bank of America · TransferWise |
| Shopping | amazon | ebay | Walmart · Rakuten |

| Retail | Walgreens | STARBUCKS | TARGET |
| Music | pandora | iHeart RADIO | Rhapsody |
| Entertainment | hulu | CBS | HBO |
| Gaming | King | EA | zynga |
| Agency | WPP | AOL. | dentsu |



Confidential. © 2020 Digital Turbine, Inc.    |    20

# Our Acquisitions Create a Significantly Larger Opportunity

Top Publishers

**For every $1B spent on Advertising...**

**Top publishers make $2-4B from In-App Advertising.**

On-Device Solutions Via DT I/Os

Programmatic ally Via DSPs

Via Ad Networks

Video Advertising

Mediation

Offer Walls

Exchange

APPRECIATE

ADCOLONY

ADCOLONY

Fyber

Fyber

Fyber

digital turbine



Confidential. © 2020 Digital Turbine, Inc.    |    21

# Financial Summary



# Accelerating and Efficient Growth

### Revenue

142% Y/Y Growth
in Fiscal Q4

$100m
$90m
$80m
$70m
$60m
$50m
$40m
$30m
$20m
$10m

FQ4 '17 FQ1 '18 FQ2 '18 FQ3 '18 FQ4 '18 FQ1 '19 FQ2 '19 FQ3 '19 FQ4 '19 FQ1 '20 FQ2 '20 FQ3 '20 FQ4 '20 FQ1 '21 FQ2 '21 FQ3 '21 FQ4 '21

### Adjusted EBITDA[1]

$25m
$20m
$15m
$10m
$5m
$0m
-$5m

FQ4 '17 FQ1 '18 FQ2 '18 FQ3 '18 FQ4 '18 FQ1 '19 FQ2 '19 FQ3 '19 FQ4 '19 FQ1 '20 FQ2 '20 FQ3 '20 FQ4 '20 FQ1 '21 FQ2 '21 FQ3 '21

### Non-GAAP EPS[2]

$0.25
$0.20
$0.15
$0.10
$0.05
$-
$(0.05)
$(0.10)

FQ4 '17 FQ1 '18 FQ2 '18 FQ3 '18 FQ4 '18 FQ1 '19 FQ2 '19 FQ3 '19 FQ4 '19 FQ1 '20 FQ2 '20 FQ3 '20 FQ4 '20 FQ1 '21 FQ2 '21 FQ3 '21

[1]Adjusted EBITDA is is calculated as GAAP net income/(loss) excluding the following cash and non-cash expenses: interest expense, foreign exchange transaction loss/(gain), income tax Provision/(benefit), depreciation and amortization, stock-based compensation expense, the change in fair value of derivatives and warrants that are recorded related to the September 2016 convertible notes offering, other income / (expense), and a loss on extinguishment of debt.

[2]Non-GAAP EPS is defined as GAAP EPS adjusted to exclude the effect of stock-based compensation, amortization of intangibles, changes in fair value of derivatives, loss on extinguishment of debt, tax adjustments and transaction expenses.



Confidential. © 2020 Digital Turbine, Inc.    |    23

 **PLATFORM NETWORK EFFECTS**

# Strong Revenue Growth

Revenue grew 142% year-over-year in the March quarter and has grown at an overall compounded annual growth rate of 70% from Fiscal 2016 to Fiscal 2021*





* Based on preliminary unaudited revenue for FQ4 and FY21.



 **PLATFORM NETWORK EFFECTS**

# Operating Model Leverage

**Revenue and gross profit grew 146% and 166%, respectively, in the most recent fully-reported quarter, driving more than 300% annual growth in EBITDA, 278% annual growth in non-GAAP EPS and 214% annual growth in Free Cash Flow, showcasing the inherently profitable operating leverage in the model**

| (in millions) | Q3 Fiscal 2021 | Q3 Fiscal 2020 | Change Y/Y |
|---|---|---|---|
| **Total Revenue** | **$88.6** | **$36.0** | **146%** |
| *Application Media Revenue* | $56.9 | $36.0 | 58% |
| *Content Media Revenue (Pro Forma)* | $31.7 | $15.2 | 108% |
| **Non-GAAP Gross Profit[1]** | $38.4 | $14.4 | 166% |
| **Adjusted EBITDA[2]** | $22.5 | $5.6 | **303%** |
| **Non-GAAP EPS[3]** | $0.21 | $0.05 | **278%** |
| **Non-GAAP Free Cash Flow[4]** | $22.0 | $7.0 | **214%** |

