# Exhibit 7

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**
**FORM 8-K**
**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**
Date of report (Date of earliest event reported) April 29, 2021

# Digital Turbine, Inc.

(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **001-35958** | **22-2267658** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |
| **110 San Antonio Street, Suite 160, Austin, Texas** | | **78701** |
| (Address of Principal Executive Offices) | | (Zip Code) |

**(512) 387-7717**
(Registrant's Telephone Number, Including Area Code)
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below)

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock | APPS | NASDAQ |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

**Item 1.01    Entry into a Material Definitive Agreement.**

On April 29, 2021, Digital Turbine, Inc. (the "Company") and Digital Turbine Media, Inc., a wholly-owned subsidiary of the Company ("DT Media"), completed the acquisition of AdColony Holding AS, a Norway company ("AdColony") pursuant to the previously-reported Share Purchase Agreement (the "Purchase Agreement") with AdColony and Otello Corporation ASA, a Norway company and the sole shareholder of AdColony ("Otello"). DT Media acquired (the "Acquisition") all of the outstanding capital stock of AdColony in exchange for an estimated total consideration in the range of $350.0 million to $375.0 million, to be paid as follows: (1) $100.0 million in cash paid at closing (which was subject to customary closing purchase price adjustments), (2) $100.0 million in cash to be paid six months after closing, and (3) an estimated earn-out in the range of $150.0 million to $175.0 million, to be paid in cash, based on AdColony achieving certain future target net revenues, less associated cost of goods sold, over a twelve month period ending on December 31, 2021 (the "Earn-Out Period"). Under the terms of the earn-out, DT Media would pay Otello a certain percentage of actual net revenues (less associated cost of goods sold) of AdColony depending on the extent to which AdColony achieves certain target net revenues (less associated cost of goods sold) over the Earn-Out Period. The earn-out payment will be made following the expiration of the Earn-Out Period. The Company paid the closing amount and intends to pay the remainder of the purchase price with a combination of available cash on hand and borrowings under its existing senior credit facility along with future capital financing.

On April 29, 2021, the Company entered into an amended and restated Credit Agreement (the "Credit Agreement") with Bank of America, N.A., as a lender and administrative agent, and a syndicate of lenders, which provides for a revolving line of credit of $400.0 million to be used for working capital, permitted acquisitions, capital expenditures, and other lawful corporate purposes. DT Media and Digital Turbine USA, Inc. ("DT USA") are additional co-borrowers under the Credit Agreement, and Mobile Posse, Inc. is a guarantor (together with the Company, DT Media and DT USA, collectively, the "Loan Parties"). The Credit Agreement contains an accordion feature that permits an increase of the revolver by up to $75.0 million plus an amount that would enable the Loan Parties to remain in compliance with a consolidated secured net leverage ratio, on such terms as agreed to by the parties.

The revolving line of credit matures on April 29, 2026.

Amounts outstanding under the Credit Agreement accrue interest at an annual rate equal to, at the Company's election, (i) LIBOR plus between 1.50% and 2.25% based on the Company's consolidated leverage ratio or (ii) a base rate determined based upon the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America, N.A.'s prime rate or (c) LIBOR plus 1.00%, plus between 0.50% and 1.25% based on the Company's consolidated leverage ratio. The Credit Agreement contains customary covenants, representations and events of default, and also requires the Company to comply with a maximum consolidated secured net leverage ratio and minimum consolidated interest coverage ratio.

The Loan Parties' payment and performance obligations under the Credit Agreement and related loan documents are secured by their grant of a security interest in substantially all of their personal property assets, whether now existing or hereafter acquired, subject to certain exclusions. If the Loan Parties acquire any real property assets with a fair market value in excess of $5.0 million, they are required to grant a security interest in such real property as well. All such security interests are required to be first priority security interests, subject to certain permitted liens.

The description of the Credit Agreement provided herein is qualified by reference to the Credit Agreement, which is attached to this Form 8-K as Exhibit 10.1 and is incorporated by reference herein.

