# Exhibit 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

# FORM 8-K

### CURRENT REPORT PURSUANT
### TO SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

Date of Report (date of earliest event reported): May 17, 2022

# Digital Turbine, Inc.
(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **001-35958** | **22-2267658** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **110 San Antonio Street, Suite 160, Austin, TX** | **78701** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**(512) 387-7717**
(Registrant's Telephone Number, Including Area Code)

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions. (*see* General Instruction A.2. below)

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock | APPS | NASDAQ |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition**

On May 17, 2022, Digital Turbine, Inc. (the "Company") issued a press release regarding the matters described in Item 4.02 below, including an announcement updating guidance for the full-year fiscal 2022 period, previously issued on February 8, 2022. A copy of the press release is furnished herewith as Exhibits 99.1 to this Form 8-K. The disclosure in Item 7.01 is incorporated into this Item 2.02. The information included in this Item 2.02 and the Exhibit attached hereto shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, except as expressly set forth by specific reference in such filing.

**Item 4.02. Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review.**

Accordingly, May 11, 2022, the management and the Audit Committee of the Board of Directors (the "Audit Committee") of the Company concluded that (a) the Company will restate its financial statements for the three-month period ended June 30, 2021,three and six-month periods ended September 30, 2021, and three and six-month periods ended December 31, 2021 (the "Relevant Periods"), and (b) the Company's previously issued unaudited interim consolidated financial statements for the Relevant Periods included in its quarterly report on Form 10-Q for each of the Relevant Periods, as originally filed with the Securities and Exchange Commission on August 9, 2021, November 2, 2021, and February 8, 2022, respectively, should no longer be relied upon.

In connection with the integration of the Company's recently acquired businesses (AdColony Holding AS and Fyber N.V. (the "Acquired Companies")), management performed a review of the presentation of revenues and license fees and revenue share based on the accounting guidance for revenue recognition, including considerations of principal and agent (or "gross and net") presentation. After a detailed review of the Acquired Companies product lines and related contracts with customers and publishers, the Company concluded that each Acquired Company acts as an agent in certain of their respective product lines and, as a result, the revenues for those product lines should be reported net of license fees and revenue share. Previously, all revenues of the Acquired Companies, which are reported as separate segments referred to as In App Media - AdColony and In App Media - Fyber, respectively, were reported on a gross basis. The Company's legacy business, which is reported in a separate segment referred to as On Device Media is not impacted by the change described above and continues to be reported on a gross basis. Further, the acquisitions of the Acquired Companies were completed during the three-month period ended June 30, 2021 and, as a result, there is no impact to the fiscal year-ended March 31, 2021.

The corrections have the effect of decreasing both net revenue and license fees and revenue share in a like amount in the quarterly financial statements for each Relevant Period. The corrections do not relate to nor have any impact on the Company's operating performance, income from operations, net income/(loss), or cash flows and the financial position and liquidity of the Company remain unchanged.

Previously, the Company's revenues were reported as approximately $212.6 million for the three-month period ended June 30, 2021, $310.2 million for the three-month period ended September 30, 2021, and $375.5 million for the three-month period ended December 31, 2021. Based on its preliminary assessment, the Company expects that revenue on a net basis will be reported as approximately $158.1 million for the three-month period ended June 30, 2021, $188.6 million for the three-month period ended September 30, 2021, and $216.8 million for the three-month period ended December 31, 2021.

The following table provides a summary of the estimated adjustments for each of the Relevant Periods:

