# Exhibit 15

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br><br> **STONE WILLIAM GORDON III** <br><br> (Last)　　(First)　　(Middle) <br><br> 110 SAN ANTONIO STREET <br><br> SUITE 160 <br><br> (Street) <br><br> AUSTIN　　TX　　78701 <br><br> (City)　　(State)　　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> Digital Turbine, Inc. [ APPS ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/08/2022 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X　Director　　　10% Owner <br> X　Officer (give title below)　Other (specify below) <br><br> 　Chief Executive Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X　Form filed by One Reporting Person <br> 　Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/08/2022 | | M | | 60,000 | A | $2.54 | 1,686,422 | D | |
| Common Stock | 11/08/2022 | | F | | 31,626 | D | $11.53 | 1,654,796 | D | |
| Common Stock | 02/28/2023 | | F | | 468 | D | $10.74 | 1,654,328 | D | |
| Common Stock | 03/01/2023 | | F | | 455 | D | $10.86 | 1,653,873 | D | |
| Common Stock | 02/28/2023 | | M | | 70,000 | A | $2.54 | 1,723,873 | D | |
| Common Stock | 02/28/2023 | | F | | 37,585 | D | $10.74 | 1,686,288 | D | |
| Common Stock | 03/01/2023 | | M | | 70,000 | A | $2.54 | 1,756,288 | D | |
| Common Stock | 03/01/2023 | | F | | 37,474 | D | $10.86 | 1,718,814 | D | |
| Common Stock | 03/02/2023 | | S | | 36,025 | D | $10.75 | 1,682,789 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Options (right to buy)[1] | $2.54 | 11/08/2022 | | M | | | 60,000 | 11/18/2014[2] | 11/25/2023 | Common Stock | 60,000 | $0 | 140,000 | D | |
| Employee Stock Options (right to buy)[1] | $2.54 | 02/28/2023 | | M | | | 70,000 | 11/18/2014[2] | 11/25/2023 | Common Stock | 70,000 | $0 | 70,000 | D | |

Case 1:22-cv-00550-DAE    Document 45-15    Filed 04/18/23

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Options (right to buy)[1] | $2.54 | 03/01/2023 | | M | | | 70,000 | 11/18/2014[2] | 11/25/2023 | Common Stock | 70,000 | $0 | 0 | D | |

**Explanation of Responses:**

1. Employee stock options (right to buy)("Options") granted pursuant to Issuer's 2011 Amended and Restated Equity Incentive Plan.

2. Options vest over three years. One-third of the Options vest on the first anniversary of the grant date (i.e., the date indicated), and the balance vests proportionately each month during the remaining two years.

**Remarks:**

/s/ William Gordon Stone III      03/02/2023

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**