# Exhibit 16

Case 1:22-cv-00550-DAE Document 45-16 Filed 04/18/23 Page 2 of 3

SEC Form 4

**FORM 4**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]<br><br>STONE WILLIAM GORDON III<br><br>(Last)　　　　(First)　　　　(Middle)<br><br>110 SAN ANTONIO STREET<br><br>SUITE 160<br><br>(Street)<br><br>AUSTIN　　　TX　　　78701<br><br>(City)　　　(State)　　　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>Digital Turbine, Inc. [ APPS ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br><br>03/02/2022<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br><br>X　Director　　　　　　10% Owner<br><br>X　Officer (give title below)　　Other (specify below)<br><br>　　Chief Executive Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br><br>X　Form filed by One Reporting Person<br><br>　　Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/02/2022 | | M | | 50,000 | A | $5.89 | 1,206,458 | D | |
| Common Stock | 03/02/2022 | | S | | 50,000 | D | $46.03 | 1,156,458 | D | |
| Common Stock | 03/02/2022 | | S | | 20,271 | D | $46.87 | 1,136,187 | D | |
| Common Stock | 03/02/2022 | | F | | 24,405 | D | $53.76 | 1,111,782 | D | |
| Common Stock | 03/02/2022 | | F | | 1,477 | D | $46.4 | 1,110,305 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Options (right to buy)[1] | $5.89 | 03/02/2022 | | M | | | 50,000 | 09/10/2015 | 09/10/2024 | Common Stock | 50,000 | $0 | 0 | D | |

**Explanation of Responses:**

1. Employee stock options (right to buy)("Options") granted pursuant to Issuer's 2011 Amended and Restated Equity Incentive Plan.

**Remarks:**

/s/ William Gordon Stone III                    03/04/2022

\*\* Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**