# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| IN RE DIGITAL TURBINE, INC. SECURITIES LITIGATION | Case No. 1:22-cv-00550-DAE |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Before the Court is Defendant's Unopposed Motion to Exceed Page Limit. (Dkt. # 57.) Upon consideration of the Motion and for good cause shown, the Motion is hereby **GRANTED**, and the Defendants are permitted to file a brief in support of their Motion to Dismiss Plaintiffs' Consolidated Second Amended Class Action Complaint not to exceed 30 pages.

IT IS SO ORDERED.

DATED: September 12, 2023

_____
David Alan Ezra
Senior United States District Judge