**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE DIGITAL TURBINE, INC. SECURITIES LITIGATION | Case No. 1:22-cv-00550-DAE |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**SUPPLEMENTAL DECLARATION OF MICHAEL J. BILES IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED**
**SECOND AMENDED COMPLAINT**

I, Michael J. Biles, Esq., declare as follows:

I am admitted to practice before this Court and I am a partner of the law firm of King & Spalding LLP, which represents Defendants Digital Turbine, Inc., William Stone, and Barrett Garrison in the above-captioned matter.

I submit this supplemental declaration in support of Defendants' Motion to Dismiss the Consolidated Second Amended Complaint. Attached to this declaration are the following documents:

22. Five-year historical stock price chart for Digital Turbine, Inc. retrieved from Google search engine on September 18, 2023. A true and correct copy is attached as Exhibit 22.

23. Transcript of Digital Turbine, Inc. Investor Day Presentation, dated November 11, 2021. A true and correct copy is attached as Exhibit 23.

24. Transcript of Digital Turbine, Inc. Investor Day Presentation, dated June 9, 2021. A true and correct copy is attached as Exhibit 24.

25. Excerpts of IronSource Ltd. Form F-1, filed with the SEC on July 28, 2021. A true and correct copy of relevant excerpts is attached as Exhibit 25.

26. Excerpts of AppLovin Corp. Form 10-K, filed with the SEC on March 11, 2022. A true and correct copy of relevant excerpts is attached as Exhibit 26.

2

27.    Excerpts of Fyber N.V. 2019 Annual Report.  A true and correct copy of relevant excerpts is attached as Exhibit 27.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2023.

/s/ Michael J. Biles
Michael J. Biles

2

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.


/s/ *Michael J. Biles*
Michael J. Biles