# Exhibit 22



Digital Turbine's historical stock price with the class-period high of $86.06 per share highlighted.[1]

---

[1]https://www.google.com/search?q=digital+turbine+stock&rlz=1C1GCEA_enUS1048US1048&oq=digital+turbine+stock&aqs=chrome..69i57j69i59j0i512l8.2080j1j7&sourceid=chrome&ie=UTF-8