# Exhibit 23



# Digital Turbine, Inc. NasdaqCM:APPS

# Analyst/Investor Day

## Thursday, November 11, 2021 5:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

Call Participants ...................................................................................... 3

Presentation ...................................................................................... 4

Question and Answer ...................................................................................... 14

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

### EXECUTIVES

**Barrett Garrison**
*Executive VP & CFO*

**Brandon Ayers**

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

**Matt Tubergen**

**Mike Ng**
*Chief Revenue Officer*

**Unknown Executive**

**William Gordon Stone**
*CEO & Director*

### ANALYSTS

**Austin William Moldow**
*Canaccord Genuity Corp., Research Division*

**Brian Gerber**

**Darren Aftahi**
*ROTH Capital Partners, LLC, Research Division*

**Timothy Kelly Horan**
*Oppenheimer & Co. Inc., Research Division*

**Timothy Wilson Nollen**
*Macquarie Research*

**Unknown Analyst**

### ATTENDEES

**David Zhang**

**Kevin Hsu**

**Mike Peralta**

**Unknown Attendee**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Hello, and welcome to Digital Turbine's 2021 Analyst Day. [Operator Instructions] Please note today's event is being recorded. I now would like to turn over to your host, Brian Bartholomew. Brian, please go ahead.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

Yes. Thanks, Chelsea. Welcome, everyone, to the 2021 Digital Turbine Analyst Day. We'd like to thank you all for spending some quality time with us today, in particular, to any veterans that might be in attendance with us today and additional heartfelt thank you goes out on this Veterans Day. We think we have a series of presentations today that you will find informative and hopefully inspirational. I know that we here at the company have never been more excited about the future of Digital Turbine. And I expect you'll send some of that passion from the team today. And we just hope that by the end of the day, at the end of the event, you guys feel similarly. I have a couple of quick housekeeping items here before we can formally kick things off. First, I'm sure that nobody here is disappointed here that we're going to be making some forward-looking statements today. Please review our filings with the SEC for a discussion of the risk factors related to these forward-looking statements.

Second, we will also be referencing certain non-GAAP and pro forma measures of performance. Please review our filings with the SEC as well as recent press releases for definitions of all non-GAAP measures and all relevant non-GAAP to GAAP reconciliations. Finally, you will note that we have a pair of designated Q&A sessions scheduled today. If you could please hold your questions until those designated time frames that would be most appropriate. Also, you'll be able to see there's a little hand icon at the bottom that will put you in the queue to ask a question. And that's it without further delay, let's get this party started. I'd like to pass the mic over to our CEO, Mr. Bill Stone.

**William Gordon Stone**
*CEO & Director*

Yes. Thanks, Brian. It's great to be here today. Usually, when we get to talk to you guys, it's every 90 days, we only get to talk in the context of each quarter and it tends to be fairly short term and focused. And 1 thing that's exciting about today is we can take a little longer-term view on the business, taking the numbers and the modeling and how it rolls up, and then we'll have a chance to ask some questions at the end. So without further ado, maybe can go to the next slide, please, the next one.

For those that have been around the story for a while, you might remember our last Analyst Day was back in June of 2018. And I show this chart because at that Analyst Day, we showed that we're going to have in 3 years, a $300 million business. We're going to have a couple of hundred million devices that we'll be putting on our software on and that we'd have our revenue per device for RPD just north of $1.30.

And if you fast forward from June of 2018 to our results of -- from June of 2021, when we announced our fiscal year results, pre the acquisitions that we just recently made, what you see? We saw a business that did a little over $300 million in revenue, and it was on a few hundred million devices and revenue per device that was basically in line with what you have here on this chart.

And the reason I bring that up is I think it's important is there's a lot of new companies that have come to market. And we've been at this for a while. And what's really important to us is we say what we do and we do what we say. And this is basically what we said 3 years ago that we were going to do and we did it. And so when I talk about today and what our intentions are, I think that context is important. And so what we're going to talk about today is over the next few years, how do we get this to a $4 billion revenue business and a $1 billion EBITDA business. And we think we've got all the piece, parts and things to execute on achieving that, and we're going to take you through it here today.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Next slide. First is, in order to get to that kind of scale, you've got to have scale. And you can see some numbers here on the top in terms of our software and 750 million devices. AdColony and Fyber have their software around $1.5 billion-plus devices and really operating this business now at global scale. And that global scale generates really good results. And you can see at the bottom of the chart, if you want to look at our results over the past 10 quarters, really nice impressive growth, both on the top line and the bottom line. And so in order to get after the total market opportunities we're going to talk about here in a little bit, you've got to have scale to go after it. And now we're in a position where we've got that scale to attack the market.

Next slide. So from a vision perspective, when we started this roughly 10 years ago, the vision we had then and the vision we have now is still roughly the same. And our view was that if we could connect the dots, between all the people that want to be on device to the devices themselves, we have something that's pretty special. And the people that actually control those devices aren't necessarily the people that are making a lot of the spoils of that today. They are the people that distribute them like Verizons and AT&Ts or the people that manufacture them like Samsung and Motorola's and so on. And so if we can help connect the dots between all the app publishers that want to be on those devices, the brand advertisers who want to be on the devices and obviously, make it easier for customers as well in terms of offering them more choice and convenience, we have something pretty special to do. And so as we think about that vision and continuing to grow this independent growth platform on mobile, this is something that we're really excited about, and the vision continues to hold as we go into the future.

Next slide. There's a lot of market trends out there that give us that excitement. First is apps are part of all of our lives. The average person has 30-plus apps on their phone. They use 10 of them per day. The average person is consuming content on their device and 50% of the time when they unlock their phone, they don't necessarily know exactly what they're going to look for. They're looking for something that's really going to engage them. And when we think about the opportunities in front of us, what we see from advertisers is they're looking for simplicity. There's just so much complexities in the mobile ad ecosystem and the ability to bring that simplicity to the advertisers is something they're really looking for today. And they're also looking for diversity. Historically, a couple of players have really dominated the space. And as we go forward in time and it grows, those markets are becoming saturated for those players. And so the incremental dollar that's being spent may not get the same return for those advertisers as the first dollar that's being spent. And it opens up opportunities for other players, independent of some of the favorable regulatory tailwinds that are going on as well that give us a lot of optimism around how we're positioned in the market.

Next slide. And so one of the things we wanted to do is take you through some numbers to really back that vision up. And as many of you have heard me say many times before, for the last 100, 200 years, media dollars have followed eyeballs. And what do we see today is we see, first and foremost, eyeballs are in mobile. You can see the chart on the left, you're looking at 4 hours plus of mobile consumption today in terms of where our eyeballs are. And for those of you that have heard of Mary Meeker in her annual reports that she used to produce on state of the union of the Internet and the digital economy. I can remember not that many years ago where she talked about 4% or 5% of our time of our eyeballs were in mobile media. Today, you can see it's well over 1/3 of our time is in mobile media. So that's where our eyeballs are.

If you go to the next slide, we see as the dollars are going to follow that, whether that's an incremental 100-plus billion app installs on the Google Play store or whether that's the revenue numbers that you see here on the right of this chart. And historically, we had quoted numbers from the market research company here on the white bar, and they just recently last month, updated their figures and increased them. And we're looking at a $369 billion market today for mobile media, just an enormous number and that growing to $600-plus billion over the next few years. So you're seeing that trend of these media dollars following where our eyeballs are.

Next slide. And just to make a finer point on some of the specifics here, and we're just using Facebook here as an example. If you look prior to Apple's changes on IDFA a few months ago, about 50% of Facebook's growth came from Android, about 50% of it came from iOS. Since those changes have been introduced, what we see now is we see basically kind of teen-ish growth on iOS, but you're now

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

approaching 80%, 90% growth on Android. And we see a similar trend from digital turbine. If you look back a few quarters on a pro forma basis, were probably about 65% of our business was Android. Today, it's over 75% Android. And so given some of those changes and given that Android is 85% of the global market today in terms of device volumes, we think that really bodes well for us.

Next slide. And how we've historically thought about our business and growing -- and getting after these markets is really kind of in 3 pieces. If you start on the left, on the purple bar, we've historically, in the early days, it focused our business on those app providers that we're trying to get on device. And they're spending, say, $1 to get on device with us, and we were going to go out and compete for that dollar. And we built a nice little business around that. But we realized probably about this time last year that really were the bigger opportunity for us was the green bar, where they're spending a dollar to get on device because a lot of those app publishers are making anywhere from 2x to 4x that in the advertising that goes on that device. And so 1 of the strategic rationales for us to acquire companies like appreciate in AdColony and Fyber was to really get after the opportunity in that green bar. And so as we think about our business today, that's really where we're now focused on that addressable market. But that -- it doesn't stop there. So if we think about 1.0 and the purple bar on the left and 2.0 in the green bar. You can almost think about 3.0 now thinking about now getting into the in-app payment part of the business. And specifically, what we mean by that is as we think about in app purchases, we're not talking about something you buy hard goods on Amazon and you get shipped to your door, but rather we're thinking about in-app purchases, whether that's things like ESPN Plus, Pandora, those types of in-app purchases and now the opportunity that payments as well can open up. And we make that as an illustrative example here to say that just going after the ad dollars is not where we stop and where we think about the business.

Next turn. And so now we've got this significantly larger addressable market for us. And so as we think about connecting this to the chart on the prior slide, we see about a $5 billion in aggregate market that we have historically gone after. And we've done a nice job going after that market, and we're going to continue to go after that market, and we're going to continue to grow our share in that market. But the overall app install market is closer to $100 billion. And so -- and Mike will talk about this later in his remarks. But as we think about the addressable market for a product like single-tap, we think about it through the lens of a $100 billion opportunity. for us. And Mike will share some details on how we're going to go after that. But if we think about it even broader than that in terms of all the media and brand dollars that are in the space, you're getting at a $370 billion market. So it won't take much in terms of our market share to increase to really move the needle for us in terms of top line and bottom line results.

And the next slide. And we're positioned well to go after that because we have the supply. So today, we have our Ignite software that we've put on 750 million devices. And through our AdColony and Fyber acquisitions, they have code on page of 1 billion, over 1.5 billion devices as well. And so we can think about our market with the 750 million, still huge opportunity to grow it, and we're going to grow it because that market is $6 billion plus just in mobile, forget about other types of devices. But now we also can bring in the AdColony and Fyber footprint as well to that. And so I'd like to think about this as a venn diagram where we've got products that can go after the 750 million that may not have AdColony or Fyber software on it. We've got devices with AdColony and Fyber software on it that might not have our Ignite software on it yet. And then we've got 1 in the middle. And really, the point is here is that we've got the opportunity to offer different products and different solutions to all 3 of those addressable markets at real scale. I mean these are huge numbers here. But the good news is we have a lot of room to still grow that before we hit our head on being penetrated against the broader addressable market.

Next slide. And it doesn't -- any of us today, whether we turn on CNBC or Bloomberg or Read the Journal or whatever our publication or media choices, headlines are happening every day in our space. And there's just a sample here on this chart by no means is this exhaustive. But what we're really seeing is a few themes. And what we're seeing in terms of themes in the marketplace right now is, number one, regulations are here and are coming. And that's important because right now, society is trying to debate around this issue of privacy on the left hand and choice on the right hand, and how do we want to find balance. Do we want to concentrate all of our privacy in the hands of very few or do we want to offer customers choice. And regulators are debating that right now all over the world. Here in the U.S., there's bipartisan legislation. And for the cynics out there, how often do you hear bipartisan support for much of anything these days. But this is a topic that is getting bipartisan support. And our view right

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

now is you could likely see an unbundling of the operating system from the services that are offered on top of that to offer customers choice. And we believe that can also include privacy of things that happen on device. And so our view is it's going to open up a lot of opportunities, specifically for digital turbine. And these things are likely going to be happening and the speed by which they happen in terms of this quarter, next quarter, the following year that remains to be seen. But I think suffice it to say that there's going to be changes that are happening. And those changes are things that I think are going to be really beneficial to a company like Digital Turbine and how we're positioned with our partners like the AT&Ts and Samsungs and Verizons, et cetera, that will likely be the trusted solutions to offer some of that choice out to customers.

