# Exhibit 24



# Digital Turbine, Inc. NasdaqCM:APPS

# Company Conference Presentation

## Wednesday, June 09, 2021 3:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .......................................................................... 3

Presentation .......................................................................... 4

Question and Answer .......................................................................... 5

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**William Gordon Stone**
*CEO & Director*

**ANALYSTS**

**Wamsi Mohan**
*BofA Securities, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Wamsi Mohan**
*BofA Securities, Research Division*

Good morning, everyone. Thank you again for joining us at Day 2 of the BofA Tech Conference. We're delighted you could join us today again. We had a really fruitful sessions -- we had really fruitful sessions yesterday. A lot came out, including pre announcement, management changes and we've written about all of those. But today, we're delighted to welcome Digital Turbine CEO, Bill Stone, to our conference. The format of the call, I'm going to be driving the Q&A. But for all the attendees that are logged in, if you have questions, do lob them in on the interface that you have, and I'm happy to ask them on your behalf as well.

So with that, Bill, welcome. Thank you for joining us.

**William Gordon Stone**
*CEO & Director*

Yes. Thanks, Wamsi. Thanks for hosting us to you and BofA. Excited to be here.

**Wamsi Mohan**
*BofA Securities, Research Division*

Yes, absolutely. It's our pleasure. So maybe to kick it off, Bill. Could you just maybe -- I don't know how many folks on here are fully familiar with Digital Turbine. Maybe just in a short span, you could explain to us what the business is for those who might not be as familiar with the company?

**William Gordon Stone**
*CEO & Director*

Yes, sure. You go back to the invention of the printing press, media dollars have followed eyeballs since the beginning of time. And about a decade ago, we had this vision that said the home stream of all these devices that we're on right now is really the beachfront property real estate of where eyeballs are today. And if we could connect the dots between all the people that wanted to be on the home screens -- to the home screens themselves, we do really have something pretty special there. Easy thing to say, really, really hard thing to do. But because if you think about who controls the home screen of the device, it's not Google. It's not Amazon. It's not Facebook.

The people that control the home screen of device are the people that manufacture the phone, like a Samsung or the people that distribute the phone like a Verizon or AT&T or what have you. And so we basically started out with this vision of connecting those dots. And so we've had some technology that goes onto the firmware of the device. It's not an app. It gets installed at the factory. And then basically, once that software is on the device, it's got a variety of different ways to distribute applications and content to the phone and to the home screen.
And really, the idea here is that for the large part, the operators and OEMs haven't participated in this just enormous growth of mobile media dollars, and so we want to enable them to participate in it. So our view is we could connect the dots between these things and make it happen. There's an amazing business there. And it took us a long time to get going, especially for those who have been around the story for a while. But probably about 2 years ago, we really hit an inflection point in the business and really got the flywheel going on the business, and now just have a tremendous amount of momentum behind it.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Wamsi Mohan**
*BofA Securities, Research Division*

No, that's great. Yes. No, that's -- so just to be clear, if these are firmware assets that you hold that get installed on the devices, is this an Android specific, or is there a play beyond Android?

**William Gordon Stone**
*CEO & Director*

Yes. So the platform is architected to work on any operating system. Today, we're focused on Android because Andrew has about 85% of the market share globally. And we think that's where the largest opportunity is today. But if something changes, for example, in iOS, then obviously, our platform can be able to participate in that. But today, it's focused on Android.

**Wamsi Mohan**
*BofA Securities, Research Division*

I see. Okay. I know that you guys have done some acquisitions recently. Can you talk about these acquisitions and how they fit in your broader strategy?

