# Exhibit 25

F-1 1 d175573df1.htm F-1

**Table of Contents**

As filed with the Securities and Exchange Commission on July 28, 2021.

Registration No. 333-

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

## FORM F-1

**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

---

# ironSource Ltd.

**(Exact Name of Registrant as Specified in its Charter)**

---

| State of Israel | 7374 | Not Applicable |
|---|---|---|
| | **(State or Other Jurisdiction of Incorporation or Organization)** | |
| | **(Primary Standard Industrial Classification Code Number)** | |

**ironSource Ltd.**
**121 Menachem Begin Street**
**Tel Aviv 6701203, Israel**
**+972-747990001**
**(I.R.S. Employer Identification No.)**
**(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)**

---

**Cogency Global Inc.**
**122 East 42nd Street,**
**18th Floor**
**New York, New York 10168**
**Tel: (800) 221-0102**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

---

*Copies of all correspondence to:*

| | | | |
|---|---|---|---|
| Joshua G. Kiernan | Ryan J. Maierson | Dan Shamgar | Dalia Litay |
| Marc D. Jaffe | Latham & Watkins LLP | Shachar Hadar | ironSource Ltd. |
| Eyal Orgad | 811 Main Street, | Talya Gerstler | 121 Menachem Begin Street |
| Latham & Watkins LLP | Suite 3700 | Jonathan M. Nathan | Tel Aviv 6701203, Israel |
| 99 Bishopsgate London | Houston, Texas 77002 | Meitar \| Law Offices | Tel: +972 (74) 799-0001 |
| EC2M 3XF United Kingdom | Tel: (713) 546-5400 | 16 Abba Hillel Road | |
| Tel: (+44) (20) 7710-1000 | | Ramat Gan, 5250608, Israel | |
| | | Tel: +972 (3) 610-3100 | |

---

**Approximate date of commencement of proposed sale to the public:**
**From time to time after the effectiveness of this registration statement.**

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933. Emerging growth company ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

---

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to be Registered | Amount to be Registered(1)(2) | Proposed Maximum Offering Price per Security(3) | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| Class A ordinary shares, no par value | 133,254,045 | $8.99 | $1,197,953,864.55 | $130,697 |

(1) Represents **133,254,045** Class A ordinary shares, no par value ("Class A ordinary shares"), of ironSource Ltd. ("ironSource") offered by the selling securityholders identified in this registration statement. Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

(2) Pursuant to Rule 416(a), there are also being registered an indeterminable number of additional securities as may be issued to prevent dilution resulting from stock splits, stock dividends or similar transactions.

(3) Calculated in accordance with Rule 457(c), based on the average of the high ($9.25) and low ($8.73) prices of the Class A ordinary shares on the New York Stock Exchange ("NYSE") on July 23, 2021.

---

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

[Table of Contents](#)

The information in this preliminary prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell these securities nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

Subject to Completion. Dated July 28, 2021.

**PRELIMINARY PROSPECTUS**



**ironSource Ltd.**

# 133,254,045 CLASS A ORDINARY SHARES

This prospectus relates to the resale, from time to time, by the selling shareholders named herein (the "Selling Securityholders"), or their pledgees, donees, transferees, or other successors in interest, of up to 133,254,045 of our Class A ordinary shares, no par value per share, (the "Class A ordinary shares") issued to certain of the Selling Securityholders, as described below.

We are registering the offer and sale of these securities to satisfy certain registration rights we have granted. The Selling Securityholders may offer all or part of the securities for resale from time to time through public or private transactions, at either prevailing market prices or at privately negotiated prices. These securities are being registered to permit the Selling Securityholders to sell securities from time to time, in amounts, at prices and on terms determined at the time of offering. The Selling Securityholders may sell these securities through ordinary brokerage transactions, directly to market makers of our shares or through any other means described in the section entitled "Plan of Distribution" herein. In connection with any sales of ordinary shares offered hereunder, the Selling Securityholders, any underwriters, agents, brokers or dealers participating in such sales may be deemed to be "underwriters" within the meaning of the Securities Act.

We are registering these securities for resale by the Selling Securityholders named in this prospectus, or their transferees, pledgees, donees or assignees or other successors-in-interest that receive any of the shares as a gift, distribution, or other non-sale related transfer.

The Selling Securityholders may offer and sell any of the securities from time to time at fixed prices, at market prices or at negotiated prices, and may engage a broker, dealer or underwriter to sell the securities. In connection with any sales of securities offered hereunder, the Selling Securityholders, any underwriters, agents, brokers or dealers participating in such sales may be deemed to be "underwriters" within the meaning of the Securities Act. For additional information on the possible methods of sale that may be used by the Selling Securityholders, you should refer to the section entitled "Plan of Distribution" elsewhere in this prospectus. We do not know when or in what amounts the Selling Securityholders may offer the securities for sale. The Selling Securityholders may sell any, all or none of the securities offered by this prospectus. All of the ordinary shares offered by the Selling Securityholders pursuant to this prospectus will be sold by the Selling Securityholders for their respective accounts.

We will not receive any proceeds from the sale of any securities by the Selling Securityholders. We will pay certain expenses associated with the registration of the securities covered by this prospectus, as described in the section entitled "Plan of Distribution."

Our Class A ordinary shares are listed on the New York Stock Exchange under the symbol "IS."

We may amend or supplement this prospectus from time to time by filing amendments or supplements as required. You should read this entire prospectus and any amendments or supplements carefully before you make your investment decision.

We are both an "emerging growth company" and a "foreign private issuer" as defined under the U.S. federal securities laws and, as such, may elect to comply with certain reduced public company disclosure and reporting requirements. See "Prospectus Summary—Implications of Being an Emerging Growth Company and a Foreign Private Issuer."

