**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE DIGITAL TURBINE, INC.**<br>**SECURITIES LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | Case No. 1:22-cv-00550-DAE<br><br>**ORDER ON PLAINTIFFS'**<br>**UNOPPOSED MOTION TO EXCEED**<br>**PAGE LIMIT** |

Before the Court is Plaintiffs' Unopposed Motion to Exceed Page Limit. (Dkt. # 62.) Upon consideration of the Motion and for good cause shown, the Motion is hereby **GRANTED**, and the Plaintiffs are permitted to file a Response to Defendants' Motion to Dismiss not to exceed 30 pages.

IT IS HEREBY ORDERED.

DATED: October 11, 2023

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

1