# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **IN RE DIGITAL TURBINE, INC. SECURITIES LITIGATION** | No. 1:22-cv-00550-DAE |
| | **DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

I, Kara M. Wolke, hereby declare:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Howard J. Burch and plaintiff Jay Robison and Lead Counsel for the Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and I am admitted pro hac vice in this action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.      I make this declaration, together with the attached exhibits, in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Second Amended Complaint.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpted pages from Digital Turbine's Form 10-Q for the period ending June 30, 2021, filed with the Securities & Exchange Commission on August 9, 2021.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpted pages from Digital Turbine's Form 10-Q for the period ending September 30, 2021, filed with the Securities & Exchange Commission on November 2, 2021.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpted pages from Digital Turbine's Form 10-Q for the period ending December 31, 2021, filed with the Securities & Exchange Commission on February 8, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 23rd day of October 2023.

Dated: October 23, 2023              */s/ Kara M. Wolke*
                                      Kara M. Wolke