# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549
## FORM 10-Q

**(Mark One)**

☐     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2021**

or

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-35958**

# DIGITAL TURBINE, INC.

**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **22-2267658** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |
| **110 San Antonio Street, Suite 160, Austin, TX** | **78701** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(512) 387-7717**

**(Registrant's Telephone Number, Including Area Code)**

**Securities Registered Pursuant to Section 12(b) of the Act:**

| | | |
|---|---|---|
| | | **The Nasdaq Stock Market LLC** |
| **Common Stock, Par Value $0.0001 Per Share** | **APPS** | **(NASDAQ Capital Market)** |
| **(Title of Class)** | **(Trading Symbol)** | **(Name of Each Exchange on Which Registered)** |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☐    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☐    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large Accelerated Filer | ☐ | Accelerated Filer | ☐ |
| Non-accelerated Filer | ☐ | Smaller Reporting Company | ☐ |
| Emerging Growth Company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☐

As of August 5, 2021, the Company had 96,096,317 shares of its common stock, $0.0001 par value per share, outstanding.

**Digital Turbine, Inc. and Subsidiaries**

**Condensed Consolidated Statements of Operations and Comprehensive Income[1]**
**(Unaudited)**
**(in thousands, except per share amounts)**

| | Three months ended June 30, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Net revenues | $ 212,615 | $ 59,012 |
| Costs of revenues and operating expenses | | |
| License fees and revenue share | 138,348 | 32,300 |
| Other direct costs of revenues | 2,533 | 560 |
| Product development | 15,547 | 4,408 |
| Sales and marketing | 13,736 | 4,318 |
| General and administrative | 23,296 | 6,804 |
| Restructuring and impairment costs | 10 | — |
| Total costs of revenues and operating expenses | 193,470 | 48,390 |
| Income from operations | 19,145 | 10,622 |
| Interest and other income / (expense), net | | |
| Interest expense, net | (1,157) | (306) |
| Foreign exchange transaction loss | (270) | — |
| Other income / (expense), net | (35) | — |
| Total interest and other income / (expense), net | (1,462) | (306) |
| Income before income taxes | 17,683 | 10,316 |
| Income tax provision | 3,430 | 376 |
| Net income | 14,253 | 9,940 |
| Less: net loss attributable to non-controlling interest | (31) | — |
| Net income attributable to Digital Turbine, Inc. | 14,284 | 9,940 |
| Other comprehensive loss | | |
| Foreign currency translation adjustment | (20,781) | (142) |
| Comprehensive income / (loss) | (6,528) | 9,798 |
| Less: comprehensive income / (loss) attributable to non-controlling interest | (793) | — |
| Comprehensive income / (loss) attributable to Digital Turbine, Inc. | $ (5,735) | $ 9,798 |
| Net income per common share | | |
| Basic | $ 0.16 | $ 0.11 |
| Diluted | $ 0.14 | $ 0.11 |
| Weighted-average common shares outstanding | | |
| Basic | 91,585 | 87,386 |
| Diluted | 98,822 | 93,108 |

[1] In the quarter ending June 30, 2021, the Company initiated two significant acquisitions. Please refer to Note 3 in the accompanying condensed consolidated financial statements.

The accompanying notes are an integral part of these condensed consolidated financial statements.

4

|  | Three months ended June 30, | | | |
|  | 2021 | | 2020 | |
|  | Unaudited | | Unaudited | |
|  | (in thousands, except per share amounts) | | | |
|---|---|---|---|---|
| Net revenues | $ | 292,048 | $ | 142,864 |
| Net income attributable to controlling interest | $ | (18,417) | $ | 3,585 |
| Basic net income attributable to controlling interest per common share | $ | (0.19) | $ | 0.04 |
| Diluted net income attributable to controlling interest per common share | $ | (0.18) | $ | 0.04 |

## 4.  Segment Information

Operating segments are identified as components of an enterprise about which separate discrete financial information is available for evaluation by the chief operating decision maker ("CODM") in making decisions regarding resource allocation and assessing performance. The Company has determined that its Chief Executive Officer ("CEO") is the CODM.

