**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE DIGITAL TURBINE, INC. SECURITIES LITIGATION | Case No. 1:22-cv-00550-DAE |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**SUPPLEMENTAL DECLARATION OF MICHAEL J. BILES IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT**

I, Michael J. Biles, Esq., declare as follows:

I am admitted to practice before this Court and I am a partner of the law firm of King & Spalding LLP, which represents Defendants Digital Turbine, Inc., William Stone, and Barrett Garrison in the above-captioned matter.

I submit this supplemental declaration in support of Defendants' Reply in Support of Motion to Dismiss the Consolidated Second Amended Complaint.  Attached to this declaration are the following documents:

28.   Redline document comparison of the Second Amended Complaint (Dkt. 56) against the Amended Complaint (Dkt. 38), filed in this action.  A true and correct copy is attached as Exhibit 28.

29.   Amended Complaint (Dkt. 55) filed in *Georgia Firefighters' Pension Fund v. Anadarko Petroleum et al.*, Civ. A. No. 4:20-cv-00576, (S.D. Tex. Aug. 17, 2020).  A true and correct copy is attached as Exhibit 29.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2023.

*/s/ Michael J. Biles*
Michael J. Biles

2

## CERTIFICATE OF SERVICE

I certify that on November 13, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/ Michael J. Biles*
Michael J. Biles

2