**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE DIGITAL TURBINE, INC. SECURITIES LITIGATION** | Case No. 1:22-cv-00550-DAE |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | |

### ORDER GRANTING WITHDRAWAL OF COUNSEL

The Court has considered Frances R. Fink's Motion to Withdraw as Counsel for the Defendants. (Dkt. # 70.)  After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the request should be **GRANTED**.

**IT IS THEREFORE ORDERED** by the Court that Frances R. Fink is hereby granted leave to withdraw as counsel of record for the Defendants in this matter.


**SIGNED** this 20th day of ___May___, 2024.


THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

3