[1]Non-GAAP Gross Profit is defined as GAAP gross profit adjusted to exclude the effect of the amortization of intangibles and depreciation of software.
[2]Adjusted EBITDA is is calculated as GAAP net income/(loss) excluding the following cash and non-cash expenses: interest expense, foreign exchange transaction loss/(gain), income tax benefit, depreciation and amortization, stock-based compensation expense, the change in fair value of derivatives and warrants that are recorded related to the September 2016 convertible notes offering, other income / (expense), and a loss on extinguishment of debt.
[3]Non-GAAP EPS is defined as GAAP EPS adjusted to exclude the effect of stock-based compensation, amortization of intangibles, changes in fair value of derivatives, loss on extinguishment of debt, tax adjustments and transaction expenses.
[4]Non-GAAP Free Cash Flow is defined as net cash provided by operating activities, excluding acquisition-related contingency payments, reduced by capital expenditures.

 **digital turbine®**

# Real-Time Update



# Real-Time Update – Breakout Performance[1] and Combined $1B+ Scale

*Preliminary upside results across the board for the recent March quarter and collective Y/Y growth of greater than 100%*

| Company | March Quarter 2021 Revenue (in USD Millions) | Change Y/Y |
|---|---|---|
| Digital Turbine | $95.1 | 142% |
| AdColony | $58.3 | 37% |
| Fyber | $102.9 | 179% |
| **Total Combined** | **$256.3** | **116%** |



## Combined revenue already exceeds $1B on an annualized basis

### (pre-revenue synergies)

[1]Based on preliminary unaudited results reported by the respective companies in April 2021; subject to adjustment based on completion of final audits.

Confidential. © 2020 Digital Turbine, Inc.    |    27

# What Makes the Digital Turbine End-to-End Platform Offering Unique?

*…and therefore, drives performance improvement and realizable profit synergies moving forward?*

- **Strategic Value of On-Device Presence and Patented SingleTap Technology**
  - o Core Digital Turbine on-device software presence offers leverageable data analytics and SingleTap technology to promote higher conversion rates and elevate the lifetime value of app installs

- **Vertically Integrated Platform with Full Independence and Transparency**
  - o Set to become one of the largest full-stack mobile advertising solutions, designed exclusively to optimize monetization for platform publishers and advertisers with an innovative, unbiased approach

- **Ability to Cross-Promote Service Offerings Across Global App Publishers and Brand Advertisers**
  - o The ecosystem's vast global reach and proven performance advantages, along with a common corporate culture and customer-first focus, will serve to unlock significant new opportunities across the platform

# Digital Turbine's Core App & Media Content Business Momentum

*Prevailing secular tailwinds and mobile advertising trends set the stage for continued strong growth for Application and Content Media products*

- **Record Demand for App Content/Services**
  - o Explosion in subscriber usage of apps and app-driven spending for entertainment, information, education, retail, food delivery, etc., is having lasting behavioral effects, thereby reinforcing the value of Digital Turbine's unique homescreen offering for advertisers within these verticals

- **Growing Importance & Profitability of App-Driven Business Models**
  - o Businesses of all types have reprioritized the importance of their app-based business approaches with an emphasis on increased functionality and monetization potential, thereby enhancing the value proposition of installs

- **Advertiser Preference for Directly Measurable ROI Favors Digital Turbine's Platform**
  - o Advertisers' ability to fully track the performance of campaigns (user acquisition costs, conversion rates and ARPUs) on the Digital Turbine Platform is more critical than ever as advertiser budgets are re-allocated toward "fraud-free" platforms with proven, measurable returns on investment

**The net result for Digital Turbine in the March quarter was an acceleration to greater than 100% Y/Y growth on a proforma basis**

Confidential. © 2020 Digital Turbine, Inc.    |    29

# Digital Turbine Investment Highlights

 **Highly-scalable platform** business model uniquely positioned in high growth, >$340 billion mobile advertising market

 **>100% revenue growth and expanding profit margins** in fiscal 2021 contributed to significantly higher earnings

 **Powered >4 billion app preloads** for thousands of advertisers and access to more than one billion mobile subscribers globally

 Increasingly diverse revenue mix rapidly shifting to **higher margin revenue** streams amid rapidly expanding global market opportunity

 **40+ long-term agreements** with top-tier global partners including Verizon, AT&T, Samsung, America Movil, Telefonica and Reliance Jio and pipeline of launches **high-profile partner** launches & business development opportunities

 Experienced management team and board with a **track record** of outstanding business growth at various carriers and technology companies including Verizon, AT&T, Sprint, Nextel, Yahoo, Qualcomm, First Data and Sony



Confidential. © 2020 Digital Turbine, Inc.    |    30



Thank you