---

The Credit Agreement contains representations and warranties by each of the parties to the Credit Agreement, which were made only for purposes of the Credit Agreement and as of specified dates. The representations, warranties and covenants in the Credit Agreement were made solely for the benefit of the parties to the Credit Agreement, are subject to limitations agreed upon by such parties, including being qualified by schedules, may have been made for the purposes of allocating contractual risk between the parties instead of establishing these matters as facts, and are subject to

standards of materiality applicable to the parties that may differ from those applicable to others. Others should not rely on the representations, warranties and covenants or any descriptions thereof as characterizations of the actual state of facts or condition of the Company or any of its subsidiaries or affiliates. Moreover, information concerning the subject matter of the representations, warranties and covenants may change after the date of the Credit Agreement, which subsequent information may or may not be fully reflected in the Company's public disclosures.

**Item 1.02        Termination of a Material Definitive Agreement.**

The Credit Agreement amended and restated that certain Credit Agreement, dated as of February 3, 2021, by and among the Loan Parties and Bank of America, N.A. (the "Original Credit Agreement").

**Item 2.01        Completion of Acquisition of Assets.**

The discussion in Item 1.01 above is incorporated into this Item 2.01 by reference.

**Item 2.02        Financial Statements and Exhibits.**

The discussion under Item 7.01 below is incorporated into this Item 2.02 by reference.

**Item 2.03        Creation of a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement of a Registrant.**

The discussion in Item 1.01 above is incorporated into this Item 2.03 by reference. On April 29, 2021, the Company borrowed $107.1 million under the Credit Agreement to pay the closing amount of the Acquisition purchase price, repay amounts due under the Original Credit Agreement, and pay transaction costs.

---

**Item 7.01.        Regulation FD Disclosure.**

On April 29, 2021, the Company issued a press release regarding the closing of the Acquisition and reporting preliminary revenue results of the Company for its fourth quarter and fiscal year ended March 31, 2021. The press release is attached as Exhibit 99.1 to this Current Report on Form 8-K. The reported revenue results for fiscal year 2021 are preliminary, unaudited and subject to adjustment based on completion of the audit of the Company's financial statements, which adjustments may be material. Investors therefore should not place undue reliance on such preliminary results.

In accordance with General Instruction B.2 of Form 8-K, the information in this Item 7.01 and Exhibit 99.1 shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, and shall not be incorporated by reference into any registration statement or other document filed under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filings.

**Item 9.01        Financial Statements and Exhibits**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 10.1 | Credit Agreement, dated April 29, 2021, by and among Digital Turbine, Inc., Digital Turbine Media, Inc., Digital Turbine USA, Inc., Mobile Posse Inc., and Bank of America, N.A. as administrative agent and a lender, the lenders party thereto, BofA Securities, Inc., Wells Fargo Securities, LLC and PNC Bank, NA as Lead Arranger, Bookrunners and Syndication Agents, and CapitalOne and JPMorgan Chase Bank, N.A., as Co-Documentation Agents. |
| 99.1 | Press Release dated April 29, 2021 as issued by the Company announcing the closing of the AdColony acquisition. |
| Exhibit 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

---

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Digital Turbine, Inc.

Dated: April 30, 2021

By: /s/ Barrett Garrison

Barrett Garrison
Executive Vice President, Chief Financial Officer

**Exhibit 99.1**



**Digital Turbine Announces Completion of Acquisition of AdColony and Provides
Business Update**

*Strong Preliminary Results and Outlook for Both Digital Turbine and AdColony Reflect Continuing Business Momentum
Expanded Credit Facility to Help Fund Acquisitions and Provide Additional Support for Future Growth Initiatives*

**Austin, TX – April 29, 2021 –** Digital Turbine, Inc. (Nasdaq: APPS) announced today that it has completed its acquisition of AdColony Holding AS ("AdColony"). The acquisition of AdColony, a leading mobile advertising platform servicing advertisers and publishers with a reach of more than 1.5 billion monthly global users, is integral to Digital Turbine's expressed strategy to provide a comprehensive media and advertising solution for our operator and OEM partners while enriching the mobile experience for end users by delivering highly relevant content. Ad Colony's proprietary video technologies and rich media formats are widely viewed as best-in-class technology delivering industry-leading third-party verified viewability rates for well-known global brands, such as Disney, Amazon and BMW.

"We are excited to have formally closed the acquisition of AdColony," said Bill Stone, CEO of Digital Turbine. "We believe that this strategic transaction, along with the previously completed acquisition of Appreciate and pending completion of the Fyber acquisition, will synergistically accelerate our growth and is a real positive for our partners, advertisers, employees and shareholders. With the addition of AdColony, we will expand our collective experience, reach and suite of capabilities to benefit mobile advertisers and publishers around the globe. Performance-based spending trends by large, established brand advertisers present material upside opportunities for platforms with unique technology deployable across exclusive access to inventory."