| | **Digital Turbine, Inc. and Subsidiaries** | | | | | | | | |
| | **Consolidated Income from Operations** | | | | | | | | |
| | **(in millions)** | | | | | | | | |
| | **Unaudited** | | | | | | | | |
| | 3 months ended June 30, 2021 | | | 3 months ended September 30, 2021 | | | 3 months ended December 31, 2021 | | |
| | Reported | Adj | Amended | Reported | Adj | Amended | Reported | Adj | Amended |
| Net revenues | $ 212.6 | $ (54.5) | $ 158.1 | $ 310.2 | $ (121.6) | $ 188.6 | $ 375.5 | $ (158.7) | $ 216.8 |
| Costs of revenue and operating expenses | | | | | | | | | |
| License fees and revenue share | 138.3 | (54.5) | 83.8 | 213.2 | (121.6) | 91.6 | 267.7 | (158.7) | 109.0 |
| Other direct costs of revenue | 2.6 | | 2.6 | 3.8 | | 3.8 | 5.2 | | 5.2 |
| Product development | 15.6 | | 15.6 | 17.9 | | 17.9 | 17.7 | | 17.7 |
| Sales and marketing | 13.7 | | 13.7 | 17.5 | | 17.5 | 15.9 | | 15.9 |
| General and administrative | 23.3 | | 23.3 | 41.3 | | 41.3 | 39.9 | | 39.9 |
| Total costs of revenues and operating expenses | 193.5 | (54.5) | 139.0 | 293.7 | (121.6) | 172.1 | 346.4 | (158.7) | 187.7 |
| **Income from operations** | $ 19.1 | $ - | $ 19.1 | $ 16.5 | $ - | $ 16.5 | $ 29.1 | $ - | $ 29.1 |

The amounts provided above are subject to the completion of the Company's restatement analysis and financial close and reporting process, as well as the annual financial statement audit for the fiscal year-ended March 31, 2022. As part of this process, the Company is also assessing the classification of certain expenses for the Acquired Companies for the Relevant Periods. Given the incomplete nature of the Company's restatement analysis, financial close and reporting process and financial statement audit, the Company can give no assurance that no further adjustments will arise, and the restated financial statements for the Relevant Periods will reflect any such additional adjustments that arise.

The Company's management has concluded that in light of the classification error described above, the Company's disclosure controls and procedures were not effective at June 30, 2021, September 30, 2021, and December 31, 2021. Management is in the process of completing its assessment of internal control over financial reporting, and will update the evaluation of disclosure controls and procedures in the restated Form 10-Qs for the Relevant Periods. The Company expects to file its restated Form 10-Qs for the Relevant Periods and its annual report on Form 10-K for the fiscal year-ended March 31, 2022, with the Securities and Exchange Commission on or before May 31, 2022.

Management and the Audit Committee discussed these matters with the Company's independent registered public accounting firm, Grant Thornton LLP.

**Item 7.01 Regulation FD Disclosure**

The Company previously reported non-GAAP financial measures for the Relevant Periods, including pro forma revenue that includes historical revenue of the Acquired Companies, non-GAAP gross profit and gross profit percentage, non-GAAP adjusted net income and net income per share, non-GAAP adjusted EBITDA and non-GAAP free cash flow. In addition, the Company presented investor information at its Virtual Analyst Day on November 11, 2021, including non-GAAP financial measures and forecasted, three-to-five-year revenue target and EBITDA estimates. Due to the changes in the presentation of revenue and license fees and revenue share described above, the only non-GAAP measures previously reported that are impacted by those changes are pro-forma revenue and the non-GAAP gross profit percentage as well as the three-to-five-year revenue target. Those previously reported amounts should no longer be relied upon.

The following table provides an updated GAAP income from operations to non-GAAP gross profit reconciliation to show the estimated change in our non-GAAP gross profit percentage due only to the restatement of revenues discussed above for each of the Relevant Periods. The table does not include the effect of any reclassifications of expense items or any other additional adjustments that may be required after completion of the Company's restatement analysis, financial close, reporting process, and financial statement audit.