The second theme that we're seeing right now is consolidation. The market has been historically in mobile ad tech has been fairly fragmented, a lot of point solutions, a lot of inefficiencies in the market. And you've seen players like us being an example of helping participate in this consolidation. We expect to continue to see consolidation in the market to continue to bring scale to go after that large TAM that we talked about on the prior slides.

So if you go to the next chart. What does that more specifically mean for us? And what it means is there's all kinds of opportunities and adjacencies that we can pursue, and we can think about it organically and inorganically as we go forward in time. But it's all hinged on our unique position that we have with our operator and OEM partners, device and as well as our independents. And so what does that mean specifically? That means there might be opportunities for alternative app stores. It means there's opportunities for in-app payments, given our unique position on device and with the carriers OEMs.

It can mean things like going after other operating systems beyond Android. It can mean connected devices and how those devices all interact with each other, and we'll show you some of that in Brandon's demos later. But as we think about the business, not just on a quarterly results basis or just on next year's basis, but how are we going to grow this business at the rates that we've been familiar with over the past few years, these new opportunities are ones that are very real. They're happening. There's a lot of catalysts happening in the macro environment that really put us in a very unique spot to capitalize on those.

Next chart. And really, that all hinges on our ability to continue to expand our footprint and our core strategy of being on device with our operator and OEM partners. And how we like to think about this is really through breadth and depth. And on the breadth side, we have a number of opportunities on the left. We didn't want to front run much today in terms of sharing those with you. Just suffice to say we're excited about the pipeline. And we're going to continue to add new names, new logos on a global basis to our partners. But once we get the partners on board, we've developed credibility with those partners. We work closely with those partners. You're going to hear from a couple of them today and our ability to continue to grow and expand our product mix. And specifically, we may start with 1 product like our Wizard product and then expand it to Single-Tap and then expand it to content media products and in various insundry mixes of those. But the idea being here is that we can go from 1 or 2 products all the way up to a dozen different products that we sell in terms of distributing different content and application products out to our operator and telco partners. So really important here that we're going to continue to expand the breadth with new opportunities but really focus on the depth of our existing partners. We've talked about expansion on Content Media with Verizon, AT&T. We've talked about expansion with Single-Tap with Samsung and those kinds of examples where we really want to be able to continue to grow the business to those TAMs that we talked about in the prior slides.

So if you go to the next slide, what this really all means is we've historically talked about our growth drivers being getting on more devices, like we just said on the prior slide, adding more products and then continuing to grow our media relationships. And when you're able to do all 3 of those things simultaneously, that's how you get network effects. And that's how you get exponential growth in the hockey sticks that we saw on the earlier slides. And so our view is that's not changing. Those are still our growth drivers. Those will continue to be our growth drivers, and you're going to see us continue to focus on expanding all 3 of those simultaneously.

So with that, let me turn it over to Mike Ng, who is going to share some of the details with you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mike Ng**
*Chief Revenue Officer*

All right. Thanks, Bill. As everyone has heard, my name is Mike Ng. And let's take kind of everything that we heard from Bill just now down a couple of elevations and kind of talk about why we're excited not just about the core digital turbine business, but how we're now stitching it together with the 3 acquisitions that we've recently made and why we're seeing some synergies get us really excited over the past 6 months and as we look ahead over the next couple of years.

So maybe if you can move to the next slide, please. Before we get down to that elevation, what I thought would be helpful for the group is to make sure that we kind of define what the -- how we see the mobile ecosystem how we've actually seen the validation of this over the past 6 months with our acquisitions. And to Bill's point earlier, how we're seeing the power of on-device kind of help fuel some of the ad tech platform acquisitions that we've made.

So as Bill mentioned earlier, a lot of the DNA of Digital Turbine started off with performance advertisers, people like Pandora, people like Zynga, people are essentially looking for app downloads on device. And so what we did is maybe -- what we did was essentially create our software called Ignite, where via first-party partnerships with OEM and telcos with Samsung, Verizon, et cetera, if you build the next one, what we were able to do is bring something to the industry for app installs that no one else really had, right? Being able to be on a brand-new device on the first day, the first second, it's opened up, it's unboxed and booted up, right? And so that was something that that performance advertisers really enjoyed.

Now that being said, Bill also alluded to this, which is we realized towards the beginning of last year that there's a whole wide world out there in the form of app publishers Essentially, many of the same 750 million devices we saw in the on-device world, but even we didn't see as well, right? And so we started asking ourselves how could we connect this part of the ecosystem because it was very different from on device. And so that's what led to our string of acquisitions, right? So if you built this next one, we bought Appreciate, which is what the industry calls either a demand platform or demand-side platform. And so that essentially is a user interface for lack of a better term, that has a lot of high-frequency trading algorithms, which allow advertisers to then buy billions and billions of ad impressions on hundreds of thousands of these app publishers you see on the right. That being said, the vast majority of it is connected through what we also acquired through Fyber, which is essentially an ad exchange, which we're now calling the Digital Turbine Exchange. And these ad exchanges exist as large ad marketplaces for buyers and sellers to transact mobile ad impressions. And Bill talked about this earlier, this is a side of the ecosystem that talks about monetization, right, driving revenue and ad dollars back to the individual publishers to build their businesses. And so as we stitch this together, what we realized was a lot of the fundamental pieces and Bill talked about this earlier as well, where the eyeballs are at. We realize that we have constructed an ad platform between on-device and ad tech that the brand advertisers.

So if you built the last part here, Mimi, we realized that it was a very seamless add-on, very seamless plug-in but arguably a very important 1 in that the addressable market with brand advertisers is completely separate from performance advertisers, whereas performance advertisers are looking for app downloads, driving more user acquisition, driving more adoption of their services in an app on your mobile advice, brand advertisers are looking for audience, reach, frequency, things that we all know about and arguably, brand advertising is much, much older than performance advertising and still, as of today, much larger. And so what we saw was by doing this, we could open up the addressable markets for Digital Turbine.

So with that kind of framework being said, let's talk about how we see that addressable market, which Bill alluded to earlier as well. The punchline is we see our addressable market growing to about $500 billion or greater over the coming 2 to 3 years. And we see this in this evolution as such, right? As we've mentioned, we started off DT with a performance advertiser mindset, what you see in the horizontal axis. What you see on the vertical axis is, again, doing these first-party partnerships with carriers and OEMs to allow us to directly install apps on brand-new devices. What we did was another acquisition at the beginning of 2020 called Mobile Posse, which we now call Content Media, which Bill talked about.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

What we've been doing over the past 1.5 years now, and you've seen this in our financial results, is massively growing this as well. And this has given us a foothold, a very small foothold into brand advertising by operating portals and pages on behalf of OEMs and carriers. So this is kind of what Digital Turbine looks like pre-acquisitions at the beginning of 2020 and as we head into the majority of that year. Now entering this year, we, of course, made a few acquisitions, which we really feel are expanding our addressable market in a few ways. In this way, what you see -- and we've talked about this, building the Digital Turbine exchange and bringing some on device technology from the left-hand side to the right-hand side for performance advertisers specifically around SingleTap, which I will talk about a little bit later as well, has really helped us accelerate. But you also see the monetization part, which again the mobile app ecosystem is arguably a much larger market, right? This is the in-app advertising, the in-app purchases that happen hundreds of thousands of different apps, games, utilities, entertainment services each and every day, right? This is arguably a much larger addressable market that's powering and fueling the mobile app ecosystem.

And then, of course, last but not least, arguably again, is how do we bring brand advertising into this landscape, right? So brand advertising historically, of course, has evolved from TV to desktop web to a little bit of mobile web, but mobile app is still in the early innings, right? And so we think we're uniquely positioned, again, as you saw in the previous slide, but now here with addressable markets, we think we're uniquely positioned to stitch this all together between performance advertisers, brand advertisers carry an OEM differentiation along with the hundreds of thousands of different publishers and $1.5 billion plus -- or 1.5 billion devices that we have access to as well on this right-hand side.

So now let's start and talk about some of the specific synergies that we're excited about. And I think on our earnings call a few weeks ago, Bill referenced as what we call internally, the da Vinci code. But really, it articulates all the different permutations how we see this out, and we'll also get into a deeper level of detail coming up as well.

So first and foremost, we talk about SingleTap, right? SingleTap is essentially the ability for us to leverage our on-device technology that's on brand-new devices when they're shipped from the factory on the left-hand side, but now utilize that technology to create frictionless app installs in the open Internet, right, on hundreds of thousands of different publishers and not only on a brand-new device on the first day, but on every single day until that device is no longer in existence. So when you think about the story here, we're able to now find a user on day 1 and day 301 and so on and so forth and emergence of on-device technology.

Our second synergy here talks about the fact that not only are we working with Pandora, the Zyngas of the world, et cetera, on the on device side and also on the SingleTap side, but as much as we would like to tell ourselves that we're the exclusive marketing partner of theirs, they of course, work with a lot of other partners. But this is where it gets interesting. By virtue of us operating 1 of the largest mobile ad exchange industry, inevitably, a lot of these other third-party partners that our same advertisers work through not to spend on our exchange at our marketplace. And so because of this, we're also getting a lot of third-party demand from the same marketing dollars of the same advertisers but through another channel, another means, which is very frictionless for us as well.

The third synergy is what Bill alluded to as well, which is now our ability to also step into the monetization part. So Zynga is a great example, right? Historically, if you look at the left, our conversations with Zynga talk about marketing dollars, right? So we're a cost center to them. We're looking for marketing budget from them to grow their user base for their games. But in this third synergy, because we operate the DT exchange, we're now able to generate ad revenue dollars via in-app ads that we serve in their games on their behalf. And we're actually writing them a check at the end of every month. So when you think about it, we're no longer just a one-side partner for them. We're actually a very holistic partner for them, both driving new user growth on the marketing side. But then piping those revenue dollars that we generate via adds in their games back to them to drive their own revenue growth and company growth.

The fourth synergy is, again, what we keep talking about, which is brand advertising dollars, right? How do we now match up all of our very strong agency and brand relationships that historically with AdColony has been constrained, they couldn't find enough of the eyeballs. Because we now have the DT exchange,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we now have a lot more eyeballs available, and we're very excited at how we can rapidly expand and grow the budgets, the relationships that we have with the brands like Procter & Gamble, Unilever and, of course, the agency holding companies. And then last but not least, the infamous but very important cross-selling, which will illustrate on a later slide, but how do we now start cross-selling all of these different products within each of these boxes here, whether it's diagonally up, down or left or right, and we're already starting to see the fruits of that labor come to life over the past 6 months, and we expect it to only accelerate.

So now let's go to the next slide. This is a much more deeper level of view using more specific examples, but hopefully, we'll articulate what you saw on the previous slide, but in more kind of actual practice here. So in this example, whether you want to call Pandora or Zynga as the performance advertisers that have historically worked with the DT directly, and they've worked with us to put their apps on our new devices that we see through our Ignite on-device media business. And so it's been great because, again, it's a very unique product in the space. It doesn't rely on serving ads, and it's on brand new first-look users and devices that are out of the box. From the supply perspective, it's great for carriers because it creates this revenue stream that never existed for them before for their subscribers. So it's been a win-win for the ecosystem for advertisers for DT, and of course, our OEM and telco partners. But here's how the company is evolving now, right? So as I mentioned earlier, by acquiring appreciate a demand-side platform, we're now able to obtain new and different incremental budgets the very same advertisers, Pandora or Zynga in this case, where we are now buying advertising. So actual ad creatives in the open Internet on their behalf also on our own ad exchange, right? So the DT exchange here, which now has access to 1.5 billion plus devices. So if you think about the evolution, we have 750 million 1st look new devices on day 1, but now we augment it by seeing 1.5 billion devices brand new on day 1, but our existing actively used devices throughout the open Internet.

And on top of that, we're able to stitch together our on-device synergies with our technology by bringing what we call single tap installs to the mix where when a user clicks on 1 of our creatives, we can frictionlessly install the ad or the mobile application on behalf of Pandora or Zynga without redirecting them through multiple hops and jumps in the flow.