**William Gordon Stone**
*CEO & Director*

Yes. We have done a great job historically working with the operators, working with the OEMs in terms of getting applications and content to devices. What we haven't really done a great job of is then once those applications or content are on your device, the ability then to monetize throughout the life of the device. So it's almost like an old school razor and blades model. We've done a great job on the razors, not so much on the blades. And in our business, the razor part is actually much harder to do, but we didn't really have the resources and the full ad-tech stack to have all that capability to integrate to all the advertising that goes on the device. And so really, the acquisitions are about all of those things that have to happen to connect the advertiser to the device, and that's something that Fyber, Appreciate and AdColony bring to us.

**Wamsi Mohan**
*BofA Securities, Research Division*

I see. Okay. So just going back to your initial statement about having these relationships with the likes of OEMs like Samsung or AT&T, Verizon [Technical Difficulty] motivation from there back to partner with Digital Turbine?

**William Gordon Stone**
*CEO & Director*

Yes. I think from their perspective is we help them in a couple of fronts. First, we also -- first is we provide an operational service. In terms of just managing applications and content and device, there's a lot of complexity, a lot of nuance there. And so we help them manage. So if Verizon wants to manage their house apps or their new arrangements with things like Disney+ or what have you, we can help with our operational elements there. But also then, we help provide them the incremental revenue that comes away from delivering applications and content that the consumers want. And so we pay them. And so it's 100% margin business for Verizon or for an AT&T. And as I remember, Marcelo Claure, who used to be the CEO of Sprint, now is at SoftBank, said, we spent all the money to build the highways, but we don't get the profit on the billboards on the side of the road. Facebook and Google and other people are doing that. And so we basically provide an avenue for them to also now participate in some of the economics historically have not gone in their direction.

**Wamsi Mohan**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*BofA Securities, Research Division*

Okay. That's helpful context. So now when we think about the competitive landscape, like who do you think you primarily compete with?

**William Gordon Stone**
*CEO & Director*

Yes. I think at the highest level, what we're -- I wouldn't say, competing with because we augment the ecosystem for Google because when we put applications on devices they're Google applications. And so almost think of us as like an Uber Eats, if you will, where we're delivering things from their store, their restaurant to customers. So we've made Google over $1 billion. But in one case -- so people would like to think, "Oh, we're competing with Google." And we're really not. We're actually making Google more economics because we're distributing their apps and making their ecosystem more broadly. But we're now trying to get those dollars increasingly as that ecosystem gets broader to the Verizons and AT&Ts.

So I'd say that's kind of one area at the highest level that some people like to think about as a competitive environment. If we go one layer down, there's a variety, especially with our acquisitions. There's a variety of ad-tech companies that are out there that we'll see from time to time, especially in our acquisitions, and you'll see companies like ironSource and AppLovin and Unity as examples of companies that are all trying to compete for this $300-plus billion mobile media market.

**Wamsi Mohan**
*BofA Securities, Research Division*

Got it. Now, how do you think about sort of where the dollars are being -- ad dollars are going to? You said, they track eyeballs. Clearly, mobile is one market, TV's another market, and there are a lot of similarities in terms of sort of distribution, right? So if you think about like someone like a Roku, for instance, you could be watching Roku either on your TV, but you can use apps and like sort of watch it through your mobile device. So how do you think about the competitive landscape as it pertains to players like that or like Vizio, who's just trying to do something else directly on the...

**William Gordon Stone**
*CEO & Director*

We're really excited about the TV space. And we think there's an opportunity there. But just to give you and the folks here some context. We put our software in 50 million to 60 million devices [Technical Difficulty] 50-plus million active users. They probably do somewhere been 5 million to 10 million devices a quarter. So when we look at the scope of the opportunity, we still think there's a great opportunity in TVs, but I think it's important for investors to understand the distinction there. And when we think about the TV space in general, I kind of go back to my early days in the smartphone space, where you had Symbian and BlackBerry and Palm and all of these players, obviously Apple and Google emerged.

But in the TV space, it's really fragmented today. You've got all these different operating systems and flavors that aren't necessarily compatible with each other. So I think there's going to be some shakeout in that space. So what we've chosen to do from Digital Turbine is really focus on our core platform that works on smartphones and really just extend that to TV, thinking about another screen in Android versus trying to get fragmented on some of these other ones that there will be definitely be winners and losers there.