*See "[Risk Factors](#)" beginning on page [30] to read about factors you should consider before buying any of our Class A ordinary shares.*

**Investing in our securities involves a high degree of risk. See "*Risk Factors*" beginning on page [●] of this prospectus and other risk factors contained in the documents incorporated by reference herein for a discussion of information that should be considered in connection with an investment in our securities.**

**Neither the Securities and Exchange Commission, the Israeli Securities Authority nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

Prospectus dated                , 2021

Table of Contents

### Revenue recognition

We recognize revenue in accordance with Accounting Standards Update (ASU) No. 2014-09, "Revenue from Contracts with Customers" (Topic 606) when, or as, control of the promised goods or services is transferred to the customer, and in an amount that reflects the consideration we are expected to receive in exchange for those services or goods. We follow five steps to record revenue under Topic 606: (i) identify the contract with a customer; (ii) identify the performance obligations in the contract; (iii) determine the transaction price; (iv) allocate the transaction price to the performance obligations in the contract; and (v) recognize revenue when (or as) we satisfy its performance obligations.

Our platform consists of revenue from two solution suites: Sonic and Aura. Sonic for game and app developers, and Aura for telecom operators and OEMs.

For both Sonic and Aura, we evaluate whether we act as the principal (i.e., report revenue on a gross basis) or the agent (i.e., report revenue on a net basis). The evaluation to present revenue on a gross versus net basis requires significant judgment. We have concluded that for Sonic monetization solutions and for Aura solutions, we are the agent in facilitating the fulfillment of our customers' access to the different advertisers.

This conclusion is primarily based on the fact that we do not have control over the bid price from the advertisement nor the promotion. Additionally, we do not control the in-app placements inventory nor the on-device placements inventory prior to the placement of an advertisement or the promotion, therefore bearing no inventory risk. Further, we do not promise our customers any results. Based on these factors, we determined that we are acting as an agent, and, therefore, report revenue based on the net amount retained from the transaction, which is our revenue share.

As to our Sonic publishing solutions, we have concluded that we are the principal for these sales and report revenue on a gross basis due to the fact that we are the publisher and have control of the in-app placement inventory (and as a result bear the risk of inventory), and we have the latitude in determining the price.

### Valuation of share-based compensation

We measure all share-based awards, including share options and RSUs, based on their estimated fair value on the grant date for awards to our employees and directors.

We use the Black-Scholes pricing model to determine the fair values of share options. The option pricing model requires the input of highly subjective assumptions, including estimated fair value of ordinary share price, the expected share price volatility and expected term. Any changes in these highly subjective assumptions would significantly impact the share-based compensation expense. We measure the fair value of RSUs based on the grant-date share price of the underlying ordinary share.

### Ordinary Share Valuations

Given the absence of a public trading market for our ordinary shares prior to our listing, and in accordance with the American Institute of Certified Public Accountants Accounting and Valuation Guide: Valuation of Privately-Held Company Equity Securities Issued as Compensation, we were required to estimate the fair value of our ordinary shares at the time of each grant of an equity-based award. In doing so we exercised reasonable judgment and considered numerous objective and subjective factors to determine the best estimate of fair value of our ordinary shares, including:

- the prices at which we or other holders sold our ordinary shares to outside investors in arms-length transactions;

130

Table of Contents

KNOW ALL PERSONS BY THESE PRESENTS, that each of the undersigned constitutes and appoints each of Tomer Bar-Zeev and Assaf Ben Ami, each acting alone, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for such person and in his or her name, place and stead, in any and all capacities, to sign this Registration Statement on Form F-1, or other appropriate form, and all amendments thereto, including post-effective amendments, of ironSource Ltd., and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in- fact and agents, each acting alone, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming that any such attorney-in-fact and agent, or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement has been signed below by the following persons in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ Tomer Bar-Zeev<br>Tomer Bar-Zeev | Co-Founder, Chief Executive Officer and Director (*Principal Executive Officer*) | July 28, 2021 |
| /s/ Assaf Ben Ami<br>Assaf Ben Ami | Chief Financial Officer (*Principal Financial Officer and Principal Accounting Officer*) | July 28, 2021 |
| /s/ Orlando Bravo<br>Orlando Bravo | Director | July 28, 2021 |
| /s/ Shlomo Dovrat<br>Shlomo Dovrat | Director | July 28, 2021 |
| /s/ Arnon Harish<br>Arnon Harish | Director | July 28, 2021 |
| /s/ David Kostman<br>David Kostman | Director | July 28, 2021 |
| /s/ Shuki Nir<br>Shuki Nir | Director | July 28, 2021 |
| /s/ Eyal Milrad<br>Eyal Milrad | Director | July 28, 2021 |
| /s/ Tal Payne<br>Tal Payne | Director | July 28, 2021 |
| /s/ Daniel Pindur<br>Daniel Pindur | Director | July 28, 2021 |
| /s/ Marni Walden<br>Marni Walden | Director | July 28, 2021 |

II-9

Table of Contents

**SIGNATURE OF AUTHORIZED U.S. REPRESENTATIVE OF REGISTRANT**

Pursuant to the requirements of the Securities Act of 1933, as amended, the undersigned, the duly authorized representative in the United States of ironSource Ltd. has signed this registration statement in the City of New York, State of New York, on the 28th of July , 2021.

COGENCY GLOBAL INC.

By: /s/ Colleen De Vries

Name: Colleen De Vries

Title: Sr. Vice President on behalf of Cogency Global Inc.

II-10