Prior to the acquisitions of both AdColony and Fyber disclosed above in Note 3, "Acquisitions," the Company had one operating and reportable segment called Media Distribution. As a result of the acquisitions, the Company reassessed its operating and reportable segments in accordance with ASC 280, *Segment Reporting*. Effective April 1, 2021, the Company reports its results of operations through the following three segments, each of which represents an operating and reportable segment, as follows:

- **On Device Media ("ODM") -** This segment is the legacy single operating and reporting segment of Digital Turbine prior to the AdColony and Fyber acquisitions. This segment generates revenues from services that deliver mobile application media or content media to end users. This segment's customers are mobile device carriers and OEMs that pay for the distribution of media. The other reporting segments are not dependent on these mobile device carrier and OEM relationships.

- **In App Media – AdColony ("IAM-A") -** This segment is inclusive of the acquired AdColony business and generates revenues from services provided as an end-to-end platform for brands, agencies, publishers, and application developers to deliver advertising to consumers on mobile devices around the world. IAM-A customers are primarily advertisers.

- **In App Media – Fyber ("IAM-F") -** This segment is inclusive of the acquired Fyber business and generates revenues from services provided to mobile application developers and digital publishers to monetize their content through advanced technologies, innovative advertisement formats, and data-driven decision making. IAM-F customers are primarily publishers.

The Company's CODM evaluates segment performance and makes resource allocation decisions primarily through the metric of net revenues less associated license fees and revenue share, as shown in the segment information summary table below. The Company's CODM does not allocate other direct costs of revenues, operating expenses, interest and other income / (expense), net, or provision for income taxes to these segments for the purpose of evaluating segment performance. Additionally, the Company does not allocate assets to segments for internal reporting purposes as the CODM does not manage the Company's segments by such metrics.

A summary of segment information follows:

|  | Three months ended June 30, 2021 | | | | | | | | | |
|  | ODM | | IAM-A | | IAM-F | | Eliminations | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net revenues | $ | 120,383 | $ | 44,937 | $ | 49,641 | $ | (2,346) | $ | 212,615 |
| License fees and revenue share | | 70,031 | | 30,194 | | 40,469 | | (2,346) | | 138,348 |
| Segment profit | $ | 50,352 | $ | 14,743 | $ | 9,172 | $ | — | $ | 74,267 |

14

**Segment Reporting**

Prior to the acquisitions of both AdColony and Fyber, the Company had one operating and reportable segment called Media Distribution. As a result of the acquisitions, the Company reassessed its operating and reportable segments in accordance with ASC 280, *Segment Reporting*. Effective April 1, 2021, the Company reports its results of operations through the following three segments, each of which represents a reportable segment, as follows:

- **On Device Media ("ODM") -** This segment is the legacy single reporting segment of Digital Turbine prior to the AdColony and Fyber acquisitions. This segment generates revenues from services that deliver mobile application media or content media to end users. This segment's customers are mobile device carriers and OEMs that pay for the distribution of media. The other reporting segments are not dependent on these mobile device carrier and OEM relationships.

- **In App Media – AdColony ("IAM-A") -** This segment is inclusive of the acquired AdColony business and generates revenues from services provided as an end-to-end platform for brands, agencies, publishers, and application developers to deliver advertising to consumers on mobile devices around the world. IAM-A customers are primarily advertisers.

- **In App Media – Fyber ("IAM-F") -** This segment is inclusive of the acquired Fyber business and generates revenues from services provided to mobile application developers and digital publishers to monetize their content through advanced technologies, innovative advertisement formats, and data-driven decision making. IAM-F customers are primarily publishers.

## Impact of COVID-19

Our results of operations are affected by economic conditions, including macroeconomic conditions, levels of business confidence, and consumer confidence. There is some uncertainty regarding the extent to which COVID-19 will impact our business and the demand for our service offerings. The extent to which COVID-19 impacts our operational and financial performance will depend on the impact to carriers and OEMs in relation to their sales of smartphones, tablets, and other devices, and on the impact to application developers and in-app advertisers. If COVID-19 continues to have a significant negative impact on global economic conditions over a prolonged period of time, our results of operations and financial condition could be adversely impacted. Presently, we are conducting business as usual, with some modifications to employee travel, employee work locations, and cancellation of certain marketing events, among other modifications. We will continue to actively monitor the situation and may take further actions that alter our business operations, as required, or that we determine are in the best interests of our employees, customers, partners, suppliers, and stockholders.