**March Quarter Preliminary Results for AdColony**

AdColony previously announced unaudited financial results for its first quarter ended March 31, 2021. Revenue for AdColony for the first quarter is estimated to be approximately $58.3 million, representing growth of 37% as compared to revenue in the first quarter of 2020.

All historical financial information for AdColony referenced above is based on International Financial Reporting Standards, is unaudited, and is subject to adjustment based on completion of the audit of AdColony's financial statements, which adjustments may be material. Investors therefore should not place undue reliance on such unaudited financial information. Following the closing of the acquisition, the Company intends to file the financial statements of AdColony and furnish pro forma financial information as required by Securities and Exchange Commission rules.

Digital Turbine Announces Completion of Acquisition of AdColony and Provides Business Update
April 29, 2021
Page 2 of 7

**Digital Turbine Business Update**

**Fourth Quarter and Fiscal Year 2021 Preliminary Results for Digital Turbine**

Digital Turbine announced today preliminary, unaudited financial results for its fourth quarter and fiscal year ended March 31, 2021:

- Revenue for the fourth quarter of fiscal 2021 is expected to be approximately $95.1 million, representing a 142% increase on an as-reported basis as compared to revenue of $39.4 million in the fourth quarter of fiscal 2020. On a pro forma basis to account for the Mobile Posse acquisition completed on February 28, 2020, revenue for fourth quarter of fiscal 2021 increased 101% year-over-year, as compared to pro forma revenue for the fourth quarter of fiscal 2020.

- Revenue for full fiscal year 2021 is expected to be approximately $313.6 million, representing a 126% increase on an as-reported basis, as compared to revenue of $138.7 million reported in fiscal year 2020. On a pro forma basis to account for the Mobile Posse acquisition completed on February 28, 2020, fiscal 2021 revenue increased 64%, as compared to pro forma revenue for fiscal 2020.

**Digital Turbine, Inc. Revenue (in millions)**

|  | Q4 Fiscal 2021 | Q4 Fiscal 2020 | Y/Y Growth |
|---|---|---|---|
| As Reported | $ 95.1 | $ 39.4 | 142% |
| Pro Forma[1] | $ 95.1 | $ 47.2 | 101% |
|  | Fiscal 2021 | Fiscal 2020 | Y/Y Growth |
| As Reported | $ 313.6 | $ 138.7 | 126% |
| Pro Forma[1] | $ 313.6 | $ 190.9 | 64% |

[1]Unaudited pro forma revenue results for the fourth quarter and fiscal year 2020 include the contribution from the Mobile Posse acquisition (which was completed on February 28, 2020) for the full periods shown, as if the transaction were completed on April 1, 2019.

Preliminary, unaudited historical financial results for Digital Turbine discussed above do not include any contribution from the now-completed AdColony acquisition and are based on information available as of April 29, 2021 and management's initial review of operations for the fourth quarter and fiscal year ended March 31, 2021. The financial results reported above are preliminary, unaudited, and subject to adjustment based on completion of the audit of the Company's financial statements, which adjustments may be material. Investors should therefore not place undue reliance on such preliminary results.

The Company will report full financial results and select operating metrics for the fourth quarter and fiscal year 2021, along with forward guidance, as part of its forthcoming fourth quarter earnings call.

Digital Turbine Announces Completion of Acquisition of AdColony and Provides Business Update
April 29, 2021
Page 3 of 7

"Our breakout momentum continued to accelerate in the March quarter," said Bill Stone, CEO of Digital Turbine. "We more than doubled our revenue year-over-over on a pro forma basis during the quarter, as we continue to see strong demand for both our Application Media and Content Media offerings. The underlying strength and profitability of our core on-device business will only further enhance the addressable market opportunity for our vertical integration strategy now underway via the AdColony and Appreciate acquisitions, and the pending completion of the Fyber acquisition, currently expected to close in the June quarter. Once the combined organization and respective technologies are fully unified and integrated, we believe that our unique end-to-end platform capabilities will unlock significant new monetization opportunities. We look forward to providing more specific details regarding expected platform synergies and forward financial projections for the combined organization on our next earnings call."