| GAAP INCOME FROM OPERATIONS TO NON-GAAP GROSS PROFIT | | | | | | | | | | | |
| (in millions) | | | | | | | | | | | |
| (Unaudited) | | | | | | | | | | | |
| | 3 months ended June 30, 2021 | | | 3 months ended September 30, 2021 | | | 3 months ended December 31, 2021 | | | | | |
| | Reported | | Adj | Amended | Reported | | Adj | Amended | Reported | | Adj | Amended |
| Net revenues | $ | 212.6 | $ (54.5) | $ 158.1 | $ | 310.2 | $ (121.6) | $ 188.6 | $ | 375.5 | $ (158.7) | $ 216.8 |
| Income from operations | | 19.1 | | 19.1 | | 16.5 | | 16.5 | | 29.1 | | 29.1 |
| Add-back items: | | | | | | | | | | | | |
| Product development | | 15.6 | | 15.6 | | 17.9 | | 17.9 | | 17.7 | | 17.7 |
| Sales and marketing | | 13.7 | | 13.7 | | 17.5 | | 17.5 | | 15.9 | | 15.9 |
| General and administrative | | 23.3 | | 23.3 | | 41.3 | | 41.3 | | 39.9 | | 39.9 |
| Depreciation of software included in other direct costs of revenue | | 0.7 | | 0.7 | | 0.8 | | 0.8 | | 0.8 | | 0.8 |
| **Non-GAAP gross profit** | $ | **72.4** | | $ **72.4** | $ | **94.0** | | $ **94.0** | $ | **103.4** | | $ **103.4** |
| **Non-GAAP gross profit percentage** | | **34.1%** | | **45.8%** | | **30.3%** | | **49.8%** | | **27.5%** | | **47.7%** |

The Company is re-affirming previously reported guidance on adjusted EBITDA between $195 million and $197 million and adjusted EPS between $1.66 and $1.68 for the fiscal year ended March 31, 2022.

It is not reasonably practicable to provide a business outlook for GAAP net income because the Company cannot reasonably estimate the changes in stock-based compensation expense, which is directly impacted by changes in the Company's stock price, any adjustment to the contingent earn-out provisions, which will continue to be adjusted to fair value through the end of the earn-out periods, or other items that are difficult to predict with precision.

Non-GAAP measures are provided to enhance investors' overall understanding of the Company's current financial performance, prospects for the future and as a means to evaluate period-to-period comparisons. The Company believes that these non-GAAP measures provide meaningful supplemental information regarding financial performance by excluding certain expenses and benefits that may not be indicative of recurring core business operating results. The Company believes the non-GAAP measures that exclude such items when viewed in conjunction with GAAP results and the accompanying reconciliations enhance the comparability of results against prior periods and allow for greater transparency of financial results. The Company believes non-GAAP measures facilitate management's internal comparison of its financial performance to that of prior periods as well as trend analysis for budgeting and planning purposes. The presentation of non-GAAP measures is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

Non-GAAP adjusted EBITDA is calculated as GAAP net income excluding the following cash and non-cash expenses: net interest income/(expense), adjustments in the fair value of earn-out liabilities associated with acquisitions, income tax provision, depreciation and amortization, stock-based compensation expense, amortization of intangibles, foreign exchange, transaction gains/(losses), and transaction-related expenses and compensation costs. Readers are cautioned that non-GAAP adjusted EBITDA should not be construed as an alternative to net income determined in accordance with U.S. GAAP as an indicator of performance, which is the most comparable measure under GAAP.

Non-GAAP adjusted net income and EPS are defined as GAAP net income and EPS adjusted to exclude the effect of stock-based compensation, amortization of intangibles, adjustments in the fair value of earn-out liabilities associated with acquisitions, and transaction-related expenses and compensation costs. Readers are cautioned that non-GAAP adjusted EPS should not be construed as an alternative to comparable GAAP net income figures determined in accordance with U.S. GAAP as an indicator of profitability or performance, which is the most comparable measure under GAAP.

Non-GAAP gross profit is defined as GAAP income from operations adjusted to exclude operating expenses and amortization of software included in other direct costs of revenue. Readers are cautioned that non-GAAP gross profit should not be construed as an alternative to comparable GAAP income from operations figures determined in accordance with U.S. GAAP as an indicator of profitability or performance, which is the most comparable measure under GAAP.

Non-GAAP adjusted EBITDA, Non-GAAP adjusted net income and EPS, and Non-GAAP gross profit are used by management as internal measures of profitability and performance. They have been included because the Company believes that the measures are used by certain investors to assess the Company's financial performance before non-cash charges and certain costs that the Company does not believe are reflective of its underlying business.