And of course, from the publisher side now, publishers love this because the publishers on our Digital Turbine exchange are now seeing more direct dollars driven to them and thus, higher revenue and bigger checks that we write to them each and every month. And now the next piece is what I alluded to earlier as well, which is Pandora and Zynga, they may allocate some percentage of their marketing dollars for on device to DT, some amount to our demand platform, but they certainly no doubt will allocate another portion to other third-party demand platforms that are not owned and operated by Digital Turbine. Those platforms though still spend on our exchange, right? So this is what I talked about earlier, which is we've created this very where even when we don't directly sell to some of these clients, we're able to obtain and grab more share of dollars, more share of bullet from marketing dollars because of being a fundamental marketplace on the supply or the sell side, if you will. And again, for publishers, it just means we're writing them even larger and larger checks because we have so much liquidity flowing into our marketplace.

And then, of course, last but not least, we talked about this part, which is the marketing side of it and you just talked about the monetization side, we're now able to have, again, a 360-degree conversation with these app developers to not only ask them for marketing dollars, but also drive and generate higher CPM yields cost per thousand impressions or even ultimately larger each month.

And then the final kind of cherry on top is if you -- that's performance advertising, this is the brand part, right? And you think about these brands that we show here, they work through a lot of third-party platforms, right? People and legacy historically, that are much stronger from a desktop perspective that are now branching into buying in-app ads. And where are they buying it? We're increasingly seeing very strong partnerships on our Ad Exchange itself, right? And so as the evolution of brand advertising inexorably moves to in-app where all the eyeballs are and mobile vices are increasingly first screen, that's really where we're seeing the evolution here. And I think the value that we're hearing from a lot of our publishers on our exchange is the fact that we're very unique in that we're bringing Procter & Gamble, Unilever ads to their games, right? I'm sure all of us who play games, whether it's Candy Crush or some

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

other game are sometimes tired of seeing other gaming ads only in that experience, right? And so a very unique differentiator that we think we will be accelerating as being able to have a much more diverse demand set into publishers who then will appreciate it. And most importantly, the yields and the pricing that we can generate for that are much higher than peer performance advertising. So that's why we're quite excited about these first 4 synergies.

But now let's get to synergy #5 on the next slide. So as I promised earlier, we talked about kind of the cross-selling efforts, right? So I think within Digital Turbine, I think we were looking at this and how quickly the evolution has happened over the past 6 months. I think we have something around 10 to 12 products, distinct products internally now across the whole DT family. And so when you look at this, this example is for McDonald's. McDonald's is a current advertiser coming over from the AdColony business. And on the left-hand side, have always worked with them and in this case, promoting the return of the McRib sandwich, right? And so there's a video ad unit that's playing within a game like Candy Crush.

What we've been able to do and start doing it in a much more accelerated fashion is now cross-selling them into our other Digital Turbine products. The next piece here that you see is the same not yet mean. So there's a MidRib video ad in our content media property that we do for OEMs and carriers, right? We run their portal pages. And so being able to bring that unique demand directly to these portal pages is fantastic. You also see on the third screen here our notifications product, right? And what this is, is essentially a drop-down notification that we can serve through on-device media, our technology there where you see a static display image of the McRib and a Download Now button there as well, right, to drive McDonald's app install.

And then, of course, last but not least, our famous SingleTap product as well on the open Internet. We're driving much more frictionless installs for McDonald's apps on those 1.5 billion devices. So as you can see here, something that started off at a single point of sale, single product has rapidly, very seamlessly been augmented very quickly with the same client contacts, with the same sales team that we have into 3 new products that have generated incremental dollars that never existed before within this ecosystem.

So now if you go to the next slide or the next piece. Here, we talk about performance advertising, right? So in performance advertising, here we use Pandora, who will be coming up on our channel shortly hereafter. They've been a longtime preload customer for us on Android devices, right? And so we've continued to grow and expand that business. But for those of you who have been following us, the history of Digital Turbine on-device media is Android-only where we have not had iOS penetration adult. Through our demand platform, appreciate acquisition through Fyber and of course, AdColony supply, we now have line of sight into iOS devices. And so through our ad platform, we're able to then cross-sell Pandora on new ILS budgets that never existed before. So again, we're expanding our share of marketing spend with a performance advertiser in this case, to a different operating system.

Last but not least, you can see here how we work with Zynga to then not only drive new user growth, new user app downloads but also help them monetize in their game themselves by driving higher value ad impressions and then writing them a bigger check. So again, very important nuance here where we're able to partner with game seamlessly to not just drive user growth but increase revenue for their actual bottom line business. So very, very strategic in terms of how they view us.

So now we go to the next slide. I think we've talked about how this how the inefficiency and the fragmentation creates inefficiencies, right? And so here's a very abstract view to hopefully articulate how we see this. So prior to the acquisitions, you would have an advertiser that would pay x number of dollars to get their app downloaded. And then, Mimi, if you build a mix one, they would pay Digital Turbine. We would keep some share of it. We would have to pay out a DSP, a demand platform. If you build a mix one, that demand platform would then pay an exchange. They keep some share. They pay a publisher and the publisher gets the -- gets fractions of whatever is spent at the on the left-hand side. That's kind of a very abstract simplified view, but essentially, there's a lot of economic loss. A lot of hands are out for that dollar as we go down the flow.

In today's world, what we think we've done and what we're really excited about is, now if you build the next piece, Mimi, really collapsed and consolidated this for the benefit of 3 parties. First of all, the advertiser. You've heard about things like SingleTap, how we get so much more efficiency and value for

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the advertiser, either for the same amount of dollar spend or even help them magnify and get better ROI and thus they can spend more with us. So the advertiser is winning based on efficiency and scale. Digital Turbine is winning and that we get to keep a little bit more in the value chain, obviously. But then you can see because we're keeping a little bit more, we can actually flow more of those dollars and they're actually making more money with us. And so this is how we see a very kind of nice kind of 3-part benefit and the 3-part kind of win, win, win for all players in the ecosystem because of the kind of implicate lack of inefficiencies that we've created through our kind of end-to-end app platform.

So now let's talk about kind of 1 product specifically, right? So we talked a little bit about SingleTap for several quarters now on the earnings calls. And so we wanted to kind of give a little bit more color at least into where we are today and where we see this growing. So I think we mentioned in the past couple of weeks that we're live on approximately 15 advertisers. And these are essentially some of the top 500 mobile apps in the app stores today. Representative sample would be someone like Twitter, Smart News, Pandora. On average, they're spending about $500,000 a month with us. And so that's what's gotten us to almost pretty much a 9-figure run rate business today. Keeping in mind, we really acquired appreciate our demand platform about 6 months ago, and we've been at the overall SingleTap business probably for about. When you think about how quickly we've grown to that 9-figure business, it's quite phenomenal in terms of the magnitude of kind of growth rates there. But let's talk about how we really accelerate this into a $1 billion plus business over the next few years.

And the way we see this is a very relatively moderate growth from 15 advertisers to 150, which, by the way, represents only a subset of our total advertiser customers today at Digital turn amongst all the companies. We still plan on focusing on the top 500 apps. But we also expect that through better integration, better technology improvements, et cetera, that we'll be able to magnify and expand the spend per advertiser per month to about $750,000. Now that's the beginning.

We've got another piece that's very exciting, which is what we call just typical publisher, but that's probably kind of underselling it. You can see some of the logos here we believe that we'll be able to strike partnerships with a sample of these types of publishers you see here, where we via single tap can power and make more efficient their app install businesses on their properties. And we think that per publisher here, that's worth about [ $1,000 ] per month. So this quickly, when you add this whole stack up rapidly becomes a $1 billion-plus business in very, very short order. So that's the optimism that we have for a single tap, and we have a relatively, we think, moderate kind of an outlook here. That's not too aggressive, maybe not too conservative, but we feel is very achievable in very, very short order.

So now let's go to, I think, our last slide. So just a quick summary on why we think we're unique and why we think we win over the coming 3 to 5 years. We think that, again, on device software where DT was started many, many years ago to where we are today, it will remain and continue to be a unique differentiator for us for many years to come, especially as you look at the second in the end-to-end ad stack that we've acquired in the past 6 to 12 months by making that more unique and differentiated in the industry for publishers, for marketers and, of course, ourselves.

We also think that our independence is a unique calling card and independents can be defined in many ways. It could be defined as the open Internet, not a walled garden. It could be defined as not having competitive aspirations with many of our gaming advertisers or gaming publishers and that we have no aspirations to build gaming ourselves. So our motivations are more yield, more revenue for our partners or more installs, more user growth for our advertisers. And I think in seeing the kind of first day, first born devices, along with the everyday via our ad marketplace, we now also are stumbling into a much more holistic view of the user that we expect can be leveraged, whether it's for data science, whether it's optimization whether it's for just better targeting and better creatives of advertising where there's brand because we understand the user's own evolution, whether they're brand new to the device, whether they're 365 days in, and certainly, what publisher apps we see them in across our exchange.

And then I think, of course, last but not least, the brand advertising opportunity represents just an enormous addressable market, which we of this game. So for us, if we execute on all 5 of these, we think that this will create a very differentiated company. And this is also why we're excited about the synergies that we're executing on, on a daily basis today.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So with that, I think we're now in Q&A. So let me hand it back over to Bill, who will be a moderator.

**William Gordon Stone**
*CEO & Director*
Yes. So let's go ahead and fire away questions. I think Brian, you're going to help us kind of sort through them there. So that's what's on people's minds. For this section, though, just as a reminder, we still have a lot to go with our product demos, our partner roundtable as well as Barrett to take us through the numbers for this 1 to kind of focus more on revenue drivers and our thoughts around industry and macro events.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**William Gordon Stone**
*CEO & Director*

For our first question, let's turn it over to Tim Horan at Oppenheimer.

**Timothy Kelly Horan**
*Oppenheimer & Co. Inc., Research Division*

Mike, great color, getting to 150 customers for SingleTap., Do you have a rough idea of what the time frame is on that? And what the bottleneck is? When do you really start ramping that up? And I'm sure you've had conversations with them already, just the overall interest level would be great?

**Mike Ng**
*Chief Revenue Officer*

Yes. Yes. Look, I mean, I think we've seen a good pace so far, right? So I would roughly estimate from getting to 15 to 150, I would estimate that conservatively, we think in the next 1.5 years, we could reasonably expect that, maybe even at a more accelerated pace. Bill likes to say, I position in sandbag properly. But I think in the next 12 to 18 months, which would be a reasonable expectation. There's been nothing that's been to your comment earlier, nothing that's slowing us down. I think we want to be methodical. It's, of course, a new technology across the open Internet. So because of that, we want to be methodical. We want to make sure the campaigns are performing properly or scaling properly, and we've seen that right in those 15 advertisers. I think it's just more about making sure that we do the blocking and tackling right. And then now, I think we're feeling like we're at that tipping point where we can accelerate.

**Timothy Kelly Horan**
*Oppenheimer & Co. Inc., Research Division*

Great presentation, by the way. And Bill, just 1 for you. I have like 10 questions, but just one, could you delve into a little bit more what you meant by the unbundling of the OS from the apps essentially? And maybe even what you meant by unbundling privacy? I guess how do you see the world 5, 10 years from now in that whole food chain?

**William Gordon Stone**
*CEO & Director*

Yes. If you think about how the world is today, it's basically a duopoly, right? You have Android and iOS. And you're basically forced to buy your light bulbs from the electric company, right? You don't have choice as a customer if you want to use alternative app stores or you want to use different -- if you like TikTok, you're going to get YouTube. If you want to use a different search if you want to use something other than iTunes, what have you. It doesn't mean those things shouldn't be choices, but it does mean that you're forced into those things.

I think we saw this back with Microsoft for us old-timers here, you can remember this back in the '90s, we saw this with Microsoft with Windows and Office and forcing people to use Explore if they wanted to use Netscape and those types of things. So I wouldn't be surprised to see in time the ability for people to have choice. And our view, though, is that you could still have privacy and have choice. So things that get done on devices that are local to you, Tim Moran or Mike Ng or Bill Stone can all be done on device. And now you can make those choices, whether those are choices through trusted partners like Verizon or Samsung or AT&T or T-Mobile or whoever they happen to be. And you can choose whether it's an app stores or whether it's other parts of the services that ride on top of the operating system.