**Wamsi Mohan**
*BofA Securities, Research Division*

I see. Okay. Have you already struck any deals with TV only apps or is that still...

**William Gordon Stone**
*CEO & Director*

We did focus on extending our operator relationships. And so we're working with some of the operators here in the United States on that. And we started -- it's early days. Right now, we see this as something kind of -- we've gotten revenue today from some of those partners. But in terms of the contribution of our

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

overall business, it's very small. But if we want to look forward in time, it's definitely something that we see, especially with our acquisitions now where we've got that full ad-tech stack and we can think about all the things that happen on the television now in a much more broader way than we could before.

**Wamsi Mohan**
*BofA Securities, Research Division*

So when we think about sort of ad-tech as it pertains to some of these other players like Roku or Vizio, you sort of require a pretty robust demand side platform. You got to like sort of really understand how to manage and then sort of manage the supply-demand balance over there. So how does your technology do that? What do you have in place from that perspective?

**William Gordon Stone**
*CEO & Director*

Yes. So the great thing about what we've done now is we have all the elements. And I think sometimes -- I think this is an important point. At the highest level, this is just about connecting advertisers to customers. I mean it's not really difficult. Advertisers are trying to target certain audiences. And how do you get there? When you get underneath that, there's a lot of kind of what I'll call Alphabet soup things in the ad-tech world that sometimes going to be confusing for investors, what's your DSP and your SSP and your SDK and your mediation and all these kind of elements. And all those really are just piece parts to connect the dots between the audience to the advertiser themselves.

And so we've got now all those elements on the demand side platform is actually working with the advertisers to target where they want to be. Yes, we have that through Appreciate. And we have -- specifically we have some technology, patented technology on the device called SingleTap. It's really a product that is really -- makes it much easier for consumers to get applications. You don't have to go to the store, if you're in Twitter, you're in Snap, you're in ESPN or any experience. It doesn't matter. You see an app that's interesting. You click on it and it just comes directly to your phone.

You don't have to go to the Play Store to go download it, which is the predominant business model today. So it makes it much easier for customers, makes it much more efficient for advertisers. And now it provides incremental economics to a Samsung or to a Verizon where any app that goes on the phone, they can participate in the economics. And so we do that through the demand-side platform that we acquired through a company named Appreciate in Israel, and we've seen some really great success with that product that's ramping really nicely right now.

**Wamsi Mohan**
*BofA Securities, Research Division*

Okay. That's great. So just to be clear, when these apps get downloaded, the economics of any in-app purchases, that remains the same depending on whichever platform it is, correct?

**William Gordon Stone**
*CEO & Director*

Yes, that's right. And so when we distribute applications out to consumers, the relationship that exists between the app developer and Google stays the same, whatever that relationship is. And obviously, that's gotten a lot of high-profile attention lately in the press. We're not participating in that. That's between the app developer and Google. What we're doing is the app developer's paying us because they're trying to expand their reach to get more customers.

**Wamsi Mohan**
*BofA Securities, Research Division*

Got it. So now if we pivot to sort of -- you mentioned, Bill, at the highest level you're just connecting sort of advertisers to the eyeballs. And so when you think about that, what is the level of specificity, granularity? What is it that you can give these advertisers as to the characteristics of the target audience?

**William Gordon Stone**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO & Director*

Yes. One of the great things I love about our business is it's a very data-driven business, and there's a very clear return on ad spend for everybody that we work with. And so there's a market mechanism in place that either your platform is working or it's not working. So every dollar that anybody spends with us, we can tell exactly what the return on investment is. And so if it's working, then they're going to spend more. If it's not working, they're going to spend less. And as the platform continues to get grow and grow and grow and get more and more scale, you start bringing more advertisers on to the platform. And that's exactly what we're seeing in our business right now.