**RESULTS OF OPERATIONS**
**(Unaudited)**

**Net revenues**

| | Three months ended June 30, | | % of Change |
|---|---|---|---|
| | 2021 | 2020 | |
| Net revenues | | | |
| On Device Media | $ 120,383 | $ 59,012 | 104.0 % |
| In App Media - AdColony | 44,937 | — | 100.0 % |
| In App Media - Fyber | 49,641 | — | 100.0 % |
| Total net revenues | $ 214,961 | $ 59,012 | 264.3 % |

**Comparison of the three months ended June 30, 2021 and 2020**

Net revenues increased by 264.3% ($155,949) over the comparative periods due to a combination of continuing organic growth of the Company's historical legacy business (On Device Media) and contributions from recent acquisitions.

26

*On Device Media*

The Company's On Device Media segment generates revenues from services that deliver mobile application media or content media to end users. This segment is the legacy single reporting segment of Digital Turbine (previously called Media Distribution) and its customers are mobile device carriers and OEMs that pay for the distribution of media. On Device Media revenues increased by 104.0% ($61,371) over the comparative periods due to increased demand for our application media and content media distribution services, which led to higher CPI and CPP revenues per available placement, and driven primarily by increased revenues from advertising partners as placement across existing commercial partners expanded, distribution with new partners expanded, and new services and features were deployed or expanded upon.

*In App Media - AdColony*

The Company's IAM-A segment generates revenues from services provided as an end-to-end platform for brands, agencies, publishers, and application developers to deliver advertising to consumers on mobile devices around the world. IAM-A customers are primarily advertisers. IAM-A revenues increased by 100.0% ($44,937) over the comparative periods due to the acquisition and integration of AdColony during our fiscal first quarter 2022 ended June 30, 2021. Please see Note 3, "Acquisitions," for further information.

*In App Media - Fyber*

The Company's IAM-F segment generates revenues from services provided to mobile application developers and digital publishers to monetize their content through advanced technologies, innovative advertisement formats, and data-driven decision making. IAM-F customers are primarily publishers. IAM-F revenues increased by 100.0% ($49,641) over the comparative periods due to the acquisition and integration of Fyber during our fiscal first quarter 2022 ended June 30, 2021. Please see Note 3, "Acquisitions," for further information.

**Costs of revenues and operating expenses**

| | Three months ended June 30, | | % of Change |
|---|---|---|---|
| | 2021 | 2020 | |
| Costs of revenues and operating expenses | | | |
| License fees and revenue share | $ 138,348 | $ 32,300 | 328.3 % |
| Other direct costs of revenues | 2,533 | 560 | 352.3 % |
| Product development | 15,547 | 4,408 | 252.7 % |
| Sales and marketing | 13,736 | 4,318 | 218.1 % |
| General and administrative | 23,296 | 6,804 | 242.4 % |
| Restructuring and impairment costs | 10 | — | 100.0 % |
| Total costs of revenues and operating expenses | $ 193,470 | $ 48,390 | 299.8 % |

**Comparison of the three months ended June 30, 2021 and 2020**

Costs of revenues and operating expenses increased by 299.8% ($145,634) over the comparative periods, a result of continuing organic and inorganic growth, including the acquisitions of Appreciate, AdColony, and Fyber. Company-wide cost control measures show the Company's ability to scale revenues at a greater rate than operating expenses.

*License fees and revenue share*

License fees and revenue share are reflective of amounts paid to our carrier and OEM partners who drive the revenues generated from advertising via direct CPI, CPP, or CPA arrangements with application developers or when indirect arrangements through advertising aggregators (ad networks) are shared with our carrier and application development partners and the shared revenue is recorded as a cost of revenue. License fees and revenue share increased by 328.3% ($106,048) over the comparative periods, attributable to the increase in net revenues over the same period as these costs are paid as a percentage of our revenues. License fees and revenue share increased at a greater rate over the comparative periods than the associated revenues to which they are tied due to our acquisitions having higher contractual revenue share percentages than the legacy business.

27