**Preliminary Business Outlook**

Based on information available as of April 29, 2021, and including the results of AdColony beginning on April 29, 2021 (the closing date of the acquisition), the Company currently expects the following for the first quarter of fiscal 2022:

- Revenue of between $135 million and $140 million
- Non-GAAP Adjusted EBITDA[1] of between $25 million and $27 million

Please note that the business outlook above does not include any anticipated contribution from the Fyber acquisition, which is currently expected to close in the June quarter. Fyber separately provided preliminary results for its March quarter, as well as upwardly revised forward guidance, via a news release issued on April 21, 2021. Fyber estimates total revenue in excess of €85 million in the March quarter, representing year-over-year growth of 179%. Fyber increased guidance for total revenue for full year 2021 to a range of €300 million to €350 million. The full news release detailing the updated outlook can be accessed on the investor relations portion of Fyber's website.

All historical financial information for Fyber referenced above is based on International Financial Reporting Standards, is unaudited, and is subject to adjustment based on completion of the audit of Fyber's financial statements, which adjustments may be material. Investors therefore should not place undue reliance on such unaudited financial information. Following the closing of the acquisition of Fyber, the Company intends to file the financial statements of Fyber and furnish pro forma financial information as required by Securities and Exchange Commission rules.

It is not reasonably practicable to provide a business outlook for GAAP net income from continuing operations because the Company cannot reasonably estimate the changes in stock-based compensation expense, which is directly impacted by changes in the Company's stock price, any adjustment to contingent earn-out provisions, which will continue to be adjusted to fair value through the end of the earn-out period, or other items that are difficult to predict with precision.

Digital Turbine Announces Completion of Acquisition of AdColony and Provides Business Update
April 29, 2021
Page 4 of 7

**Amended and Restated Credit Agreement**

On April 29, 2021, the Company entered into an amended and restated credit facility agreement with Bank of America, N.A., as a lender and administrative agent, and a syndicate of lenders, which provides for a revolving line of credit of $400 million, to be used for working capital, acquisitions, and general corporate purposes. The revolving line of credit contains an accordion feature that permits an increase of the revolver by up to $75 million plus an amount that would enable the loan parties to remain in compliance with a consolidated secured net leverage ratio, based on terms agreed upon by the lenders. The revolving line of credit matures on April 29, 2026.

"We are pleased to once again partner with Bank of America, N.A. on an expanded credit facility, which provides the Company greater financial flexibility, and does so at highly attractive terms, in our opinion. We believe this larger facility, along with the continued profitability growth of the Company, will help support our current and future growth initiatives, enabling us to execute on our comprehensive global growth strategy," said Barrett Garrison, CFO.

**About Digital Turbine, Inc.**

Digital Turbine simplifies content discovery and delivers relevant content directly to consumer devices. The Company's on-demand media platform powers frictionless app and content discovery, user acquisition and engagement, operational efficiency and monetization opportunities. Digital Turbine's technology platform has been adopted by more than 40 mobile operators and OEMs worldwide, and has delivered more than three billion app preloads for tens of thousands of advertising campaigns. The Company is headquartered in Austin, Texas, with global offices in Arlington, Durham, Mumbai, San Francisco, Singapore and Tel Aviv. For additional information visit www.digitalturbine.com.



**Use of Non-GAAP Financial Measures**

To supplement the Company's consolidated financial statements presented in accordance with GAAP, Digital Turbine uses non-GAAP measures of certain components of financial performance. Non-GAAP measures are provided to enhance investors' overall understanding of the Company's current financial performance, prospects for the future and as a means to evaluate period-to-period comparisons. The Company believes that these non-GAAP measures provide meaningful supplemental information regarding financial performance by excluding certain expenses and benefits that may not be indicative of recurring core business operating results. The Company believes the non-GAAP measures that exclude such items when viewed in conjunction with GAAP results and the accompanying reconciliations enhance the comparability of results against prior periods and allow for greater transparency of financial results. The Company believes non-GAAP measures facilitate management's internal comparison of its financial performance to that of prior periods as well as trend analysis for budgeting and planning purposes. The presentation of non-GAAP measures is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

Digital Turbine Announces Completion of Acquisition of AdColony and Provides Business Update
April 29, 2021
Page 5 of 7

[1]Non-GAAP adjusted EBITDA is calculated as GAAP net income excluding the following cash and non-cash expenses: net interest income/(expense), adjustments in the earn-out liability associated with the Mobile Posse acquisition, income tax provision, depreciation and amortization, stock-based compensation expense, amortization of intangibles, other expense and transaction expenses. Readers are cautioned that Non-GAAP adjusted EBITDA should not be construed as an alternative to net income determined in accordance with U.S. GAAP as an indicator of performance, which is the most comparable measure under GAAP. Non-GAAP adjusted EBITDA is used by management as an internal measure of profitability, performance and liquidity. The Company believes that the measure is used by certain investors to assess the Company's financial performance before non-cash charges and certain costs that the Company does not believe are reflective of its underlying business.