This Form 8-K and the press release referenced in Item 9.01 contain statements that are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on current expectations,

estimates, and projections about our business based, in part, on assumptions made by management. These statements are not guarantees of future performance and involve risks, uncertainties, and assumptions that are difficult to predict. Therefore, actual outcomes and results may differ materially from what is expressed or forecasted in such forward-looking statements due to numerous factors and risks discussed from time to time in our SEC filings and reports. In addition, such statements could be affected by general industry and market conditions and growth rates, and general domestic and international economic conditions. Such forward-looking statements speak only as of the date on which they are made and we do not undertake any obligation to update any forward-looking statement to reflect events or circumstances after the date of this Form 8-K.

This Form 8-K and the press release referenced in Item 9.01 include non-GAAP financial measures relating to our operations and forecasted outlook. In addition, this Form 8-K and the press release referenced in Item 9.01 include reconciliations of these GAAP to non-GAAP measures, as well as an explanation of how management uses these non-GAAP measures and the reasons why management views these measures as providing useful information for investors. These non-GAAP financial measures should not be considered a substitute for, or superior to, financial measures calculated in accordance with GAAP, and the financial results calculated in accordance with GAAP and reconciliations from our results should be carefully evaluated.

The information being reported in under Item 7.01 in this Current Report on Form 8-K (including Exhibit 99.1 attached hereto) is being "furnished" and shall not be deemed "filed" for any purpose, including the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in any such filing.

**Item 9.01 Financial Statements and Exhibits**

**Exhibits**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release dated May 17, 2022, as issued by Digital Turbine, Inc. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Dated: May 17, 2022                     Digital Turbine, Inc.

                                        By:   /s/ Barrett Garrison
                                              Barrett Garrison
                                              Executive Vice President & Chief Financial Officer

**EXHIBITS INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release dated May 17, 2022, as issued by Digital Turbine, Inc. |



**Digital Turbine Announces Fiscal 2022 Quarterly Results to be Restated to Reflect Recognition of Revenue on a Net Basis for Certain Product Lines of Recently Acquired Businesses**

*No Changes to All Reported GAAP Income from Operations, GAAP Net Income/Loss, Non-GAAP Gross Profit[1], Non-GAAP Adjusted EBITDA[2] and Non-GAAP Free Cash Flow[3] Results*

*Re-Affirms Guidance for Non-GAAP Adjusted EBITDA[2] and Non-GAAP Adjusted EPS[4] for Fiscal Year Ended March 31, 2022*

**Austin, TX - May 17, 2022 -** Digital Turbine, Inc. (Nasdaq: APPS) announced today that it will restate its financial statements for the interim periods ended June 30, 2021, September 30, 2021, and December 31, 2021, following a review of the presentation of revenue net of license fees and revenue share for the Company's recently acquired businesses. The revenue for certain product lines of the recently acquired businesses, which are separate reportable segments, will now be reported net of license fees and revenue share, rather than on a gross basis, as had been previously reported. The changes have the offsetting effect of decreasing both revenue and license fees and revenue share in a like amount, while simultaneously increasing reported gross profit margin and Non-GAAP Adjusted EBITDA margin, in the interim financial statements for each relevant period. There is no change to the previously reported GAAP income from operations, GAAP net income/loss, Non-GAAP gross profit[1], Non-GAAP Adjusted EBITDA[2] and Non-GAAP free cash flow[3] results. Restated interim consolidated financial statements for each of the affected quarters will be filed as amendments to the respective Company's Form 10-Q filings with the Securities and Exchange Commission on or before May 31, 2022.

"We believe that this change will also help facilitate peer comparisons for analysts and investors," said Barrett Garrison, CFO. "Furthermore, we believe that it will help us to more effectively highlight the relative gross margin and EBITDA margin profile of our profitable business model."