And so our expectation is that in time, those choices will become more and more apparent to customers. And I think rate -- I'd always thought that the market was going to get to happen. The regulators are going to force some of that. But I think it's a false narrative to say that, that's going to open up a

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Pandora's box of privacy issues. Obviously, I think you can still make those decisions local on device. And so from a digital turbine perspective, why all this is important is if you think about how we're positioned. And we're positioned with these deep relationships with telcos and OEMs. They're going to be looking for the picks and shovels to go after that opportunity. And obviously, we're already providing a lot of that to them today as their monetization engine into the space. So I think it's a natural extension if they choose to be part of those solutions to offer more customer choice.

**Unknown Executive**

Thanks, Tim. We'll take our next question from Darren Aftahi from Roth Capital.

**Darren Aftahi**
*ROTH Capital Partners, LLC, Research Division*

Nice presentation. Two, if I may, for either of you guys. Just can you speak to maybe Mike, on the SingleTap slide, getting to the 150, what's the go-to-market kind of strategy? And I guess, how instrumental were Fyber and AdColony to help scale that endeavor along with Appreciate?

**Mike Ng**
*Chief Revenue Officer*

Yes. Great question, very instrumental, right? So the path to 150 advertisers, we don't feel will be terribly difficult because they're not net new customers in all cases, right? Some will be, no doubt. But of that 150, you may have heard me reference, we have over much more than 150 advertisers active in our system today various other products, which then, by the way, leads into what you asked, which is how many customers or how instruments are at Colony and fiber to that extremely because, number one, AdColony brought a host of advertisers via the acquisition into the DT ecosystem. So cross-selling them into SingleTap is of paramount importance. And Fyber was very important because they're the ad exchange that we're running empowering SingleTap today. So very important from a kind of eyeballs and how we activate and where we activate SingleTap. And certainly, from an AdColony perspective, very important from a net new advertisers but now in-house for us to cross-sell more seamlessly.

**Darren Aftahi**
*ROTH Capital Partners, LLC, Research Division*

Great. And then just 1 more. So you speak to the 750 million of which the software is installed and you also speak contextually the 1.5 billion plus sort of access to users or unique devices. So my question is really like how much overlap is there between those 2 unique audiences? And when do you think you'll be fully cross-pollinated said another way, when will software be on that aggregate amount of devices? And is there any way for you guys to kind of quantify what that revenue opportunity is it another way, what's the TAM on just that for everybody maybe using app install and content and SingleTap as well as the ad exchange product portfolio of products you guys now have?

**William Gordon Stone**
*CEO & Director*

Yes. Let me take a shot at that first, Darren, and Mike, if you can provide any color on it fire away. Our view is, the goal here is to make that Venn diagram just 1 circle, right? That's where ultimately we want to be with this. Obviously, there's some work to do, specifically around iOS being an example there. But as we continue to expand the device footprint, and we talk about 50 million, 60-plus million every single quarter. Eventually, that's going to get to encroach and become a greater and greater percentage of the 1.5 billion. We're not going to break it out here today in terms of kind of specifics between that. But just suffice it to say, it's a definite priority for us to do. And part of the synergies and kind of taking these links out of the chain for additional margin opportunities is bringing all this stuff together for us through, whether it's through the exchange and being able to enable things like SingleTap that give us an advantage and we can only get advantage of SingleTap if we have our Ignite software on. So it becomes highly strategic for us to make those Venn diagrams collapse into 1 thing. I don't know, Mike, if you want to put any other color on it.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mike Ng**
*Chief Revenue Officer*

No. I think you said it perfectly.

**William Gordon Stone**
*CEO & Director*

Terrific. Thanks, Darren. I think we have time for like 1 more question right now to stay on track before we get to our show and tele portion of the show. Again, we will have a another round of Q&A at the end of the entire presentation. So right here, I would like to turn the mic over to Austin Moldow at Canaccord. Austin, I think you're on mute.

**Austin William Moldow**
*Canaccord Genuity Corp., Research Division*

You talked a lot about sourcing demand for your own supply several times. So does this get in the way of the independence that advertisers and publishers might come to you for? And can you speak a little more generally about having demand and supply tools under 1 roof especially in comparison to some peers that seem to have primarily focused on 1 or the other?

**Mike Ng**
*Chief Revenue Officer*

Yes. Yes. Yes. I mean, happy to say that. I'll talk about that. So I think -- I mean I had a good customer meeting earlier today. and literally be having both demand and supply tools and capabilities. opens up a world of strategic opportunities with our customers, right? Because it's been well documented by this ecosystem, how threatening it could be if there are competitive kind of aspirations, right? And so they're looking for deeper, more strategic partnerships. And independent platform that sits in the middle for both the marketing initiatives and the monetization initiatives is something that shockingly in our ecosystem is not as common as you might think, right? And so I think it's been a very good kind of early day traction in terms of what we hear and the feedback from these customers. And we would expect that we can rapidly expand what our business looks like with them.

**William Gordon Stone**
*CEO & Director*

Brian, do you want me to introduce our next presenter.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*
Sure.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**William Gordon Stone**
*CEO & Director*

Yes. So what we wanted to do next was I want to introduce Brandon Ayers. Brandon works on our product team and is really instrumental in a lot of the innovation that we do at DT, he was part of the original patent filing for SingleTap many, many years ago and really works with Elavon innovation works with us on our partners. And so what I wanted to do is have Brandon take us through a few of our demos of our products already out in the market because I'm not sure how many of you have actually gotten to see our products and what they do. And then also show you a little bit about where our products are going in the future and some things that we're in the process of working on and developing to give you some connection back to the comments that Mike and I were making earlier. So Brandon, take it away for us.

**Brandon Ayers**

Thanks, Bill. So you guys should be able to see a live view of my screen here. I'm going to walk you through a number of different things. There's loads to cover. I'm -- I'm going to try to keep -- keep time, but we'll cover as much as we can.

So we're going to start with our Wizard product. And this is a product that's been around for a long time. It's been used in combination with our dynamic install product. It's also our most widely deployed product. It's an amazing utility not only for our operator partners but also for users who are setting up a device for the first time. So we'll just walk you through what it looks like. In this, what you're going to see is some of the things that we've been adding in terms of functionality to our setup Wizard product. Things that are focused around including the value-add services that our operator partners are already doing today and maybe having to source out to other vendors to promote at this point in the life cycle of the device, and we're including those right in our setup is. So things like Disney+ with Verizon, ESPN subscriptions that you get as part of their subscription with Verizon, all of these things, we can be -- we can include right in our side of the Wizard.

Previously, you heard a lot today about the notion of using on-device decisioning is the way we talk about it, but decisioning that's done locally to help determine what recommendations should be made to you, not only from an app recommendation perspective, but also content and advertising as you use the device over the period of time you own it. So we do that in a number of ways, but it's all fundamentally based on implicit and explicit signals.

So explicitly, I can specify here that I care about music and games. And I'm a man who is 25 to 34. And what we're going to do is find a selection of applications that make the most sense for me. There are hundreds of applications that can be represented here. We work with our partners, say, in the sense since Verizon. We work with those guys to help tailor these recommendations, but we also use that on-device decisioning that we talked a little bit about to help determine what makes the most sense to show to which users. And as we wrap up, there are a few more opportunities for me to make selections selected here, the weather channel, Instagram and roadblocks.

So as I finish up, that's a very quick view of our Wizard product. It's incredibly extensible, really flexible. And it's something, like I said, we've been in the market with for a long time and the evolution of it has been really exciting.

Next, I'm going to walk you through the notification product. So Mike touched on this. So I'm going to run a notification demo example that is tied to the way in which our operator partners choose to use it. And I'll talk about why this matters in a second. So I just got a notification trying to get me to enroll in a device protection program that is powered by Verizon. Something that's important to know is that Android notifications are complicated, and they're difficult for developers. And even though if you think of Verizon themselves or AT&T, their developers in some cases. It is very difficult, if not possible, and impossible in most cases. It's impossible for an application that you haven't yet run as a user to send you a notification. So if Verizon wants you to know about something like, for instance, that you need to enroll in this program

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

or a different example, perhaps, let's say, there's this opportunity for me to install Angry Birds. Rovio who wants me to play Angry Birds, they can't send me a notification even if the applications on my device. They can't do that. But what Digital Turbine is able to do the platform is we can send it on their behalf. So I'm not interested in Angry Birds, but maybe more of my speed is Starbucks.

So when I get this notification, I can simply just tap the notification and installation just begins. Another use case of this is sort of what I was alluding to before. If the application is already on my device, on Starbucks behalf, we can send a notification to the user, nudging them to launch it and get set up and signed up even before Starbucks is technically able to do that themselves. So a really powerful platform there.

I'm going to jump over to SingleTap installs, and I'm going to show you a few different examples of this. The first 1 is going to be a recognizable software here is Instagram. I scroll through my feed. And so I always like to level set and make sure that everyone remembers exactly what the CPI advertisement experience is like everywhere else. So I've run across this Uber Eats ad. I'm going to go ahead and tap engage with it, and I get sucked out of the Instagram app that I was in. This is a terrible subpar. It's jarring. I've left the app that I was in. I land on this Google Play page offering me the opportunity to install. But as a user, maybe acres around and listen there's a lot of negative reviews here. There's competitive advertising. The impetus of this product way back was that there had to be a better way. This couldn't be the best way to drive app install ads. So I'll scroll up and show you another example of the way that advertisers can...

**William Gordon Stone**
*CEO & Director*

Hold on. Just one second. Just some voice over here. So when I talked about that $96 billion TAM today, this is a great example as it's coming through Facebook. Facebook is many, many tens of billions of that $96 billion today and what Brandon just showed you, that's how the world is. So our view was that Brandon what is going to show you is there's got to be a better way. But that market of how it is with the Uber Eats example is exactly what's narrating tens of billions of dollars of revenue today.

Sorry, go ahead, Brandon.

**Brandon Ayers**

Yes. No, Bill is absolutely right. I mean -- and so all of that revenue from being generated on an experience that we know to be suboptimal. And given our position on the device, we looked at all the ways in which we could make that better, not only for the advertisers who we obviously care deeply about, but for the end users as well, and that's a big part of this product that we're passionate about.

So right here in line in my feet, I have an ad for Starbucks. I'm going to tap get the app. And I'm going to get -- I don't have to get zapped out of Instagram. I get a little model that pops up. If I'm interested, I can read more. But I can also just tap instant install. And you'll notice the app is immediately going to install. -- It's going to notify me when that installation is complete. And as a user, if I'm interested, I can just tap and launch directly into Starbucks. So there's no friction. There's no negative reviews. There's no competitive advertisers cropping up and getting in the way of the journey that Starbucks would like for me to go on as having shown me this ad. So get out of these.

The next example I'm going to show you. This is probably my favorite example of [ Synta ]. I've launched the USA -- Today app here. I'm going to cruise down, there's another ad for Starbucks. And I'm going to say, sure, I'm interested, let's see. This looks a little different, and I want to call out, there's a few important points here. And 1 of them is that we're able to be really flexible and extensible with how we render this product to end users. And so I'll draw your attention to the green call to action button and says install and launch. So that's a little different. Previously, it was just installed and the was on me the user to then go find it or tap the notification and launch it. But here, we're offering the opportunity for the user to opt into installing and launching all at 1 time. So that's cool.

The more important piece though here, the thing that gets me really excited is the synergies that we put together with Fyber offered technology. So what we're able to do is we're able to offer us a $10 in that is

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

provided as a bounty by Starbucks to get users not only to download the app and not only to launch it, but what they really want is business, they want users to sign up and add a credit card and get set up to pay in-store with their I'm certain that most folks on this call understand that model. It is of the utmost importance of Starbucks, and we're well aware of that. So working with what we now have available to us via Fyber, we're able to deliver a really unique experience where we incentivize the user to not only download the app, we're going to get them launched. But if the user is willing to go so far as to get set up immediately, they can collect $10 towards their Starbucks purchases. And I'll show you what that looks like.