And I think one of the things we've seen from COVID, and I think it's going to continue to go post-COVID is this concept of marketing dollars having to be attached to what the return on ad spend is. I think the days are just kind of willy-nilly spending dollars and kind of hoping for the best are really going to be something that we see anymore. I think you've got to be able to, as a marketer for any company, be able to justify what your return on ad spend is. And that -- our platform does that. So it's very data-driven.

So whether it's Uber advertising with us for cost spent on rider or Pandora advertising with us for cost per incremental listener and really understanding how the platform is generating returns for their business is important. So when we think about what we do, we really focus on optimizing for them. And so we'll use a variety of different kind of data and target things to optimize the spend, so -- which obviously is good for end customers, is all of us because you're getting the right things to the right people, but it's also really good for those advertisers as well.

**Wamsi Mohan**
*BofA Securities, Research Division*

Well, what sort of returns are you doing for the likes of an Uber or Pandora? What are they seeing?

**William Gordon Stone**
*CEO & Director*

Well, I think what we're seeing across the board without kind of talking about any -- I don't know if they want me speaking about their acquisitions. But I think what we see across the board is our metric of success that we've historically referred to is called revenue per device. And that's our operating metric. It really has historically talked about how much return we're getting because if revenue per device is going up, that means more people are spending more money on our platform. And that means it's working for the Ubers and Pandoras and all the other folks that we work with today.

And so we continue to see that go up and to the right at pretty material clips. And specifically, we've seen that grow up triple digits internationally as we've been ramping internationally, some really nice growth here in the United States on that. And that's just showing that the platform is working. And here in the United States, the only people that distribute more Android apps than us are Google and Facebook. So we're not doing this at real scale. So any of those app providers that are looking for that type of scale can really come to us for distribution.

**Wamsi Mohan**
*BofA Securities, Research Division*

Okay. That's great. What about on the privacy front? Like are there issues equivalent to what's happening in iOS with IDFA? How do you think about that?

**William Gordon Stone**
*CEO & Director*

Yes. I think one of the great things about our platform is we already have identifiers on the device that we can use if something were to change in the Android ecosystem. But for right now, we just integrate in with the Android ID, which is similar to the IDFA concept in iOS. And we don't see that disappearing at any time soon. But if it were to, it's actually an advantage for us because we have our identifiers on device that we can integrate. It's a unique advantage for our platform.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But anyway, with that being said, with our acquisitions, we do see now some iOS revenues from both Fyber and from AdColony. And so far to date, we haven't seen any impact to revenues as a result of IDFA. But over the long term, I think that there's a lot of strategic advantages we have. First and foremost, as we've already seen there's a Forbes article out a couple of weeks ago talking about double-digit increases in Android spending as a result of this IDFA being implemented by Apple. That's obviously a clear tailwind for a business like ours.

And then also, not to get too nerdy here on some of the concepts, but there's this concept of user attribution, which basically means you see a Starbucks ad in YouTube or you see a Starbucks ad in Facebook, and you download Starbucks in the App Store. Historically, Facebook and Google would get paid for that. Well, now in an IDFA world, they don't get paid for that. And so those dollars are still there. And so again, companies that can participate and deliver against those audiences that Starbucks is trying to help. That benefits a company like us.

So I think over the long term, there's strategic advantages here in terms of what we've done on our Android platform. And I think the companies that can really develop the on-device modeling of audiences are the ones that are going to win. We've got a fairly material investment on that working through our AdColony and Fyber acquisitions today.

**Wamsi Mohan**
*BofA Securities, Research Division*

Can you talk a little bit about those 2 assets in particular? And how does that rise in revenues for you on iOS?