**Forward-Looking Statements**

This news release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Statements in this news release that are not statements of historical fact and that concern future results from operations, financial position, economic conditions, product releases and any other statement that may be construed as a prediction of future performance or events, including financial projections and growth in various products are forward-looking statements that speak only as of the date made and which involve known and unknown risks, uncertainties and other factors which may, should one or more of these risks uncertainties or other factors materialize, cause actual results to differ materially from those expressed or implied by such statements. These factors and risks include:

- a decline in general economic conditions nationally and internationally
- decreased market demand for our products and services
- market acceptance and brand awareness of our products
- risks associated with indebtedness
- the ability to comply with financial covenants in outstanding indebtedness
- the ability to protect our intellectual property rights
- risks associated with adoption of our platform among existing customers (including the impact of possible delays with major carrier and OEM partners in the roll out for mobile phones deploying our platform)
- actual mobile device sales and sell-through where our platform is deployed is out of our control
- risks associated with our ability to manage the business amid the COVID-19 pandemic
- the impact of COVID-19 on our partners, digital advertising spend and consumer purchase behavior
- the impact of COVID-19 on our results of operations

Digital Turbine Announces Completion of Acquisition of AdColony and Provides Business Update
April 29, 2021
Page 6 of 7

- risks associated with new privacy laws, such as the European Union's GDPR and similar laws which may require changes to our development and user interface for certain functionality of our mobile platform
- risks associated with the timing of our platform software pushes to the embedded bases of carrier and OEM partners
- risks associated with end user take rates of carrier and OEM software pushes which include our platform
- new customer adoption and time to revenue with new carrier and OEM partners is subject to delays and factors out of our control
- risks associated with fluctuations in the number of our platform slots across US carrier partners
- required customization and technical integration which may slow down time to revenue notwithstanding the existence of a distribution agreement
- risks associated with delays in major mobile phone launches, or the failure of such launches to achieve the scale
- customer adoption that either we or the market may expect
- the difficulty of extrapolating monthly demand to quarterly demand
- the challenges, given the Company's comparatively small size, to expand the combined Company's global reach, accelerate growth and create a scalable, low-capex business model that drives EBITDA (as well as adjusted EBITDA)
- ability as a smaller company to manage international operations
- varying and often unpredictable levels of orders; the challenges inherent in technology development necessary to maintain the Company's competitive advantage such as adherence to release schedules and the costs and time required for finalization and gaining market acceptance of new products
- changes in economic conditions and market demand
- rapid and complex changes occurring in the mobile marketplace
- pricing and other activities by competitors
- technology management risk as the Company needs to adapt to complex specifications of different carriers and the management of a complex technology platform given the Company's relatively limited resources
- risks and uncertainties associated with the integration of the acquisition of AdColony, including our ability to realize the anticipated benefits of the acquisition and the satisfaction of related earn-out provisions
- risks and uncertainties associated with the completion and integration of the acquisition of Fyber, including the satisfaction of closing conditions
- the impact on our operations and stock price if the acquisition of Fyber is not completed
- risks and uncertainties associated with the integration of the acquisition of Fyber, including our ability to realize the anticipated benefits of the acquisition and the satisfaction of related earn-out provisions
- other risks including those described from time to time in Digital Turbine's filings on Forms 10-K and 10-Q with the Securities and Exchange Commission (SEC), press releases and other communications.

Digital Turbine Announces Completion of Acquisition of AdColony and Provides Business Update
April 29, 2021
Page 7 of 7

You should not place undue reliance on these forward-looking statements. The Company does not undertake to update forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

**Investor Relations Contacts:**
Brian Bartholomew
Digital Turbine
brian.bartholomew@digitalturbine.com
SOURCE Digital Turbine, Inc.