**Guidance for Fiscal Year Ended March 31, 2022**

The Company is re-affirming its previously issued guidance for Non-GAAP Adjusted EBITDA[2] between $195 million and $197 million, and Non-GAAP Adjusted EPS[4] of between $1.66 and $1.68, for the full fiscal year ended March 31, 2022. Previously issued guidance for revenue for the full fiscal year is no longer applicable as per today's reported accounting restatement. The Company expects to report full fiscal year 2022 financial results on May 31, 2022.

It is not reasonably practicable to provide a business outlook for GAAP net income because the Company cannot reasonably estimate the changes in stock-based compensation expense, which is directly impacted by changes in the Company's stock price, any adjustment to the contingent earn-out provisions, which will continue to be adjusted to fair value through the end of the earn-out periods, or other items that are difficult to predict with precision.

**Form 8-K Filing**

As the Company completes the restatement analysis, financial close and reporting process, and financial statement audit, the interim period financial statements will reflect any additional adjustments that are required. For additional details, as well as preliminary estimates for select data, please reference the Company's Form 8-K filed on May 17, 2022.

**About Digital Turbine, Inc.**

Digital Turbine is the leading independent mobile growth platform and levels up the landscape for advertisers, publishers, carriers and OEMs. By integrating a full ad stack with proprietary technology built into devices by wireless operators and OEMs, Digital Turbine supercharges advertising and monetization. The company is headquartered in Austin, Texas, with global offices in New York, Los Angeles, San Francisco, London, Berlin, Singapore, Tel Aviv and other cities serving top agency, app developer and advertising markets. For additional information visit www.digitalturbine.com.

  

**Use of Non-GAAP Financial Measures**

To supplement the Company's consolidated financial statements presented in accordance with GAAP, Digital Turbine uses non-GAAP measures of certain components of financial performance. These non-GAAP measures include non-GAAP adjusted net income and earnings per share ("EPS"), non-GAAP gross profit, non-GAAP adjusted EBITDA and non-GAAP free cash flow.

Non-GAAP measures are provided to enhance investors' overall understanding of the Company's current financial performance, prospects for the future and as a means to evaluate period-to-period comparisons. The Company believes that these non-GAAP measures provide meaningful supplemental information regarding financial performance by excluding certain expenses and benefits that may not be indicative of recurring core business operating results. The Company believes the non-GAAP measures that exclude such items when viewed in conjunction with GAAP results and the accompanying reconciliations enhance the comparability of results against prior periods and allow for greater transparency of financial results. The Company believes non-GAAP measures facilitate management's internal comparison of its financial performance to that of prior periods as well as trend analysis for budgeting and planning purposes. The presentation of non-GAAP measures is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

[1]Non-GAAP gross profit is defined as GAAP gross profit adjusted to exclude the effect of stock-based compensation, amortization of intangibles, adjustments in the fair value of earn-out liabilities associated with acquisitions, and transaction-related expenses and compensation costs. Readers are cautioned that non-GAAP gross profit should not be construed as an alternative to comparable GAAP net income figures determined in accordance with U.S. GAAP as an indicator of profitability or performance, which is the most comparable measure under GAAP.

[2]Non-GAAP adjusted EBITDA and non-GAAP adjusted net income and EPS are used by management as internal measures of profitability and performance. They have been included because the Company believes that the measures are used by certain investors to assess the Company's financial performance before non-cash charges and certain costs that the Company does not believe are reflective of its underlying business.

[3]Non-GAAP free cash flow, which is a non-GAAP financial measure, is defined as net cash provided by operating activities (as stated in our Consolidated Statement of Cash Flows), excluding acquisition-related contingency payments, reduced by capital expenditures. Readers are cautioned that free cash flow should not be construed as an alternative to net cash provided by operating activities determined in accordance with U.S. GAAP as an indicator of profitability, performance or liquidity, which is the most comparable measure under GAAP.