So because I opted to install and launch, I don't have to do anything. It's just going to launch for me. So if what Starbucks wants and what I want is a user to collect $10 is for us to join now. I'm not going to make you walk through me setting this up, will auto-fill this and then we'll go in and create the account. What you're going to see at the bottom of my screen is a little bubble that says the requirements have been met. So now that the requirements have been met, I am going to be in receipt of a $10 credit in there it is. So Starbucks credit awarded congratulations. So this is a great example of the sort of things that we're now going to be able to do to further extend the power of the SingleTap installed platform.

I'll show you 1 more. So everybody is familiar with Candy Crush. It's effectively ubiquitous now. But -- and by the way, Digital Turbine is the #3 distribution channel for King and their products behind Google and Facebook. But team wants to get some of their other products that they spend loads of time and money building, they want to get those to be at the side of the scale of Candy Crush. And so 1 of the great ways they can do that is by cross promotion. So not a new concept. But cross promotion is also fraught with a lot of the same stuff we saw in new REITs example. What we're able to do working directly with the folks at Candy is to build single tap single-tap installations directly into their application to enable frictionless cross promotion. And I'll show you what that looks like. So I'm going to kick it off and get started to play around of Candy Crush. I'm going to continue here as I'm getting ready to play, they want me to know about 1 of their other apps. They want me to know about Farm Heroes. So you'll see an example of a beautiful award-winning creative put together by our AdColony team. And then I also have the option here to immediately and frictionlessly just tap the install button. And now as soon as this is wrapped up, it's ready to play, I can tap right from within Candy Crush to launch Farm Heroes Saga. So really extensible, really powerful platform, and we're excited about all the ways in which Fyber's technology, AdColony's technology are going to supercharge this.

So shifting gears a little bit, I'm going to shift over and talk about some of our content media products. The first of which is something we call Discover bar. Before I dive too deeply into this product, I want to take a step back and make sure that everybody understands the way Android handles utility shortcuts and notifications. It's different than an iOS. So on iOS, you have a shortcut on the right side of your screen that pulls down all your toggles for WiFi and Bluetooth and such. On the left side, if you pull it down, you get your notification center. Android doesn't work that way. Everything is joined into 1 shade. So you see here at the top, it's Wi-Fi and sound profiles and Bluetooth. If you look below, that is our Discover bar product. What we've done here is we've leveraged our position on the device to integrate directly into the shade. And the reason this is important is because as we think about news and content, entertainment, as we think about these things, they're arguably every bus as much a utility as toggling your Bluetooth. So for instance, ask yourself almost the last time you switched your Bluetooth often on versus almost the last time you checked a stock or check the weather. So what we do is integrate shortcuts to content and entertainment that matters most directly into the shade.

So we work with partners sometimes to integrate shortcuts that they care most about. So for instance, T-Mobile cares a lot about T-Mobile Tuesdays promotions. So I can tap here and pull right up the T-Mobile Tuesday, whatever the latest offer is from these guys. So that's pretty cool. But I could also say jump right to news and headlines. And so quick shortcut to the news and headlines that matter most. So this is important for a few reasons. And not only the deep integration and the frictionless -- the frictionless placement directly into a part of the operating system that users engage with hundreds and hundreds of times daily. But it's an opportunity for us to leverage that on-device decisioning to deliver targeted content and targeted advertising to users. So when we think about the power of using fiber and ad colony media in conjunction with on-device decisioning, and shortcuts that are just a single swipe way. It's something that we're really happy about and really excited to show off.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The next thing I'm going to show, I want to talk a little bit about native news and content experiences. So when you think about what Google News and what Apple News have been able to do, they've sort of taken over the space that used to be occupied by folks like Flipboard. And they just build themselves directly onto the device as the default source of news and content. That's okay. It's fine. But it's only fine unless you're an operator or an OEM who feels like you've been left than the cold. So what we've done is build a first-class news and content platform that is entirely focused on a beautiful native experience visual storytelling, I think you can see some of that going through here. But we've leveraged the latest, the most addictive navigation paradigms to help really drive engagement. And so I'll show you what I mean by that. Let's check out what's going on with the SpaceX. So you'll see the sort of familiar story style navigation running through at the top. Then click through this. we'll get out of this and maybe we'll scroll down, check out some of these other recommendations. Again, all powered by the on-device decisioning that we've been talking about some.

Let's see, let's go to weather, maybe gaming. Again, I want to reiterate that we never forget what we do best, right? So recommending applications to users, obviously leveraging single-tap install, recommending Instant-Play games to leverage 5G something our operator partners care a lot about. As we go through this, we're able to offer news and headlines. -- advertising delivered directly via our partnerships that include, obviously, in-house things like fiber and ad colony, but we opened it up and we allow other partners to advertise as well. There's a -- of course, there's notifications included in things like this. So I just get 1 for real estate, let's see what this is, 15-year mortgage rates. Our products we're really excited about. As we shift off this though, I said that we built native experiences. Building visual storytelling and addictive navigation paradigms is something that we've really doubled down on and we've done a lot of on Android. But we're now excited to, for the first time, show you guys our first iOS product. So I'm going to pause here and talk about this for just a moment.

I mentioned those addictive interactions. I mentioned that we intended to build this as either a generic to compete with the Google or the Apple News or a white label product like you see here for T-Mobile. But you're going to see, as I walk through this app, it's the addictive up-swipe navigation paradigm that TikTok has proven out. But -- This is a great example of the on-device decisioning engine. So you're going to see in a moment here, I don't care about this race. So I'm going to thumb down this. The next article it's going to send me to is an article about Russell Wilson. So I'm a big Seahawks fan. So I'm interested in seeing more about what's going on with Russell. So I'm going to thumb up this. I'm going to hard it. The next article that recommends for me is about Russell Wilson.

So simple rudimentary example, but a clear sort of a clear analog for the way that we can take implicit and explicit signals, things like time, linger time and things like you're up or down boating, all of these things go in and factor what news and content we show you next. And ultimately, the last thing I'll say on this, ultimately, bearing in mind that as we build these experiences, the opportunity to create a beautiful, full screen advertising inventory is something that we think a lot about. So there's a number of different examples if we have time, we can circle back and I'll show you guys more.

**William Gordon Stone**
*CEO & Director*

Hey, Bradon. Let me jump in just try here just some color for investors. One of the things we've done a great job of, the team has done a great job of is really growing our content media business revenues. And that's been done with this new platform that Brandon is showing right now that we've replaced last year after the Mobile Posse acquisition. And we've been able to really grow the revenues on that business on Android with our existing partners really well. Well, now the 2 biggest drivers to how we grow that more is how do we get more Dows and that means, number one, on things like iOS, but now you're seeing a product working on iOS, which is something our partners obviously want to be able to see and get those dollars versus them going to other places today. And then the second is more dolls and things like Verizon and AT&T and others where you saw some of the products that Brandon showed you before that we can expand out. So this iOS 1 is something that we're excited about and we can see that being a catalyst for growth in that business as we go forward.

**Brandon Ayers**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Bill, next up is Connected TV. Yes, before we kick that off.

**William Gordon Stone**
*CEO & Director*

Yes, yes. We've talked about thinking about our business primarily on smartphones because that's where the opportunity is. I mean, you've heard me make the analogy to say we put our software on more devices in the last 90 days than Roku has subscribers all time. And that doesn't mean we're not -- we're down on connected TV. So I just want to make sure we think about the opportunity in the right proportions. With that being said, we've been working with our carrier partners. We've got some really good innovation as they start working on their go-to-market plans around this. in terms of not just thinking about televisions and what we can do on the television, but also think more broadly about television, how we can integrate it in with the device. And so Brandon has got some things here, literally live, live TV or to show you, go ahead.

**Brandon Ayers**

Yes, certainly. So to be totally clear, I could spend hours talking about connected TVs. I'm going to try not to do that and keep us using. But -- this is -- I got some feedback from marketing about how rough this demo looked. It's not tidy and pretty. It is my view that the -- there's some charm to me filming this, I'm a living room. So what you see here is me coming off an NFL broadcast. You're going to see a Coca-Cola advertisement pretty basic. I think they've run this out for 100 years. nothing special about this. But the next ad is enabled our cross-device technology, and we're really excited about this. So if you see the bottom -- I'm going to pause this so you can take a look. Shake your phone to get started. It's offering me a $5 off coupon. So now you're going to see my phone come into frame. I'm going to give it a quick shake. If I had a Domino's app, it would watch the Domino's app. But I don't. So what it's going to do is going to offer the opportunity for me to install the Domino's app, but it's also going to load the Domino's web and it's going to have the $5 coupon offered in that ad already cashed in and ready to go. So something we're really excited about.

There's another example of this jump to give me one moment. So what you see here, we're watching keeping up with Kim. And if you see I try to get that off -- If you see, it's a little bug in the bottom left that says, get Kim's look, shake your phone to start shopping. So this concept, this shop-the-look concept, this isn't new. This isn't Digital Turbines. A lot of folks do this. But the way they do it, we chuckle. The way they do it is with a QR code. So again, we said there has to be a better way. So leveraging the power, like Bill said, the power of the software on the device, on your handset and the software being on your television or your set-top box. What we're able to do is to offer you an opportunity just to give your phone a quick shake and you can have this experience. So Nordstrom is sponsoring this. We're going to pop the phone into view, give it a quick shape. Again, if I had the Nordstrom app, it would launch, but since I don't, it's going to open up to Nordstrom's web, and it's going to pre-populate a search for green military jackets because that's what we see Kim wearing. So again, lots of flexibility, lots of extensibility for this product, something that I could talk to you guys for hours about.

But as we finish this 1 I'm going to show you my favorite example. I have a favorite use case of this tech. So what we see here is a watching an F1 race in partnership with the folks who are sponsoring this TAG and I think T-Mobile is involved here. What we're able to do is offer users a true second screen experience leveraging all the same technology that we covered before. But instead of a shopping experience as an end user, what I get is, I can shake my phone and get a live view of a drivers cam view directly from Lewis Hamilton's car. So give it a shake, and now I can see exactly what's going on. So you can imagine the various use cases and possibilities for this tech. But again something that we talk about all noon but I wanted to give you guys a sneak peek of what we've been working on.

**William Gordon Stone**
*CEO & Director*

Yes. Great. Thanks, Brandon. I mean the point here is really to kind of show you kind of a little bit about the past, present, future and how we think about the product and how we think about just how many different directions we can take it. And these are just a few examples that -- which Cherry picked out

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

today, but by no means limited. And just to give investors a sense of the things that the platform and the software and device can really do above and beyond just delivering applications.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

Okay. All right. Hey, Matt Tubergen. We'll have Matt Tubergen take over. Go ahead.

**Matt Tubergen**

Yes. Great. Thanks, everybody, for joining today. I'm really excited to have a great panel here of partners, customers, friends with the business here. We're really fortunate to have them. We're going to spend probably the next 25 or 30 minutes going through some questions with the team. And then we're going to break as the gentlemen are certainly busy. But by order of introduction, we'll start off with Ken Hsu. So Ken works with -- or sorry, Kevin, works with Lyft. And basically leads growth. He has been in the business for a long time and over 12 years experience in multiple growth roles and obviously a part of Digital Turbine, excited to have him.

Next up is David Zhang from Pandora, who leads basically growth marketing is Vice President of Growth Marketing there at Pandora, which we all know and love. Next up after David is Mike Peralta, Mike has actually been in the media business for a great amount of time here, both Criteo as well as media map and other C-level roles there, but most recently working at T-Mobile running to T-Mobile Media and great experience there and happy to have him. And then last and certainly but not least is Daniel Arzate, who basically leads part of the value-added service business at American Mobile. And so he's leading a number of things, including kind of emerging tech and emerging services there at American Mobile and obviously lucky to have them.
I think I'm sure all the folks on the call, I've heard of T-Mobile, they've heard of Pandora, they heard of Lyft. But for those not familiar with American Movil, American Mobile is actually the largest telco in terms of subscribers that we have today and over -- I think combined between AT&T and Verizon, they've got more combined subscribers. So great experience there with Daniel and great partner, Digital Turbine.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Matt Tubergen**

So with that being said, let's jump in, and we'll start off with you, Kevin. Bill talked a little bit about Facebook and kind of mix shift from Android and iOS, lots of things going on there. You as an advertiser in your role? How do you think about your mix shift? How do things level out there for you?