**William Gordon Stone**
*CEO & Director*

Yes. So basically, how I think about it at the highest level, AdColony has done an amazing job really thinking about video and thinking about video before a lot of people thought about video. And then also thinking about really going old school on Madison Avenue relationships and combining the 2 together. And they've done an amazing job pivoting their business, building relationships with the BMWs and the McDonald's and the Disneys and the Amazons and all the really top-tier names and then being able to generate their video demand advertising out to devices and that advertising inside applications.

And they've done a great job with that in terms of generating that demand. And then Fyber has done a great job on the supply side. So Fyber has relationships with a number of app publishers and basically handles managing their monetization of their game or whatever it happens to be. And so now basically being able to combine the 2 together, we can bring the AdColony demand and the Fyber supply, really bring those together for this end-to-end offering with our unique on device footprint.

And also the thing that's important here is we also are going to do it is an independent way. A lot of people in this space may have their own assets. They maybe -- they make their own games or they have their own other social networks or whatever. So the data that a third-party may have maybe used to their own applications. So there might be a little bit of fox guard and the hen house kind of thing going on, where we're truly independent, which I think is a unique advantage. And then also we can provide now the reach on to all these devices. And so being able to do that end-to-end, something that we're seeing as being received very positively in the marketplace right now in terms of the synergies that the acquisitions bring.

**Wamsi Mohan**
*BofA Securities, Research Division*

Can you talk a little bit about maybe what you saw through COVID in terms of like device usage and downloads? And how is that sort of starting to comp now that maybe the economy is starting to reopen a little bit?

**William Gordon Stone**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. No, obviously, it was a real head scratcher for us because pre-COVID people were excited about the growth trajectory of the company. COVID hit, everyone freaked out and said, oh my God, COVID, nobody's going to buy devices anymore. That's bad for Digital Turbine. All of a sudden, we showed that no, people are on their devices, and then all of a sudden it was -- now we're a COVID play and now with the economies reopening, investors are like what. And I said this on our earnings calls, our company was strong and growing before COVID, it was strong and growing during COVID, it's strong and growing after COVID.

I think these secular tailwinds of on device, media, people spending anywhere from many, many hours per day on their devices inside applications specifically, and that's not going to change. I think we all know that is just consumers of this, that's not going to change. People aren't going to let go of their devices. They're going to continue to go to the store and buy devices. And then we talk about us going to other screens, right? We talked about televisions earlier and tablets and all kinds of other things we can get into. So I think these are the long-term secular tailwinds of what we're doing, pre-COVID, post-COVID are there and in place. And if anything some of those trends got accelerated during COVID, which was a positive for our business.

**Wamsi Mohan**
*BofA Securities, Research Division*

And as you think about, Bill, just sort of what the ad spend has looked like. Can you give us some flavor on how that is being tracking for you specifically?

**William Gordon Stone**
*CEO & Director*

Yes. So we're seeing some really nice tailwinds in our business on ad spend across the board. We -- during COVID, we're doing really well in certain verticals, streaming audio, streaming video, gaming and all those kinds of things. I mean now the condo are open, we're seeing other verticals now reappear, right? So you start seeing things like travel, for example, or automobiles or other things starting to reemerge in terms of other verticals. And I think the important thing for investors to know is we're diversified. We're not relying upon any one vertical for our business. We work with a variety of different players across the ecosystem right now, and we don't have anybody that's a double-digit percentage of our revenues, for example, on the advertising side.

**Wamsi Mohan**
*BofA Securities, Research Division*

Okay. That's helpful. Can you just talk about the economics a little bit in the business model? So what is it that -- ultimately, I would think this distills down to like users times ARPU or CPM or whatever metric you guys are using. Can you give us some flavor at that level?

**William Gordon Stone**
*CEO & Director*

Yes. Yes. Historically, how we thought about our business is we think about the number of devices that our software goes on. And then we think about the revenue per device that we generate from that. And as we talked about earlier, that continues to go up into the right, a really healthy growth clips. And as we get the flywheel going, the operating leverage that, that generates is where you see -- not only are you seeing triple digit, 100% plus growth on top line, you see 300% plus growth on the bottom line.