[4]Non-GAAP adjusted net income and EPS are defined as GAAP net income and EPS adjusted to exclude the effect of stock-based compensation expense, amortization of intangibles, adjustments in the fair value of earn-out liabilities associated with acquisitions, and transaction-related expenses and compensation costs. Readers are cautioned that non-GAAP adjusted net income and EPS should not be construed as an alternative to comparable GAAP net income figures determined in accordance with U.S. GAAP as an indicator of profitability, performance or liquidity, which is the most comparable measure under GAAP.

**Forward-Looking Statements**

This news release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Statements in this news release that are not statements of historical fact and that concern future results from operations, financial position, economic conditions, product releases and any other statement that may be construed as a prediction of future performance or events, including financial projections and growth in various products are forward-looking statements that speak only as of the date made and which involve known and unknown risks, uncertainties and other factors which may, should one or more of these risks uncertainties or other factors materialize, cause actual results to differ materially from those expressed or implied by such statements. These factors and risks include:

- a decline in general economic conditions nationally and internationally
- decreased market demand for our products and services
- market acceptance and brand awareness of our products
- risks associated with indebtedness
- the ability to comply with financial covenants in outstanding indebtedness
- the ability to protect our intellectual property rights
- risks associated with adoption of our platform among existing customers (including the impact of possible delays with major carrier and OEM partners in the roll out for mobile phones deploying our platform)
- actual mobile device sales and sell-through where our platform is deployed is out of our control
- risks associated with our ability to manage the business amid the COVID-19 pandemic
- the impact of COVID-19 on our partners, digital advertising spend and consumer purchase behavior
- the impact of COVID-19 on our results of operations
- risks associated with new privacy laws, such as the European Union's GDPR and similar laws which may require changes to our development and user interface for certain functionality of our mobile platform
- risks associated with the activities of advertisers
- risks associated with the timing of our platform software pushes to the embedded bases of carrier and OEM partners
- risks associated with end user take rates of carrier and OEM software pushes which include our platform
- new customer adoption and time to revenue with new carrier and OEM partners is subject to delays and factors out of our control
- risks associated with fluctuations in the number of our platform slots across US carrier partners
- required customization and technical integration which may slow down time to revenue notwithstanding the existence of a distribution agreement

- risks associated with delays in major mobile phone launches, or the failure of such launches to achieve the scale
- customer adoption that either we or the market may expect
- the difficulty of extrapolating monthly demand to quarterly demand
- the challenges, given the Company's comparatively small size, to expand the combined Company's global reach, accelerate growth and create a scalable, low-capex business model that drives EBITDA (as well as adjusted EBITDA)
- ability as a smaller company to manage international operations
- varying and often unpredictable levels of orders; the challenges inherent in technology development necessary to maintain the Company's competitive advantage such as adherence to release schedules and the costs and time required for finalization and gaining market acceptance of new products
- changes in economic conditions and market demand
- rapid and complex changes occurring in the mobile marketplace
- pricing and other activities by competitors
- technology management risk as the Company needs to adapt to a rapidly developing mobile device marketplace, complex specifications of different carriers and the management of a complex technology platform given the Company's relatively limited resources
- system security risks and cyberattacks
- risks and uncertainties associated with the integration of the acquisition of AdColony, including our ability to realize the anticipated benefits of the acquisition
- risks and uncertainties associated with the integration of the acquisition of Fyber, including our ability to realize the anticipated benefits of the acquisition and the satisfaction of related earn-out provisions
- risks associated with the failure or inability to pay the future consideration due in the Fyber acquisition
- challenges and risks associated with our rapid growth by acquisitions and resulting significant demands on our management and infrastructure
- challenges and risks associated with our global operations and related business, political, regulatory, operational, financial, and economic risks as a result of our global operations
- other risks including those described from time to time in Digital Turbine's filings on Forms 10-K and 10-Q with the Securities and Exchange Commission (SEC), press releases and other communications.

You should not place undue reliance on these forward-looking statements. The Company does not undertake to update forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

**Investor Relations Contact:**
Brian Bartholomew
Digital Turbine, Inc.
brian.bartholomew@digitalturbine.com

SOURCE Digital Turbine, Inc.

Digital Turbine, Inc.