**Kevin Hsu**

[Audio Gap]

**Matt Tubergen**

Hey, Kevin, you're breaking up a little bit there. What I'll do is, I'm going to shift the question over to David at Pandora. If you don't mind refreshing your browser. I am Here and coming back in, we'll give that 1 a try. But Dave, I'll turn it over to you. From your perspective, mix shift from Android and iOS, how are you guys thinking about that?

**David Zhang**

Yes. I mean on the Pandora side, for us to take 1 step back, when I look at the way that I look at media, I try to be extremely granular, right? So like you mentioned, I had all of performance marketing, which as the name suggests, we're highly, highly involved in making sure our ad campaigns perform to our KPIs, right? And so in doing so, we have to be able to measure our campaigns. And so with iOS, as we all know, using the ATT problem, it creates limitations in which we can actually measure our campaigns because we now lose the ability to track using IDFA on iOS. So it's really hard for us on the performance side to buy media that we can't measure, right? So there are alternative solutions in creating a proxy or an estimation based on what your historicals look like and assume that continues. The challenge with that is you can't do that with new media, right, because you don't have any historicals. So you can't use historical data to project what it may potentially do in the future. It gives you a directional direction, but it's not excellent, right? So it's not what we measure and what we can back out on LTVs.

And so for us, because of those challenges, we look for media where we can actually measure. And so the obvious solution or the obvious direction is we have to move away from iOS and go more into Android. And so the way that we look at it more so is that we measure all our buys regardless if it's iOS or Android, what we care about is a medium measurable, and we can back that out to our LTVs and our return on ad spend. And so as we do that, the natural transition is obviously moving more into the Android side.

**Matt Tubergen**

Great response, David. And Kevin, we'll get you on the next question here. Hopefully, the audio issues are fixed, sorry about that. But next question, Mike Peralta, over to you. In your role, you've seen a lot of different things. Certainly, at T-Mobile, you get a kind of expansive view across the media landscape. Would love to get your perspective here on what are some of the top trends that you're seeing? And really -- and then also as a kind of follow-on question in prepares, how do you see the role of Google here? We're on the Android platform. How are things in your world?

**Mike Peralta**

Yes. No, thanks. I'm glad to be here. Nice to beat everybody virtually.

I guess a couple of things when I look at sort of the trends in mobile, I think I've been in this space for quite a while. And I remember back in 2001 was the Euro mobile. And we're doing SMS texting and we thought that was pretty cool. I think the difference today is, and I'll probably characterize it in 3 buckets, right, from the consumer angle, from the brand angle and then from the from the technology angle. One is we've got lots of scale already, right, with the consumer, right? So it's as a consumer, you're probably on your phone around 5 hours a day and over 80% of that time is in the app, right? So consumers, I felt,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have probably led the way in mobile and have been in front of brands and advertisers for the last few years. I do think though that we're really starting to see a trend where mobile is not just this sort of add-on strategy, right? I think marketers are starting to build more mobile-first strategies.

And that's why I hear it. At T-Mobile, we've created this group called T-Mobile Marketing Solutions that's focused on going into that category. 1 of our recent surveys from different markets that we've worked with has showed that over 90% of marketers are definitely interested in accessing wide ranging mobile app ownership and active engagement data as part of their overall digital strategy, right? So that's what we're focused on. We're bullish on it, and we're going to continue to work with different partners and advertisers and brands to ramp it up.

To your question on Google, look, I mean I think Google is -- As you look at our ecosystem, right? So mobile probably not dissimilar to what's happening on desktop is there's lots of technologies, lots of layers, lots of pipes, right? So I think the key thing is for us at T-Mobile is working with the right partners like Google, like DT because you want to make sure that each layer of technology adds value, right, as opposed to taking away value. So that's the big key. It's gotten so complex out there and so many different pieces of the stack in between the consumer and the brand that we're working closely with folks like Google, like yourselves to make sure that, that attack is efficient. If that makes sense.

### Matt Tubergen

Yes. Great. Yes. And kind of in a similar vein, over to you, Daniel, I mean if you think about kind of like on device media, Mike talks about trends are going towards connecting directly with advertisers and carriers and obviously, working with the platforms to do that. In your opinion, what's the role of on-device media for somebody like for Telcel American Mobile going forward? And what role do you see Digital Turbine playing in your strategy going forward?

### Unknown Attendee

Now thank you so much. Thanks much for the invitation. I am honored to be here with you guys. Well, one of the things that we have looking in the past months related to this pandemic situation that we got through is that the use of media and the use of mobile phone has an increased really high, in a really high numbers. The importance of have a solution that digital turbine is providing tools is critical for the business in the next months. Right now, I think the great challenge that we have is speed innovation. And I think that the has been doing a really good job in that area.

### Matt Tubergen

No, that's great. I appreciate it. Mike, from your perspective, if you look at like on device media different from traditional medias you have -- you've lived kind of both worlds, the telco on device angle in the traditional mobile media angle. Any perspective from your side of kind of what role you see on device plant from traditional ad tech?

### Mike Ng
*Chief Revenue Officer*

Yes. I mean I think that when you look at some of the traditional assets, there's certainly a lot of piping there, but to a certain extent, it was very still publish a focus very content-based while in-app content is still hugely important. I think what's even more important, right? Because if you guys have kids, like sort of the threshold of interest is very fast. So I think 1 of the key things, particularly on device is you have to iterate and develop products very quickly. right? That's super important for us as a carrier. And it's important for us in working with partners like yourselves to do that, right? So speed and innovation and product development is key for us.

### Matt Tubergen

Right. Shifting a little bit to the advertiser side and the app side. Kevin, kind of a similar question, but what do you guys see as kind of the role of the telcos, the OEMs and kind of this on-device media space is you as a UA buyer, obviously, you're working with Digital Turbine today, what do you see your role being here? And what's important to you as we continue to work and grow product together?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And I'm hoping the audio works. Can you hear us, Kevin?

**Kevin Hsu**

Yes. Sorry about right. I think with the advent of Apple moving more property-centric and really who knows what's going to happen with Google and how they move. Digital Turbine, other preload sources, some of it became a lot more interesting to us. I think it already had just because when you become quite ubiquitous brand, right, like preloads, Wizard push notes, all these products that DT's focused on suddenly become a lot more reasonable, right? Pureplay UA no longer makes as much sense for larger organizations. I do think OEMs, carriers, telcos will continue to double down in this space. I think DT is well positioned in that sense just with as much progress that you all have already made with developing around how you service preloads, how you have on device visibility. It will continue to grow and regardless of whether Google takes away deterministic attribution, right? Your DT is still going to have that level of visibility and can communicate those performance results to the buyers at the end of the day. And there's certainly this, I think, larger shift in UA managers where formerly, we want a device level, very, very clean attribution. There's no more of this -- there's more of an appeal to work directly with the Facebooks, the Googles, and DTs to say, "Hey, we can't see this level of granularity anymore. We're now relying on you guys. And so that's one of the major shares that we're seeing.

**Matt Tubergen**

That's great. Thank you, Kevin.

David, any commentary from your seat?

**David Zhang**

Yes. I mean, from my perspective, I mean, I think the biggest thing for me, you're going to hear from me is performance, right? So I believe we concentrated on making my ads perform well. And what I can -- and what I can see and what we can measure is when we do buy ads from a preload inventory like Digital Turbines offerings, we see that it works out, right? We see good users. We see good engagement from the users and we're able to monetize those users in our ecosystem. So for the critical pieces that continues to perform, and it just is very steady in that sense, and we continue to see growth from that channel.

**Matt Tubergen**

That's great. Well, shifting gears a little bit. Mike talk about single tab and -- Bill talked about single tab. Brandon talked about SingleTap show some of the examples there. David, to you, you've been leveraging SingleTap at Pandora for a while now? Can you speak kind of like -- What's your view of SingleTap? How do you think about it? And how do you -- your growth and your scale plans when you work SingleTap? How does it impact your spending?

**David Zhang**

Yes, absolutely. So again, to my consistent theme and performance, right? So I look at when we buy ads on levers in which we can essentially move to make an ad work, right? And so 3 -- or a couple of different major levers that we can look at to actually make ad campaigns perform are conversion rates, right? And then looking at scalability, can we actually scale this channel. -- and then cost, right? And so the beauty about Single-Tap is we're able to leverage those 3 components, improve conversion rates scale as well as be able to bid appropriately therefore, adjusting our cost, right? And so the beauty of Single-Tap other folks have mentioned, it's really leveraging the technology from digital turbine and then accessing programmatic inventory in the open exchange, right? So out in the wild.

And so in the open wild has a ton of different inventory and a ton of ability, but you have to make sure you have the right capabilities to match up with those inventories to make an ad campaign work. And so that's the beauty of what single test has been doing for us is being able to match their technology, the conversion along with all that large inventory set. And so on our side, we've been buying programmatic ads on the Pandora side as long as I've been with the company for now 4 years. And we've seen amazing growth and amazing performance. And so we continue to see that. And for us, it's a easy transition to

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

work with Single-Tap because we want that inventory, right? And this inventory allows us again to have the ability to move levers and have granularity and also more ability to understand what's going on because it's actually the same inventory as Facebook and actual Google uses. The difference is now we have greater granularity, we have greater visibility and when we have greater control over the assets and conversions. So on my side, begins on performance driven, it's kind of a no-brainer in that sense.

**Matt Tubergen**

No, that's great. No, fantastic. And so just moving along here a little bit, maybe turn it to you, Mike, a little bit. You've got extensive experience in the media space. And as David talked a little bit about growing performance, and you've got some experience in that. How do you think Digital Turbine is doing? What do you want to see more of? What can we do more of from your view as a telco?

**Mike Ng**
*Chief Revenue Officer*

Yes. No, no, that's a great question. I think -- look, I mean Digital Turbine has been a part of us for a while. And as we look at -- and probably even more so today, right, because we -- we're really leaning into the marketing and advertising business. So we look at DT as a great partner there. And we've been working on different I mentioned product innovation earlier. I think that's probably the key for us, right, because things move quickly. And with capabilities and ability to move quickly and integrate. I think that's super important for us. The -- we've recently done a bit on the programmatic side enabling a bit more programmatic capabilities. that things like that are going to be super important for us as we move forward. 2022, I think, particularly with post-COVID is going to be a big year, I think, across the industry, right? And I think innovation is what's going to win the harsh and mines out there. So I mentioned it a few times, but that's a big key for us.

**Matt Tubergen**

That's great. Sounds good. Can I turn it over to you, Daniel, from your front. I know we're ranging through questions here. I want to be mindful of everybody's time as we've got folks on the panel here. But can last but not least, you guys have been working with Digital Turbine for a long time. American Mobile has been doing a lot of great things as a partner, I really appreciate you guys. But you got -- I think Daniel back on the stage, back in 2018, and talking about our business. Since then, I think we've grown the business is almost 500% or something like that with you in the business down there in Latin America. And I'm just kind of curious, from your perspective, why DT for so long? Why not are other vendors at this point?

**Unknown Executive**

Well, I think that -- I have 3 points to tell you related to that. The first 1 is that DT work on pro innovation, and they take advantage of opportunities. That's really important, as Michael said, too. The second is that they have a good sales team. and they know how to bring business from the industry in this complex ecosystem. And then number three, they have the right relationships with the industry, too. It's a complex business, Matt. It is not just on pace to have this product in place. There is OEMs, there is so that is Google that is all the relationships that we have with the agreements. There is the agencies, there's the advertisers. So it's a couple of business. And I think that this sort line has been doing a great job in not the part of the existing. So we got out to or with you guys.

**Matt Tubergen**

Great. Thank you, Daniel. And thank you, Mike. Thank you, David. Thank you, Kevin. Really appreciate the time here. Again, I want to be mindful of your schedules. I know everybody's slammed and really appreciate you joining today. And appreciate the show the continued support with Digital Turbine. And with that, we'll turn it over to Brian and Barrett here.