So we love the business model. And the other way I think it's important for investors discern between growth companies and then profitable growth companies. Right now, I think there's been a little bit of just growth companies are all kind of lumped together. And we like to really emphasize that growth is great, and we have great growth, and we expect to continue to have great growth but we're also growing profitably. And the operating leverage of our business model is something that we're really excited about right now. So when we think about the economics of our business, we think about more devices times more products, meaning more ways applications and content get there, times the media dollars that get spent. Now with our acquisition, obviously many more million dollars could spend.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So when you basically multiply the 3 of those together, and they're all growing at nice clips, which they are, that's how you generate network effects. And that's how you really see exponential growth in your business because you have things clicking on multiple cylinders for what we're doing. And that's what we've been doing over the past few years. We've done in the present, as we just announced some numbers, and we're quite optimistic, we're going to continue.

**Wamsi Mohan**
*BofA Securities, Research Division*

So maybe you can give us some flavor about what your long-term business model should look like. I mean, your smartphone growth in general is sort of saturating. Maybe there's incremental adoption that's going to happen a bit, but more saturated. So that seems like the lower vector of growth. Some smartphones probably continue to grow like at a pretty healthy clip. And then the spend. I mean, obviously, that, I think, is migrating to the most efficient ways of targeting like mass opportunities. So I could see that growing as well. So how do you put those 3 together in your long term model? Like where do you think the leverage is?

**William Gordon Stone**
*CEO & Director*

I think it's amongst all of them. So let's break them down. So on devices, I would challenge the assumption there. Yes, smartphone growth at the macro level may be slowing. But even though we're on 600 million devices and 50 million, 60 million a quarter, it's still only about 15% of the market opportunity. So we're not on 100% of the Android phones that get sold in the marketplace. And so tremendous opportunity there, plus tremendous opportunity for other devices and screens that basically have 0% penetration. So we think devices is still a growth vector for our business.

And on the product side, what we see is we work with the Verizons and Samsungs and so on, where we have a product or 2 products or 3 products. We're distributing app and content to them. But we think there's opportunity for many more products with those as we continue to work like we start with one product and then we upsell to SingleTap or we upsell to content media product. And so the penetration of the products on the accounts that we're on we think are important. And then all the new products that we've acquired from our acquisition. So we think that new product growth is an important growth driver of the platform, the metaphor used.

It's almost like if you only sold books on Amazon back in 1999 that's a growth driver. But then you had -- you're sort of adding electronics and clothes and all the other things to it. Obviously, that becomes a growth driver for -- and similar to us with all these ways we can distribute applications and content to the business. So we absolutely see that as a material growth driver for us. And then the media dollars, I mean if you think about the media market. You're talking at $300 billion market, right? And obviously, Facebook and Google are much of that, but there's still $50 billion, $60-plus billion that are not them. And if we just get 1% of that market against our current $1 billion-plus trajectory, that's pretty exciting. So we think there's an enormous part of that mobile media market, which is why we did the acquisitions that we can now tap into. So when we look at all of those things combined together, it gives us a lot of excitement.

**Wamsi Mohan**
*BofA Securities, Research Division*

Can you talk about what your aspirations are sort of in your long-term business model about what the revenue growth rates that you think you would sustain? What is the operating margin that you think you can achieve in a sort of a steady state?

**William Gordon Stone**
*CEO & Director*

Yes. So our expectation is that we're going continue to grow this business in material clips, both profitably on the bottom line as well as the top line. And I think it's important for investors to note, now we have these 4 businesses that we're in the bits of combining. They're all healthy businesses. And for AdColony and Fyber specifically, these have been public entities and so you can go back and look at the trajectory of

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

those and they hit an inflection point independently, pre synergies. So when you think about now putting them together and they're all growing, and you can layer the synergies on top of that.