0

**Brandon Ayers**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, thanks.

**Barrett Garrison**
*Executive VP & CFO*

Yes. Thanks, Matt. I'm Barrett Garrison, CFO, and we appreciate everybody joining today, and a special thanks to our veterans today. As we turn to the next slide, we covered this earlier, but I can't help but cover this slide, 1 of my favorites, as we demonstrate how the company has delivered rapid growth across our top line here, EBITDA and EPS. And to ground us and give us some context on this hyper growth we've experienced. It was just 3 years ago when we held a similar Investor Day, and we had just reported revenue for the quarter at $22 million. And as you saw earlier, we just crossed $300 million in revenue in our most recent quarter. And more importantly, I'm most proud of how profitable our financial engine has performed during this growth.

And on our next slide, as we look deeper into our historical growth, it's largely been driven organically through last year. In -- Our core business has grown really nicely from $75 million up to close to $300 million. And these acquisitions we've made now in this past year now create a multiplier effect. -- on both our revenue and our scale and the platform. And then so when you add these pro forma revenues for these businesses over the historically, reaching last year upwards of $850 million in revenue for the year. The chart on the right outlines for us the scale and EBITDA margins on our core business. So the gray line here shows our EBITDA margins over the last few years, we were a breakeven business in FY '18 and we've grown on an as-reported basis, our core business is up to 24% margins. So from 0 to 24 in just 4 years. And on a pro forma basis, with these businesses we've acquired, you see a similar trajectory, just maybe a couple of years delayed.

Right?

So here, you see in the yellow line, combined with these acquisitions, we still have the inherent operating leverage in our recent acquisitions. -- and the trajectory and intent for further margin expansion is present here. If we turn to the next slide, you'll see more of our recent results. So this shows first half of the year. On a pro forma basis, revenues of $602 million, grew 81% year-on-year and generated EBITDA growth of 104% -- 184% and red in 176% growth in EPS. So noting that during this time, while we're experiencing this operating leverage and generating faster earnings growth than our revenue, we continue to make measured investments to drive future revenues on the platform.

If we turn to the next slide, I want to announce gift from our track record of delivering growth to how we think about our outlook. So Mike and Bill touched on our growing TAM. While we've been successful in expanding our market share in a growing $100 billion market at install market, Pre-acquisitions, we still have a lot of upside for book penetration and the growth in the app install market. And here, you'd see we are less than 1% of the overall app market. With the recent acquisitions, I wanted to demonstrate here to the right how our TAM grows by and now have a much broader opportunity in the mobile ad market, which is expected to grow to over $600 billion in a few years. So with that context, if we turn to the next slide, -- We've outlined how we think about our growth model and our intentions over the next 3 to 5 years. Our proven ability to deliver sustainable, profitable growth, new capabilities and synergies, what Mike touched on earlier, from our new acquisitions, combined with the secular tailwinds that we've covered informs how we expect our growth model in the future. In that context, we see long-term revenues growing at or above 25% to 30% and delivering margin expansion across gross profits and EBITDA margins, eventually surpassing 25% on EBITDA margins, given our scale and operating leverage.

Finally, with light capital requirements in our business model, fortunately, we would continue to expect a high free cash flow conversion rate from EBITDA levels. In the next slide, as Bill mentioned earlier, he reminded us that just 3 years ago at an Investor Day setting, similar to today, we were sharing our growth path to achieving $300 million in revenue at a time when our quarterly revenue was $22 million, and we had 0 EBITDA profitability at the time. Today, the magnitude of our organic growth plans are much larger, with a path to $4 billion in revenues and delivering over $1 billion in EBITDA. But unlike 3 years ago, we have far greater differentiated capabilities impressive market positioning and even larger opportunities on the horizon to give us even greater confidence in delivering on our growth model.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

If we move to Slide 7, I want to close out on how we determine how our determined belief is on our outlook is due to many catalysts in our path. We've touched on all these earlier in the presentation. We're in a space with significant TAM and secular tailwinds. We're executing on a differentiated strategy with an on-device presence and independent platform. We've expanded our presence in the mobile ecosystem and have global partners like the ones you just heard from. We also have a powerful financial engine creating both operating leverage and a flywheel business model. And lastly, our team has a long track record that I discussed of execution and delivery.

With that, I'll close it out and hand it to Bill for any closing remarks.

**William Gordon Stone**
*CEO & Director*

Yes. So I want to make sure we gave a lot of information to everybody today in terms of why we believe in $4 billion in a lot of the building blocks, whether that's addressable markets, revenue drivers, business drivers, feedback from our partners, our product innovation. And lastly, some of the drivers that Barry just went through. So we're really excited about our long-term plans. We continue to have a tremendous amount of confidence and enthusiasm about executing as a growth business, but even more importantly, a profitable growth business that we think they can continue to grow into the future.

So what we're going to do now is turn it over to questions. Brian, if you could help moderate the questions, and happy to take what is out there right now.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

Yes, absolutely. We'll take our first question from Tim Horan again at Oppenheimer.

**Timothy Kelly Horan**
*Oppenheimer & Co. Inc., Research Division*

One on the white label. Two questions. One, the white label news product you have, can you talk about what type of competition you see there or how unique that product is? And then a second 1 for -- on the financial side. The 25% to 30% revenue growth. Can you give a little bit more assumptions around that? What could maybe drive that to the upside? And is that baked in what we were discussing before about the SingleTap outlook?

**William Gordon Stone**
*CEO & Director*

Yes, sure. So let me kick it off, Tim, and then I'll turn it over to Barrett for some color, especially on the numbers. Yes, the white label product for us is really a greenfield or you think about the operators and OEMs today. For the large part, they haven't participated in this market. So for us to be able to -- we talked about in my remarks, 50% of the time people are unlocking their phone. They're not sure where they're going to, right? So to have that content right there before they go to other places where they may consume their news, whether sports, Kardashians, whatever it happens to be. The first look happens from the operator. So we view this as a real greenfield opportunity for us. today, the thing we're excited about is not just on Android, but also potentially extending it now into iOS. So we've got some capabilities there. So we're excited about that. And then on the revenue part, again, I'll let Barrett comment on some of the details. But for us, the drivers of that are what we've talked about before is in terms of upside to that, it's devices, it's products, and it's media. And so we talked about single tap could be a product with that you specifically called out, but by no means is that the only product devices we spent some time talking about and obviously a lot of time on the media relationships and earn from some of our partners. So those are very much the drivers, but Barry, you want to put any more specifics on it.

Yes, sure. I mean the growth opportunities are pretty expensive, but we do consider -- Mike took us through a path to $1 billion, we're $1 billion plus there. That's a consideration that informs our growth model. Mike took us through 5 very important synergies. We have a list beyond that, but those are the critical ones. Those are considered. I would say, and I probably should have spoke earlier, this is our

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

organic path just like when we met with investors 3 years ago, that was our path organically. We'll be opportunistic about how things can accelerate our organic growth path. But our core business synergies, the continued progress around single tap as well as future product innovation, all feeds and informs our growth model here. Tim.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

Thanks, again, Tim. Next question from 1 of our favorite investors, David Rose from Granahan, Let's postpone that one. Let's move to Darren Aftahi from Roth Capital.

**Darren Aftahi**
*ROTH Capital Partners, LLC, Research Division*

Got it. Great. I guess a few, first, just going. Back to the road map that I think Mike maybe that road map, but just kind of product set of what you've acquired. Is there anything, Bill, as you think about the regulatory environment, maybe where apps will be hosted in the future and not a duopoly, et cetera. Is there any sort of product area where you feel like Digital Turbine is still maybe void and maybe it's not tomorrow, but in the future, we could see an acquisition around that? That's question one. And then as it pertains to your financial guidance, Barrett, and thanks for the long-term targets, on the $4 billion, like what's assumed as the fastest-growing piece of that from a product perspective. And then also, as we think about that $4 billion whenever it occurs, how many devices are you on at that point? And as we verticalize kind of all the services you have -- Is revenue per device the right way to look at this business 3 to 5 years from

**Barrett Garrison**
*Executive VP & CFO*

Yes, thanks, Darren. So let me take the first question in terms of some of the M&A and thoughts of adjacencies, and then I'll turn -- Garr can take the second one. On the first one, yes, I said I made the comment on my earnings call kind of the Wayne Gretzky quote, we're going to skate to where the puck trucks going, not where it is. And in some of these tailwinds that we talked about in our business, I think we're going to open up a lot of opportunities for us, whether those are consolidation ones or regulatory ones or what have you. I think our unique position on device opens up a lot of opportunities to leverage that, whether that's getting more into things like payments or whether that's getting into things like alternative app stores in the Lincoln. So we're really in the midst of a process of Neil and a lot of the specifics down. But ultimately, the marketplace is going to define those for us, and so we want to be ready to go. -- if the marketplace is moving in that direction, it definitely seems like it is today. And if there's things that we feel like that can accelerate our efforts, just like we did when we acquired mobile post and content and at Colony and appreciate in fiber to help us on the ad tech side, we'll go out and do acquisitions. We're not in the market right this second to do anything. We've got a lot of things to digest and integrate right now in the present -- But as we go forward in the future, absolutely, if there seems to be an accelerator efforts to get after this enormous TAM that we talked about, we're going to go do it. So I'd say you kind of stay tuned on that in terms of kind of get into next year. But in the very, very short term, we've got to execute on what we got. But Barry, you want to the drivers on the assumptions there?

**Mike Ng**
*Chief Revenue Officer*

Yes, sure. Sure, Darren. I think there's 2 questions that came up there. One was how do we think about our fastest-growing products that exist today, right? And we get that question a lot. We've had that question for a while, and it's really hard to say, right? SingleTap is growing quite nicely. -- the exchange business, and is growing quite nicely. Many other products across the platform are growing at impressive rates. And we've got new products that will soon be going to market with. So it's really hard to say. And then the second question around how do you think about is RPD the right way to think about growth in your business? It is. Certainly, I mean, RP is an important piece here, right? Monetizing the devices is important for us, important for our partners and think about our core business, on our dynamic install business had grown from $0.20 to $0.25 a device upwards of -- in the U.S. approaching $4.5. That will

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

still be important. But as we think about monetizing across the platform, we'll have other important metrics and drivers that we think about to reach this $400 billion mobile ad market.

**Matt Tubergen**

Thanks, Darren. Let's take a question from [indiscernible].

**Unknown Analyst**

I just want to say thank you, guys for this day, and congratulations on all of the progress. I still think you deserve more credit than you're probably getting at this point. I had a couple of questions. First, what are the constraints today in growing SingleTap more aggressively? And then the second question was away from acquisitions, debt pay down? I mean, how much ability do you have to reinvest in the platform today with your future cash flow?

**Brandon Ayers**

Yes. So Matt, do you want to take the single tap 1 and then Barrett take the balance sheet?

Yes, for sure. So yes, so in short order, I mean, listen, you Mike talked about kind of going from 15 to 150 advertisers. -- over the course of the next number of quarters and years here. And so 1 of the things that we did early on and for those who've been along with the digital turbine and the SingleTap story, it took us a long time to put together the pipes and fit together everything that we do in to take place to make SingleTap successfully work in a DSP environment like we're running today. And so recently, we made a similar decision, "Hey, listen, we're going to work with some really smart intelligent folks who actually have a panel here to are highly skilled in their craft in UA and performance. to leverage SingleTap. And we took kind of a small approach here to make sure that everything was dialed in with those advertisers. And then now in the process where Mike Sean is now out there selling more advertisers about every couple of days, we're launching a new campaign, launched a new advertiser and scaling from there. So our first kind of shot out of the gate was to make sure that everything was controlled, everything was working nicely. And now we're just in a path to ramp up more advertisers. So constraints. I wouldn't point constraints really significant strength on the table, listen, we're hitting those advertisers that we know can grow and scale with the platform first and then expanding out there from that.

**Mike Ng**
*Chief Revenue Officer*

Yes. And I think with regards to limiters on growth and how we think about acquisition and capital. Fortunately, I mean, to start with the business as we touched on is cap light that doesn't require much capital to generate the free cash flow that we've been able to grow. So I don't see a limit -- we don't see limiters on access to capital, especially low-cost debt capital. How we think about our growth is we've touched on many of the opportunities in front of us. right? And we're focused on execution. We don't see a limiter as far as access to capital to invest in the business given the free cash flow profile. We see the thing standing in front of us is our own execution and ensuring that we deliver on that. And that's been kind of the key I believe our success to this point is delivering and executing. And so we've got a lot of new capabilities, a lot of new team members and a lot of aspirations just in front of us right now that we're going to go execute on.