That's something that gets us pretty excited. We're not going to put any kind of guidance out there today in terms of kind of specifics on that. But what we did say in the current quarter is that you put the 4 businesses together, if we were to own them for the full quarter, you're looking at $280 million of revenue and $40 million of EBITDA, which is just from a guidance perspective, represented about 90% top line growth and a couple of hundred percent EBITDA growth year-over-year. So we think that's pretty impressive growth.

**Wamsi Mohan**
*BofA Securities, Research Division*

Yes. That really is impressive. I want to go back to your comment on sort of the unit growth assumptions as well, where you're obviously not across all of the Android devices. What can you do to change that? Like what is it specifically that you're working on? And are -- do you see the OEM relationships as more key or the Canada relationships as more key?

**William Gordon Stone**
*CEO & Director*

Yes. So when we think about it, it depends on the geography and who controls the device. That really matters who's in charge of the home screen. Here in the United States, Verizon and AT&T control the home screens of the devices, not Samsung. But if you go outside the United States and you go to Southeast Asia or India. In those kinds of markets, the OEMs control the markets and the carriers just sell SIM cards. In Europe, you'll see a little bit of a hybrid, between the 2, some places it's carrier, some places OEMs. So for us, it's important just to have the relationship with who's in control of the device, and that's where we focus. So obviously, here in the United sates, that's with the carriers. And then as we look overseas, that tends to be more the OEMs.

**Wamsi Mohan**
*BofA Securities, Research Division*

I see. And do you have exposure in China?

**William Gordon Stone**
*CEO & Director*

We do a lot of -- our strategy has been much more of a kind of China out strategy versus a in strategy and what I mean by that. So we work with companies like Xiaomi on the OEM side to help them. As they're expanding internationally where we're demand partners like TikTok and Alibaba and Tencent to help them as they're trying to export their applications outside the United States. So we very much focus on that. Inside China, as I'm sure most people are aware, there's no concept of Google there necessarily. A lot of things are homegrown. And that's a difficult market inside China. So we think we're much better suited partnering with those Chinese companies to look at their growth outside.

And so if we go to a market like Brazil, which is a very strategic market for us, and we think about our demand in Brazil, probably 50%, 60-plus percent of that is coming from Asia and Europe, in Brazil. And the rest is -- much of the rest is coming from the Unite States. Very little actually is coming from Latin America because a lot of these multinational companies want to be in front of Brazilian eyeballs. So I think the important point here is as we think about our business is we think about it at a global scale.

**Wamsi Mohan**
*BofA Securities, Research Division*

Can you just share maybe how much of your revenues come across from the various regions?

**William Gordon Stone**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So a lot of it is depends on how we're going to measure it. So if we think about our business historically and the revenue that's coming into our business, it's roughly half, 50% international, 50% U.S. in terms of who's paying us. If we think about who we're paying, meaning Samsung, Verizon, AT&T, the majority of our revenue historically has been here in the United States, paying out to U.S. partners. Now that we bring on -- now that we're bringing on Fyber and AdColony, we're going to see a much higher percentage of those demand dollars now coming through internationally just because of the global scale. These companies are working -- touching 1 billion-plus users every month with their technology inside application. So again, the global part of our business is highly strategic.

**Wamsi Mohan**
*BofA Securities, Research Division*

Got it. That's super helpful. As a reminder, for any investors on the call, if you want to ask a question, you can use that interface, and I'd be happy to ask them on your behalf. In the meantime, Bill, do you -- can you talk about like what is it that from an investment perspective that's high priority for you?

**William Gordon Stone**
*CEO & Director*

Yes. In terms of our investments right now, which is great, is that we -- things that we were investing in historically, we've gone out and acquired. So what we usually have tried to do is we try to experiment and make sure there's a market there. And then we'll do some things to build like we did in the content media space and then we figure out that it's much better and faster to acquire. That -- so what that means is that from an investment perspective, it's not a capital-intensive business for us. And we have innovated, though, like things like our product like SingleTap was homegrown and done internally.