**Unknown Analyst**

Just on my question, I was talking more about your ability to invest in the platform with your cash flow as you generate years out away from acquisitions, debt pay down and how much ability do you have to reinvest in the platform?

**Mike Ng**
*Chief Revenue Officer*

Yes, yes. It's a good question. Maybe I should have be a little more clear. Yes, the interesting thing is we've been investing in the platform, just it's kind of muted by the operating leverage in the business. So you see the scale, you see our expenses growing far slower than our revenues. But we've got ample

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

opportunity and free cash flow to continue to invest in those things that are going to drive incremental revenue. So we feel very confident about our capacity to invest in new initiatives in the future.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

David Rose, hoping you're feeling a little less shy now. You're ready for us.

**Unknown Analyst**

Can you hear me okay.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

We can.

Yes. Thanks again. I might sentiments of appreciation for doing this day. Sorry about the technical problem.

One of the vectors you guys didn't really spend too much time on is talking about the revenue growth opportunities from an international perspective. and geographical perspective. And obviously, that's been helping you, but there's still a lot of open space for you guys to capture. Can you talk about kind of what are the big, big geography opportunities that you still think you have ahead of yourself. And then talk about kind of what is assumed from a geographical perspective in your long-term targets?

**William Gordon Stone**
*CEO & Director*

Yes, sure, David. Let me start with that and I can let others chime in here with additional thoughts. One thing that really gets me excited when I looked at all the acquisitions and I looked at our business, is the opportunity that other geographies open up upon 1 another. For example, Fyber has done an amazing job in APAC. They've done great. A lot of their growth has come from APAC. And that's historically a geography that we at Digital Turbine prior to the acquisition, has not done extremely well at. Conversely, digital traveling, we've been really America AdColony and Fyber haven't not had historically the same level of focus there. And now with our openings with -- you heard from American Field, specifically as our partners, but Samsung and others in that region. I think there's a lot of opportunity for us to expand there. AdColony, historically in their brand business has done really well in Europe. -- in Europe, Middle East, Africa in general, much better than we or fiber have done. So I think there's opportunities to leverage there. So we're going to look to play strength on strength and then use that beachhead that we have with each of these companies to expand our presence with the other companies. as we go forward, and 1 thing is I think it was kind of -- it is implicit in everything that we said today is that market that we talked about, the $400-plus billion going to $600 billion, that's an international market. So we're not going after international places. -- we're not going to be successful. In our assumptions, specifically, we don't really have any assumptions in our numbers around countries that you would expect us to, like ran, North Korea, that type of thing. Also, we don't have a lot of assumptions around China. Our assumptions for China are very much taking China out whether that's OEMs or publishers that are trying to do footprint outside of China, but we don't really have anything baked in assumption about us specifically going into China in terms of generating revenues in the assumptions that we shared today. But international, very much part of the story, but I don't know if Barrett, Matt, I also want to Offer, who is ex-President of Fyber now is helping us run marketing and strategy as well. If you guys have any thoughts on that one.

**Barrett Garrison**
*Executive VP & CFO*

One more point of growth they be to consider is video. You talked about video. Video advertising is growing rapidly. And between AdColony brand business and Fyber performance business, we've seen impressive video growth, which is complementary to DT's business to digital business. So the markets that Vitas talked tabout, together with video, just open up a lot of new opportunities for us. So looking at both side, the units and the geos.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

Thanks, David. Let's go to Tim Nolan and Macquarie.

**Timothy Wilson Nollen**
*Macquarie Research*

Really. Thanks for this. I've got a couple of questions actually. First is, as you're moving into more brand advertising beyond the performance marketing that you've been doing before. Just curious I think your exposure to non-ad sectors is larger than some of your kind of mobile ad tech specific peers. I'm wondering if you can comment on that and also what sort of competitive set you see versus other DSPs and SSPs are out there, not mobile-specific, but companies like the Trade Desk on the DSP side or Magnit, for example, at [indiscernible] on the SSP side, what does the competitive set look like there? And what advantages do you bring as you move into more branded advertising?

**William Gordon Stone**
*CEO & Director*

Yes, yes. Thanks. Let me start with that, and I'll let [indiscernible] and Matt chime in. I know there's some thoughts there. They're probably chomping at the bit. But first, as we think about the brand advertising for us, and just the overall kind of distribution of that across different verticals. Gaming is important. Gaming is the largest one. Gaming has many subcategories as you're aware. But our strategy is to be across all verticals, not just gaming. Gaming happens to be the largest and something we think we can offer a lot with our on-device position, our independent position, a lot of the other players. They're in the gaming space don't have an independent position right now. We think that's a strategic advantage for us. But I think the ability to extend that across many other verticals, and you saw 2 of our partners on today that didn't come from gaming, specifically. So we're going to look to grow all of them and to get after that $400-plus billion market. That's a prerequisite for us. And I think we've got a lot of the building blocks to make that. And as far as some other piece parts there, and Matt just want to jump in?

**Matt Tubergen**

Yes. I think -- Tim, I think the trades in [indiscernible] 2 great partners of ours, but what we have which is unique is code on page. And you've seen at the beginning of the day, we have our STK and coding page and more than 1.5 billion devices. And why is that so important? Serving branded video ads into apps is not that simple. You have to have the SDK, this piece of software that is able to render the video, measure the video, make sure it's addressable and viewable and report back to the advertiser that unique set between AdColony and their composer where we actually build those ads and the ability to sell on the fiber marketplace is quite unique. The companies you've mentioned, again, they are working with us access to demand. They don't have that SDK footprint, that software footprint that we have, and that's a significant mode for digital bank.

**Mike Ng**
*Chief Revenue Officer*

Yes. I'll just also add to is, listen, we get a lot of preference and capabilities that are very unique just being on device. The data, the access to inventory the ability to drive simple things like SingleTap installs, which we've talked a lot about today are all things that you can't replicate easily. And the ability to buy and add is somewhat commoditized, right? I mean just having access to buy or bid on an ad request, at least in today's role is not that unique, with the ability to target and then ultimately display, deliver and then ultimately render results. is very unique. And that's I think what we bring to the table here in a lot of ways that is very unique and exclusive to digital turbine. So obviously, the ramp of SingleTap is representative of that.

**Timothy Wilson Nollen**
*Macquarie Research*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. That's actually very helpful. Can I ask a second question, which is about your CTV efforts, which I think is really interesting. I'm just curious. What can you tell us about how the software relationships need to be with the TV OEMs or the distributors? How does that work? I mean I guess you have to have to have to have the software installed somehow. What can you tell us about that? And also, is there any CTV revenue baked into your $4 billion long-term revenue target?

**William Gordon Stone**
*CEO & Director*

Yes, sure, Tim. I'll take that one. Yes. So we've already had some nominal revenues coming today from our licensing from our CTV business. Our strategy on though, given the opportunity set relative to what we see with other devices is we want to be very measured and maybe showing some gray hairs on this comment, but I can remember back in the early 2000s, when smartphones first started and you had operating systems like Blackberry and Windows and Symbion and Palm and so on. And then eventually, Android and iOS emerged and dominated but it was really fragmented back then. And the idea of supporting so many different operating systems and all the technical things that go with that. Is this extremely complex back then when you had to put apps on those -- all those different devices. And you kind of fast forward today to the CTV space and it kind of reminds me of that era where you've got Roku running something proprietary, Samsung doing something proprietary, Amazon is running a fourth version of Android. You've got the Android guys out there. You've got LG running called Web OS. Anyway, I'd go on and I want plenty of examples, but the point being is a very fragmented space right now. And so we want to be really thoughtful of where we want to place our bets because we have so much growth opportunity in front of us. There's an opportunity cost issue.

And just like back in 2003, you probably didn't want to put a bet on that might not have been the best place to be or put a bet on BlackBerry, it might not have been the place to be. We don't want to make those kind of similar mistakes in today's era. So what we've chosen to do is focus on Android and focus on Android because our carrier partners are already focused on Android. We already have our systems and processes and technology already built out around that. So it's a very natural extension for us to go do that. And obviously, we've got the Android devices as well where we saw some of the integration things that Brandon was showing. So that's a natural kind of put our toe in the water approach. If something emerges, and it looks like it's going to be the Apple Android equivalents like it was back in the smartphone era, we'll obviously look to go double down on that. But until we see that kind of emerge, still, still early days there. We want to be really thoughtful. So yes, we definitely think about CTV in the context of our billion, but is an enormous huge driver of it? No, not really -- not that much of this at least at this space. But I don't know if anybody else wants to add another color on that one.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

Yes, we'll take a final question today from Brian Gerber from Buffalo Funds. Brian asked a way.

**Brian Gerber**

Okay. Appreciate it. And always impressed with the depth of the people that -- We don't get to see every day from the Wall Street perspective. So I appreciate you including the rest of the team. So I'm going back to the earlier presentation, the slide that had ending opportunity with their telcos or there were 4 -- I'm sorry, 3 buckets. The ones with the 1 or 2 products live, the 1 with the 3 to 4 product live and the 15 to 12 products line. My question is 2 parts. First is what each of those buckets, what's the dollar for revenue per device for each 1 of those buckets. This is the first bucket, the 1 where it's the activation and you're getting $1 and the 3 to 4 product bucket is that where you're getting $5 to $7? And my second part of that question was what's the maturation of those logos in those different buckets? It seems to me maybe Verizon and AT&T 9 months ago was in the 1 to 2 product live bucket. And so what I'm looking for is not only just the dollar per device going up as they add those new products. So I'm also looking to see, well, isn't Samsung only in 2 or 3 countries, but they're going to be 12 or isn't AT&T, you talked about in the quarter, going to launch 1 of these 3 to 4 new products launching that in the first quarter? So I mean, they may be in that bucket, but they may not have generated revenue for that new third or fourth product So hopefully, you understand where I'm trying to go over that.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**William Gordon Stone**
*CEO & Director*

Yes, absolutely. So how we think about it is really the #1 driver of the revenue per device is going to be the geography that the device is in. and even more so than the products, right? So obviously, the devices that are here in the United States are going to have the highest revenue per device associated with them. Some of the ones that may be more developing markets are going to have lower revenue products, they have the same products or even more products on the device. So I think looking at it by geographies, really important there as kind of the first consideration. But yes, as we think about just the ones in the U.S., as we add more products, the RPD goes up, we definitely see a little bit of a gap between the postpaid providers like Verizon or AT&T because they tend to sell higher-end devices than maybe the prepaid guys, and so they then tend to have higher advertising rates that go along with those.

So the revenue per devices are going to be higher on those higher-end devices as well within the U.S. market somewhat independent products. So those will be your key drivers. And then your third 1 would be what you're referencing is the number of products that we add. So we're obviously excited to expand, for example, our content media products with Verizon and AT&T. We think that will be a driver for enhanced RPDs. We spent a lot of time over the last couple of hours talking about SingleTap. SingleTap will be a driver for RPDs, especially in some of those ones where maybe it's not live in that 1 to 2 bucket that you're referencing. So we expect to see that as a driver as well. So there's kind of multiple things at play there. But ultimately, as we've shown in this business we continue to drive our revenue per device up into the right, 50% increase year-over-year here in the U.S., 100% increase year-over-year internationally. So all of those things I'm talking about right now are going to continue to drive it forward in our view.

All right. Brian, is there any more before we -- does that it?

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

We're good.

**William Gordon Stone**
*CEO & Director*

Okay. All right. Well, again, I want to thank everybody for spending time with us today. I know this was an extended period of time for all. So I appreciate you giving us some time to talk a little bit about the longer-term vision we have for the business and just the amazing prospects that we have in front of us. And we look forward to reporting out on our progress as we go forward here in time. And again, thanks for everyone taking the time, and have a good afternoon.

**Brian Bartholomew**
*Senior Vice President of Capital Markets & Strategy*

Yes. Thanks, everybody

**Operator**
Thank you for attending today's presentation. The conference has now concluded, and you may hand up via phone call or choose the pink leave room button in the bottom left corner to exit the video conference.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.