But what we've seen is that if we believe there's a market, we can prove there's a market, then oftentimes, it's better to go buy versus build in many cases. And then we've done a fairly good job of being able to integrate these assets in over time because the company is built -- if you go way back now almost 10 years, the company has been built through acquisitions. And so we think that, that's something that's really benefiting shareholders.

**Wamsi Mohan**
*BofA Securities, Research Division*

That's great. I want to ask you about this concept of loading firmware on devices, right? I mean it's always a little tricky when it's at that level in the sense that people don't have great visibility into sort of what specifically is getting loaded on there. There's issues around security. How do you give your partners the comfort that this is firmware to apps like robust, and it's not going to be subject to all the various attacks or other things that are basically impossible, especially when you're talking about the size of the TAM that you're talking about?

**William Gordon Stone**
*CEO & Director*

Yes. One of the things about our business that has been frustrating for years is the barriers to entry are really high to be able to do this. And so for investors that have known us for many, many years, and it's just seen the progress, it felt like it was very slow, it was because of this, to go get certified and get your software on device and to go through all of the things that go with that because there's great responsibility that comes with that. There's obviously a tremendous amount of scrutiny that goes through the operators and the OEMs to do that to make sure that everything is safe and secure, reliable and stable and all those kinds of things. And so that takes a long time. So the barriers to entry are high. The time to revenues historically had been high. That's the bad news.

But the good news is that once that software is on device and now we've built up credibility with our partners, we have relationships. We're on the embedded base now of many, many hundreds of millions of devices around the globe. The barriers to exit are also equally as high, meaning that now it becomes very sticky. And those relationships become very sticky. And so we've had our partners for many, many years and one now just announced today for people looking for something new is we just renewed our AT&T

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

contract for another 3 years. Because that's something that they see the value of what we're doing, and it's been validated, trusted and secured for a while. It's something we take very, very seriously. And we think that becomes part of the secret sauce and differentiation of what we're doing.

**Wamsi Mohan**
*BofA Securities, Research Division*

No, no that's correct. We're almost out of time over here. So maybe, Bill, I'll give you the opportunity to just address the investors who are dialed in and just talk about why you're very excited about a potential -- why investors should be excited about investing in Digital Turbine.

**William Gordon Stone**
*CEO & Director*

Yes. I mean, what I'll tell you is there's very few times in life you get a chance to build what we're building right now. And we sat here February of last year, talking about $100 million business. That was just becoming profitable. Today, we're over $1 billion business. And so how many companies can go from $100 million to $1 billion in 15-plus months in terms of the trajectory. And oh, by the way, doing it at enormous profitability where the profitability is growing faster. And I think what's happened, especially over the last few months, is there's kind of this thing of value versus growth, value versus growth that's been going out there for investors. And our answer to that is, yes. We view ourselves as growth, but also is the profitability and accelerating profitability that we've demonstrated, we think that's very compelling out there.

And as we look at kind of light companies that are in our space and we compare the valuations of those companies, we're excited about our ability to deliver and continue to execute, which I think our team has just done an amazing job of just attention to detail and executing quarter-over-quarter. And hopefully, that credibility of just a company knows how to execute and continues to execute and continues to exceed expectations, we continue to do that with the secular tailwinds that are behind us right now, with the mobile media dollars, and you combine those secular tailwinds with great execution. We think that's something investors should really like.

**Wamsi Mohan**
*BofA Securities, Research Division*

No. That's fantastic. Well, we really appreciate your time, Bill. This was super instructive. I really enjoyed the conversation, and we look forward to keeping in touch. Thank you so much for your time.

**William Gordon Stone**
*CEO & Director*

Yes. Thanks for hosting us. Appreciate it.

**Wamsi Mohan**
*BofA Securities, Research Division*
Thanks a lot.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.